TRIANGLE PUBLICATIONS, INC.

v.

SPORTS EYE, INC.

Civ. A. No. 76–533.

United States District Court,
E. D. Pennsylvania.

June 1, 1976.

David H. Marion, Donald L. Weinberg, David H. Weinstein, Kohn, Savett, Marion & Graf, P. C., Philadelphia, Pa., for plaintiff.

Alan J. Davis, Robert C. Podwil, Mark A. Aronchick, Wolf, Block, Schorr & Solis-Cohen, Philadelphia, Pa., for defendant.

## OPINION

JOSEPH S. LORD, III, Chief Judge.

This action centers around two elusive and uncertain processes, handicapping horse races and application of the copyright law. Plaintiff, publisher of the *Daily Racing Form* (hereafter *"Form"*), claims that defendant's publications infringe upon its copyrights and violate state unfair competition laws. Plaintiff seeks a preliminary injunction to stop the alleged infringements. We will deny the motion.[1]

The *Form*, which is published either six or seven days per week,[2] contains, *inter alia*, a section entitled *Past Performances*. A sample of *Past Performances* is reproduced in the appendix to this opinion. This section contains a wealth of information about horse races which are to be run at various tracks around the country. The information compiled in *Past Performances* includes certain facts about each race,[3] a mass of biographical data[4] for each horse entered in the race, and, in horizontal rows, detailed information concerning up to the ten most recent races in which the horse has been entered.[5]

The information published in plaintiff's paper is gathered at considerable expense and effort. Plaintiff has employees at all operating tracks in North America and receives reports from them for each race.

---

1. With one minor exception. Defendant stipulated to the entry of a preliminary injunction as to one small aspect of this case.

2. Depending upon whether there are Sunday races.

3. Included in the facts about each race are the distance of the race, location of the start and finish, maximum weight, type of race, purse and qualifications for entry.

4. Among this data are the owner, pedigree, age, sire, dam, grandsire, breeder, trainer and birthplace of the horse. Also included are the amount the horse has earned for the present and previous year, and the number of finishes in the money by the horse over the two-year span.

5. This information includes, for each race, the date of the race, track, track condition, length and type of race, jockey, weight carried, position of the horse at various checkpoints and how far behind the leaders it was. Also given is information about which horses led at various stages in the race, their times, and the top three finishers. The return on a $2 bet on the winner is given along with a one or two word description of the horse's performance in the race. Finally, at the bottom of the ten or fewer races so covered, certain data is given about the horse's latest workouts.

Plaintiff compiles and maintains these statistics using data processing equipment at its plant in New Jersey. The raw data is in the form of racing charts,[6] and it is from these charts that plaintiff makes up its *Past Performances*.

Plaintiff has obtained proper copyright registration for all relevant issues of the *Form*. There is no dispute as to the validity of plaintiff's copyright of the *Form* and, more specifically, *Past Performances*. *See Triangle Publications, Inc. v. New England Newspaper Publishing Co.*, 46 F.Supp. 198, 201–02 (D.Mass.1942).

Defendant publishes a newspaper known as *Sports Eye*. This paper includes a section known as *Fast Performances*. In addition *Fast Performances* is published and sold separately. Defendant has been publishing *Fast Performances* since June, 1975. A copy of *Fast Performances* is included in the appendix.

*Fast Performances* contains some thirty-two categories in four broad areas for each race covered. For each such race, *Fast Performances* names only those horses which fall into these categories. For example, one category is "Beaten Within One Length of Winner Last Race." Every horse that falls within this category is listed for each race. Other categories are comparative, such as "Fastest Comparative Speed in Recent Races." Thus, unlike *Past Performances* which gives a plethora of facts about each and every horse entered in a given race, *Fast Performances* only mentions a given horse if it falls within one or more of its categories.

It is clear that defendant obtains the information which it uses to prepare *Fast Performances* from plaintiff's publication. When the *Form* is first published, an employee of defendant[7] purchases a copy and, using blank forms, prepares a draft copy of *Fast Performances*. The information is then telephoned to defendant in New York.

There is conflicting evidence about the degree of judgment involved in preparing *Fast Performances* from *Past Performances*. Defendant's employee was apparently able to prepare an issue of *Fast Performances* in less than an hour and, upon occasion, in fifteen or twenty minutes. At times he would be eating dinner or talking simultaneously with his preparation of the charts.

On the other hand, the editor of the *Form*, Fred Grossman, attempted from the stand to predict the entries that would be made in certain categories in *Fast Performances* from an examination of his paper, *Past Performances*. Mr. Grossman made a substantial number of errors in trying to do this. For example, in the category, "Fastest Comparative Speed in Recent Races," Mr. Grossman only picked four of the nine entries correctly.

Given this conflicting evidence, and the early stage of the proceedings, we do not think it wise to attempt to resolve this judgmental issue. Resolution is not critical to the present determination on whether a preliminary injunction will issue. Should it become relevant at a final hearing, further discovery should enable the parties to shed more light on this subject.

### I. *Copyright Infringement*

The first hurdle which plaintiff must clear before it can obtain a preliminary injunction is a clear showing of probability of success on the merits. *Robert Stigwood Group Limited v. Sperber*, 457 F.2d 50, 55 (2d Cir. 1972); *L. Batlin & Son, Inc. v. Snyder*, 394 F.Supp. 1389, 1390 (S.D. N.Y.1975), *aff'd*, 536 F.2d 486, 44 U.S. L.W. 2502 (2d Cir. April 12, 1976) (en banc). Generally, once a copyright holder has made such a showing, there is a presumption of irreparable harm. *American Metropolitan Enterprises, Inc. v. Warner Bros. Records*, 389 F.2d 903, 905 (2d Cir. 1968). While the most recent Third Circuit decision would

---

**6.** These charts show the positions of each of the horses at various checkpoints during the race.

**7.** Joel Matusow, a former employee of plaintiff, now working for defendant, purchases the *Form* and prepares the charts for *Fast Performances*.

appear to require some affirmative showing of irreparable injury even in copyright cases, *Kontes Glass Co. v. Lab Glass, Inc.*, 373 F.2d 319, 320 (3d Cir. 1967),[8] we need not resolve this issue because we have concluded that plaintiff has failed to demonstrate a sufficient probability of success on the merits.

 In *Universal Athletic Sales Co. v. Salkeld*, 511 F.2d 904, 907 (3d Cir.), *cert. denied, sub nom. Universal Athletic Sales Co. v. Pinchock*, 423 U.S. 863, 96 S.Ct. 122, 46 L.Ed.2d 92, 44 U.S.L.W. 3204 (1975), Judge Weis set out the test for a copyright infringement:

> "To establish a copyright infringement, the holder must first prove that the defendant has copied the protected work and, second, that there is a substantial similarity between the two works. The criterion for the latter requirement is whether an ordinary law observer would detect a substantial similarity between the works."

In applying this test it must be remembered that while the form or mode of expressing an idea (or in this case data[9]) may be copyrighted, the data or ideas may not be. *Salkeld, supra*, at 908; *see Affiliated Hospital Products, Inc. v. Merdel Game Manufacturing Co.*, 513 F.2d 1183 (2d Cir. 1975).

As to the first part of the infringement test, there is no doubt that defendant has made use of the plaintiff's copyrighted materials. That fact is not in dispute.

It is at the second step, however, where plaintiff stumbles. Plaintiff's publication details a mass of raw data. Defendant's paper gives no raw data but rather has selected certain categories which may be of interest to the horseracing fan and has shown which horses fall into those categories. Plaintiff does not attempt to make any comparisons or judgments about the horses entered in a given race beyond that available in the raw data; defendant's publication is in essence a comparison of the horses in any one race. Both in visual and factual apprehension, as an examination of the appendix demonstrates, the two papers differ substantially.[10] In saying this we reject plaintiff's argument that defendant does nothing more than translate the numbers and symbols in *Past Performances*. While defendant uses the information in *Past Performances* to prepare its charts, an examination of the two makes it evident that *Fast Performances* is not merely a translation of *Past Performances*. Adoption of plaintiff's position would mean that every time a copyrighted work is copied, there would be an infringement. This view would render the requirement of substantial similarity meaningless and nugatory.[11] *Cf. Affiliated Hospital Products, supra*, at 1188–89.

Plaintiff's real complaint in this case, as it was in *Salkeld*, is defendant's use of the *Form*, without significant cost, to prepare its own publication—a publication which then competes in the marketplace with

**8.** *But see Universal Athletic Sales Co. v. Salkeld*, 340 F.Supp. 899, 902 (W.D.Pa.1972), *rev'd on other grounds*, 511 F.2d 904 (3d Cir.), *cert. denied*, 423 U.S. 863, 96 S.Ct. 122, 46 L.Ed.2d 92, 44 U.S.L.W. 3204 (1975).

**9.** For the purposes of copyright infringement, data and ideas are treated as equivalents. *See Rosemont Enterprises, Inc. v. Random House, Inc.*, 366 F.2d 303, 310 (2d Cir. 1966), *cert. denied*, 385 U.S. 1009, 87 S.Ct. 714, 17 L.Ed.2d 546 (1967).

**10.** The parties differ on who the "ordinary lay person" that judges the two works should be. Plaintiff contends that it has to be those for whom the papers are prepared—horseracing fans. *See Arnstein v. Porter*, 154 F.2d 464, 473 (2d Cir. 1946). The opinion of the court in

*Salkeld* is somewhat ambiguous, though the court itself proceeded to judge the similarities and differences between the disputed items. We think that regardless of whether the observer is familiar with the sport or not, there is not a substantial similarity between the two papers.

**11.** We are not certain that plaintiff's contention that its expert could easily, indeed mechanically, convert the information in *Past Performances* into the categories in *Fast Performances*, even if true, is at all relevant on the issue of substantial similarity *vel non*. "[D]issection and expert testimony * * * are irrelevant when the issue turns to unlawful appropriation." *Salkeld, supra* at 907.

plaintiff's paper. But, the answer is, as it was in *Salkeld*, that it is only the method or form for expressing the data that is copyrightable. *See Affiliated Hospital Products, supra*, at 1188–89. And on the present state of the record, plaintiff has not demonstrated a copyright infringement of its mode of disseminating the horseracing data it gathers.

## II. *Unfair Competition*

Plaintiff also asserts that the actions engaged in by defendant constitute unfair competition. This cause of action was recognized and expounded upon by the Supreme Court in *International News Service v. Associated Press*, 248 U.S. 215, 39 S.Ct. 68, 63 L.Ed. 211 (1918). Since that time, however, the Court has cut back substantially on the protection which a state may afford under the rubric of unfair competition. *See Sears, Roebuck & Co. v. Stiffel Co.*, 376 U.S. 225, 84 S.Ct. 784, 11 L.Ed.2d 661 (1964); *Compco Corp. v. Day-Brite Lighting, Inc.*, 376 U.S. 234, 84 S.Ct. 779, 11 L.Ed.2d 669 (1964).

■ The *Sears-Compco* decisions have been understood as holding that state regulation of unfair competition is pre-empted as to matters falling within the broad confines of the copyright clause of the United States Constitution. U.S.Const. Art. I, § 8. The language of the Court in *Compco* was quite specific, 376 U.S. at 237, 84 S.Ct. at 782:

> "Today we have held * * * that when an article is unprotected by a patent or copyright, state law may not forbid others to copy that article. To forbid copying would interfere with the federal policy, found in Art. I, § 8, cl. 8, of the Constitution and in the implementing federal statutes, of allowing free access to copy whatever the federal patent and copyright laws leave in the public domain."

*See also Columbia Broadcasting System, Inc. v. DeCosta*, 377 F.2d 315, 318–19 (1st Cir.), *cert. denied*, 389 U.S. 1007, 88 S.Ct. 565, 19 L.Ed.2d 603 (1967); *B. H. Bunn Co. v. AAA Replacement Parts Co.*, 451 F.2d 1254, 1258–59 (5th Cir. 1971).

Plaintiff urges that the Supreme Court's decision in *Goldstein v. California*, 412 U.S. 546, 93 S.Ct. 2303, 37 L.Ed.2d 163 (1973), has restricted the *Sears-Compco* pre-emption doctrine to only those situations where the fundamental federal policy present in the copyright laws would be harmed. Arguing that such is not the case here, plaintiff asserts its right to injunctive relief. We think plaintiff has misread and misapplied *Goldstein*.

*Goldstein* presented the question of whether a state could prohibit record piracy where Congress had not yet acted in the field. That is, although copying of records was an area which fell within the perimeters of the copyright clause, no federal law had been enacted regulating the conduct in question.[12] *Goldstein* merely limited *Sears-Compco*, holding that the copyright and supremacy clauses *by themselves*, in the absence of congressional expression, did not prohibit any state incursions into the area. At the same time, the Court stated:

> "Finally, we have concluded that our decisions in *Sears* and *Compco*, which we reaffirm today, have no application in the present case, since Congress has indicated neither that it wishes to protect, nor to free from protection, recordings of musical performances fixed prior to February 15, 1972." 412 U.S. at 571, 93 S.Ct. at 2317.

In the instant case Congress has taken action to afford copyright protection to the paper which plaintiff publishes. This is precisely the situation where the *Sears-Compco* pre-emption doctrine remains applicable.[13] Otherwise, "a conflict would develop if a State attempted to protect that

---

12. In 1971, Congress passed a statute to deal with record piracy. Pub.L. 92–140, 17 U.S.C. § 101 (Supp. I, 1971). However, the effective date of the statute was after the underlying events in *Goldstein*, as the Supreme Court explicitly pointed out. *Goldstein, supra*, 412 U.S. at 552 and n. 7, 93 S.Ct. 2303.

13. While there remain some exceptions to the pre-emption doctrine, particularly in the realm of "deceit", *see, e. g., Compco, supra* 376 U.S.

which Congress intended to be free from restraint or to free that which Congress had protected." *Goldstein, supra* 412 U.S. at 559, 93 S.Ct. at 2311. We find further support in the recent case of *Jacobs v. Robitaille*, 406 F.Supp. 1145 (D.N.H.1976). There, on indistinguishable facts, the court stated:

"I do not believe that *Goldstein* can be read to allow the states, under the aegis of their common law, to exercise control over 'writings' which are copyrightable. * * *

"I find that the advertisements were copyrightable 'writings' and that the *Sears-Compco* decisions, even as refined by *Goldstein*, preempts [sic] a state action for unlawful competition." 406 F.Supp. at 1153.

We conclude that plaintiff has not made the requisite showing of likelihood of success on the merits. Since there is no place or show window in federal court, the request for a preliminary injunction must be denied.

## APPENDIX

### I. Past Performances

**GARDEN STATE** 1 1-16 MILES

1 1/16 MILES. (1.41) CLAIMING. Purse $4,300. Fillies and mares, 4-year-olds and upward. Weight, 122 lbs. Non-winners of two races at a mile or over since January 10 allowed 3 lbs. Such a race since then, 6 lbs. Claiming price $4,000; if for $3,750 allowed 3 lbs. (Races where entered for $3,000 or less not considered.)

**Pleine D'Amour** — Own.—Sbarra A — $3,750 — Dk. b. or br. m. 6, by Roi Dagobert—Full O' Love, by Rough'n Tumble — Br.—Hyams J (Fla) — Tr.—Sbarra A — 1067 — Turf Record St. 1st 2nd 3rd 15 0 2 2 — St. 1st 2nd 3rd 1976 5 2 0 1 / 1975 23 0 1 1 — Amt. $4,714 / $2,765

**Julie Petunia** — Own.—U Call Stable — $4,000 — Ch. m. 7, by Bolero U—Nelda, by Flaneur II — Br.—Fabry W A (Ill) — Tr.—Beaulleu F G — 119 — Turf Record St. 1st 2nd 3rd 4 0 0 0 — St. 1st 2nd 3rd 1976 3 1 0 0 / 1975 16 4 2 3 — Amt. $2,850 / $15,616

**Halari** — Own.—Bedford Mrs R — $4,000 — Ch. f. 4, by Selari—Haljeanne, by Commodore M — Br.—Hayes T W (Ky) — Tr.—Bedford K — 1115 — St. 1st 2nd 3rd 1976 5 0 2 1 / 1975 26 2 1 3 — Amt. $2,395 / $7,829

at 238, 84 S.Ct. 1162, plaintiffs have not made any showing that defendant's conduct falls within this area. Indeed, plaintiff's expert conceded that he was unaware of anybody who confused the two papers.

## Carol's Bold Girl

Own.—Puggi J

B. f. 4, by Bold Monarch—Beautiful Girl, by Vertex
$4,000
Br.—Puggi J (Md)
Tr.—Jabalee G F

**1115**

| | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| | St. 1st 2nd 3rd | 1976 4 0 0 0 | $3,948 |
| | 2 0 0 0 | 1975 17 1 0 2 | |

| 14Feb76- | 2GS | gd | 170 | :48½ 1:16½ 1:49½ | ⒸClm 4000 | 1 6 6¹³ 10⁸ 10⁹½ 9¹² Arroyave R D⁵ | 111 | 47 50 | 33-38 Julie Petunia 116½ Rebel Mill 116ʰᵈ Halari 108ⁿᵏ | No factor 10 |
| 6Feb76- | 2GS | my | 170 | :48½ 1:16½ 1:49½ | ⒸClm 3000 | 3 10 8¹⁸ 7¹⁹ 6¹⁸ 6¹⁷ Thornburg B | 115 | 7 30 | 28-42 Shady Harbor 117ⁿᵏ Afa 117⁸ Reewl 114¹½ | No factor 10 |
| 17Jan76- | 4Key fst | | :24¹½ .49 1:28 | ⒸClm 3000 | 3 10 99½ 9¹² 9¹⁸ 8²⁴ Thomas D B | 116 | 13 80 | 45-32 Faithful Friend 116⁷ Amber Up 116⁶ Word Play 112⁶ | No factor 12 |
| 12Jan76- | 6Key gd | 1⅛ | :48½ 1:13½ 1:47½ | ⒸClm 6000 | 1 9 9¹⁴ 8¹² 7¹⁵ 6¹⁵ Arroyave R D⁵ | 107 | 25 90 | 50-27 Cojet 120½ Iron Poker 111¹½ Michele Ami 109ⁿᵒ | Outrun 9 |
| 31Dec75- | 4Key sly | gd | :22½ -47½ 1:14 | ⒸClm 4000 | 4 9 98 84½ 68½ 46 Turcotte R J⁵ | 114 | 4 90 | 66-30 Sporting Course 113² Faithful Friend 113² Shego 114² | Late bid 9 |
| 25Nov75- | 5Key fst | 170 | :48½ 1:13½ 1:43½ | ⒸClm 8500 | 6 7 79½ 7¹³ 716 727 Santage J L | 114 | 65 30 | 54-25 BoisDuLac 108¹½MadamGuillotine118¼WhoseThatBird116⁴ | Trailed 7 |
| 4Nov75- | 9Mth fst | 1¼ | :47½ 1:11½ 1:45 | ⒸClm 7500 | 5 9 86½ 86½ 89½ 6¹³ Anderson J R | 115 | 31 70 | 61-17 Heidi Jamille 113½ Molasses Drop 115⁵ Native Touch 122² | Outrun 9 |
| 28Oct75- | 5Mth fst | 1½ | :49½ 1:13½ 1:46½ | ⒸClm 7000 | 1 7 76½ 74½ 73½ 7¹² Thomas D B | 113 | 16 20 | 60-18 Carrikore 114⁸ Bold Maud 106½ Yo La Reina 117¹ | Outrun 9 |
| 22Oct75- | 4Mth fst | 1 | :48 1:14½ 1:41½ | 3 ↑ ⒻMd 5000 | 4 7 77 42 13 17 Thomas D B | 118 | *1 10 | 67-21 Carol'sBoldGirl118⁷OldMyth113²EsyCommandette107⁴ | Ridden out 7 |
| 6Oct75- | 2Mth fst | 1 | :47½ 1:12½ 1:39 | 3 ↑ Md 5000 | 7 6 514 510 47½ 38½ Thomas D B | 114 | 3 50 | 69-18 Why Swap 112⁸ DoubleOrSingle117½Carol'sBoldGirl114¹ | Roughed 9 |

LATEST WORKOUTS Feb 12 GS 6f fst 1:21 b Feb 5 GS 5f sl 1:06 b Jan 23 GS 3f fr :38 b Jan 6 GS 3f fr :39½ b

## All Over Spray

Own.—Circle H Stable

Ch. m. 5, by Salt Spray—Fair Liz, by Fairforall
$3,750
Br.—Osufnam Enterprises (Md)
Tr.—Henson F

**113**

| | St. 1st 2nd 3rd | Amt. |
|---|---|---|
| 1976 5 1 1 0 | $3,585 |
| 1975 25 3 5 1 | $12,317 |

| 14Feb76- | 2GS | gd | 170 | :48½ 1:16½ 1:49½ | ⒸClm 4000 | 6 2 23 1¹ 1½ 63½ Guadalupe J | 119 | 3 80 | 41-38 Julie Petunia 116½ Rebel Mill 116ʰᵈ Halari 108ⁿᵏ | Speed, tired 10 |
| 7Feb76- | 9GS | my | 170 | :48½ 1:15½ 1:48½ | Clm 4000 | 9 6 33 99½ 914 921 Long J S | 107 | 7 20 | 29-36 Mr Wac 114¹½ Gold A Rul 116ⁿᵒ Davids Twist 116¹½ | No factor 10 |
| 3Feb76- | 7GS | gd | 6f | :23 :47½ 1:13½ | ⒸClm 7500 | 5 2 31½ 63½ 74 56 Long J S | 112 | 14 00 | 71-28 Mrs Magellan 109¹ Seneca Belle 111²½SeawardSaint109² In close 8 |
| 16Jan76- | 4Key fst | 1½ | :48½ 1:14½ 1:48½ | ⒸClm 5250 | 1 2 25 2¼ 14 2½ Estevez R⁷ | 113 | *1 40 | 59-28 Soft Thorn 116½ All Over Spray 113½ Dry Stream 109⁴ | Weakened 6 |
| 2Jan76- | 3Key my | 1½ | :48½ 1:14½ 1:50 | ⒸClm 3000 | 3 1 12 15 16 1¹⁰ Long J S⁷ | 110 | 4 30 | 54-31 All Over Spray 110¹⁰Manolo11²²½Westhampton109½ Ridden out 6 |
| 17Dec75- | 2Key fst | 1½ | :47½ 1:13½ 1:55½ | 3 ↑ ⒸClm 3000 | 7 4 43 33 2½ 1²½ Long J S⁷ | 113 | 3 10 | 52-28 Hail to Angel 106³½ All Over Spray 115½ Vileehi 117⁷ | Gamely 11 |
| 10Dec75- | 2Lrl gd | 1 | :47½ 1:13½ 1:39½ | 3 ↑ ⒸClm 3000 | 9 1 13 12½ 12½ 2½ Poulin R R | 117 | 6 50 | 74-19 I Wish You Joy 114½ All Over Spray 117²FransDecal115²½ Gamely 9 |
| 1Dec75- | 2Key fst | 1½ | :47½ 1:13½ 1:48½ | 3 ↑ ⒸClm 3000 | 6 1 2½ 1ʰᵈ 1ʰᵈ 2ⁿᵏ Edwards J W⁵ | 117 | *1 90 | 60-33 Vileehi 117ⁿᵏ All Over Spray 117² Dainty Me 113¹⁰ | Just missed 8 |
| 17Nov75- | 4Key fst | 1½ | :48½ 1:13½ 1:46½ | 3 ↑ ⒸClm 3000 | 2 1 12 12 12 12 Edwards J W⁵ | 114 | 8 40 | 70-21 All Over Spray 114² Ilites Girl 125½ Westhampton 108³ | Driving 9 |
| 8Nov75- | 9Key fst | 6f | :22½ :46½ 1:12½ | 3 ↑ ⒸClm 3500 | 7 11 10⁶⅓ 86½ 8¹³ 7¹³ Bradford B | 116 | 29 00 | 65-16 Hit The Road 122³ Addy Blue 116½ Grey Reveille 118² | No factor 12 |

## Enigma

Own.—Fallon M L

B. f. 4, by Model-Fool—Bunched, by Invigorator
$4,000
Br.—Alexander R A III (Ky)
Tr.—Fallon M L

**1127**

| | St. 1st 2nd 3rd | Amt. |
|---|---|---|
| 1976 4 1 1 0 | $3,646 |
| 1975 15 4 1 2 | $13,442 |

| 17Feb76- | 5GS | fst | 170 | .50 1.17 1:49½ | ⒸClm 5000 | 4 4 53 74½ 68½ 66½ Gomez M A⁷ | 107 | *2 10 | 38-44 ⒹⒽI Wish You Joy 114½ ⒹⒽNative Art 114½ Tibra 107½ | Tired 8 |
| 6Feb76- | 9GS | my | 1½ | :50½ 1 17½ 1:52½ | ⒸClm 5000 | 5 4 48½ 54 31 2¹ Gomez M A⁷ | 107 | 7 20 | 41-42 Bay Bonnie 107¹ Enigma 107½ Dry Stream 109⁴ | Up for place 9 |
| 12Jan76- | 9Key gd | 1½ | :47½ 1.14 1.48 | ⒸClm 4000 | 3 10 910 63½ 2¹² 12 Gomez M A⁷ | 109 | 5 60 | 64-27 Enigma 109² Ilites Girl 120⁶ Cape Breton Girl 112ⁿᵒ | Going away 10 |
| 5Jan76- | 5Key fst | 7f | :23 :46½ 1:26½ | ⒸClm 4000 | 4 7 811 87½ 713 58½ Edwards J W⁵ | 112 | 27 60 | 67-28 Fille Dancer 122¹½ Cavalla Mia 114⁵ Pan Sarato 108½ | Outrun 8 |
| 8Nov75- | 9Mth gd | 6f | :22 .45½ 1.11½ | ⒸClm 4000 | 3 10 1110 10¹³ 911 79½ Edwards J W⁵ | 112 | 4 10 | 71-16 Dottie Mac 115½ GreatGrandmaRose115⁵MainChic117½ | No factor 11 |
| 29Oct75- | 4Mth fst | 1½ | :47½ 1-13½ 1-47 | ⒸClm 5000 | 1 5 42½ 52½ 31 43½ Edwards J W⁵ | 113 | *1 40 | 67-19 Cycool 110¹½ Restless Fox 118¹½ Art Lover 115ⁿᵏ | Lacked rally 8 |
| 14Oct75- | 4Mth fst | 1½ | :48 1-13½ 1:47 | ⒸClm 5000 | 6 7 610 66½ 66² 66½ Edwards J W⁵ | 113 | 2 70 | 63-19 Lady Sheila 106ⁿᵒ Polar Jo 104² Nicamoma 105² | Outrun 10 |
| 30Sep75- | 2Mth fst | 6f | :21½ :45½ 1:11½ | ⒸClm 6500 | 5 10 8¹² 8¹⁵ 8¹¹ 68½ Edwards J W⁵ | 113 | 7 90 | 74-19 Penesto 115½ Sharon Ann 114½½ Sister Judith 118² | Outrun 10 |
| 10Sep75- | 5Mth fst | 1½ | :48 1:12½ 1:46½ | ⒸClm 6500 | 5 7 78 65½ 54 56½ Edwards J W⁵ | 113 | *1 80 | 68-21 Party Time Girl 113³½ YoLaReina119²½Sister'sSeven119ⁿᵏ | Outrun 9 |
| 14Aug75- | 5Mth fst | 1½ | :47½ 1-12½ 1:46½ | ⒸClm 8000 | 4 6 511 59 34½ 38½ Edwards J W⁵ | 110½ | 3 20 | 65-22 Say Yes Lady 114⁷ Carrie Diane 115¹½ Enigma 110⁸ | Rallied 9 |

LATEST WORKOUTS Jan 30 GS 5f fst 1:07 b Jan 22 GS 4f my :51 b Jan 3 GS 4f my :51 b

## *Ociosa

Own.—Stock A

Ch. m. 8, by Lujoso II—Cuba de Plata, by Brazza
$4,000
Br.—Haras Filibustero (Chile)
Tr.—Crupi J J

**106¹⁰**

| | St. 1st 2nd 3rd | Amt. |
|---|---|---|
| St. 1st 2nd 3rd | 1976 3 2 0 0 | $5,022 |
| 6 0 0 0 | 1975 16 2 1 1 | $6,580 |

| 13Feb76- | 9GS | gd | 1½ | :49½ 1.16 1.51½ | ⒸClm 3000 | 8 1 14 12 12½ 13 Jenkins L Jr¹⁰ | b 106 | *3 30 | 47-36 Ociosa 106³ Noah's Dinghy 116⁷ Foulin' Piece 116½ | Drew out 12 |
| 4Feb76- | 9GS | my | 1½ | :48½ 1-15½ 1:50½ | ⒸClm 3000 | 5 1 14 12 14 14 Jenkins L Jr¹⁰ | b 105 | 7 30 | 51-33 Ociosa 105⁴ Hail Tennessee 115ⁿᵒ Latin Song 108ⁿᵒ | Ridden out 11 |
| 4Jan76- | 2Key sl | 1½ | :48½ 1-15½ 1:52 | ⒸClm 3500 | 1 5 44½ 32 31½ 45½ Rosado O | b 114 | 7 40 | 38-38 Noah's Dinghy 112² Halari 112¹½ Melanie Gal 102½ | Hung 12 |
| 31Dec75- | 9Key sly | 1½ | :48½ 1-15½ 1:52 | ⒸClm 3500 | 2 1 2½ 2½ 2½ 23 Estevez R⁷ | b 106 | 23 20 | 41-30 Bold Maud 110½ Rebel Mill 118½ Cape Breton Girl 112⁹ | Tired 11 |
| 1Dec75- | 3Key fst | 1½ | :47½ 1-13½ 1:48½ | 3 ↑ ⒸClm 3000 | 8 4 57 410 410 412 Guadalupe J | b 113 | 42 30 | 48-33 Vileehi 117ⁿᵏ All Over Spray 117² Dainty Me 113¹⁰ | No excuse 8 |
| 17Nov75- | 4Key fst | 1½ | :48½ 1-13½ 1:46½ | 3 ↑ ⒸClm 3000 | 7 5 79½ 816 822 726 Jenkins L Jr¹⁰ | b 104 | 44 21 | 44-21 All Over Spray 114² Ilites Girl 125⁵ Westhampton 108³ | Outrun 8 |
| 6Nov75- | 4Mth fst | 6f | :22½ -45½ 1.11½ | 3 ↑ ⒸClm 3500 | 7 7 76½ 79 79² Tanner R | b 117 | 28 70 | 74-18 Madam Scholar 113½ Gladys Anne K 122²Crimsonade114³ | Outrun 9 |
| 30Oct75- | 5Mth fst | 6f | :23 -47½ 1.13½ | 3 ↑ ⒸClm 3500 | 7 5 54½ 68½ 611 617 Tanner R | b 117 | 30 60 | 55-25 Native Mood 119⁴½ Crimsonade 114½ Madam Scholar105⁵ | Outrun 8 |
| 22May75- | 3GS | fst | 170 | :47½ 1-14½ 1:46½ | ⒸClm 3500 | 7 3 47½ 613 616 722 Saumell L⁵ | b 117 | 5 50 | 40-28 Ballyjamesduff 110½ Kalola Hill 103½ Load 'n Go 113³ | Fell back 7 |
| 17May75- | 4GS | fst | 6f | :23½ -47½ 1.13½ | ⒸClm 3500 | 7 6 65½ 610 610 510 Solomone M | b 122 | 9 10 | 63-30 Boston Sing 117¹½ Social Party 119⁴ Les Jambes 114⁷ | Outrun 7 |

LATEST WORKOUTS ●Feb 1 GS 5f fst 1:02½ h Jan 22 GS 4f fst :51 b Dec 30 GS 5f fst 1:04 b Dec 24 GS 4f fst :52 b

## Pay the Fine

Own.—Audley Farm Stable

Ro. f. 4, by Wise Exchange—Traffic Note, by Traffic Judge
$4,000
Br.—Poirier Hilda P (Md)
Tr.—Wallerstedt M

**116**

| | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| | St. 1st 2nd 3rd | 1976 4 1 0 1 | $2,818 |
| | 2 0 0 0 | 1975 19 1 3 2 | $9,254 |

| 18Feb76- | 1GS | fst | 1½ | :50½ 1.17½ 1:51½ | ⒸClm 3000 | 4 1 12 13 14½ 1⁴ Breen R | b 115 | *2 30 | 44-46 Pay the Fine 115⁴ Saratoga Gal 106½ Westhampton 115¹½ | Easily 9 |
| 12Feb76- | 4GS | gd | 6f | :23 -47½ 1:16 | ⒸClm 3000 | 12 4 42 32½ 54½ 33½ Breen R | b 114 | 6 80 | 59-40 J J Victory 107⁵ Plumly Solo 114½ Pay the Fine 114ⁿᵒ | Rallied 12 |
| 6Feb76- | 4GS | my | 6f | :23½ -48½ 1:16 | ⒸClm 3000 | 5 4 67½ 55 810 68½ Black A S | b 114 | 17 20 | 54-42 Vileehi 114½ Hi Way Bowl 109ⁿᵏ Belle Of Delray 115¹½ | No factor 12 |
| 12Jan76- | 9Key gd | 1½ | :47½ 1.14 1.48 | ⒸClm 4000 | 6 2 2ʰᵈ 1ʰᵈ 37 718 Breen R | b 116 | 12 30 | 46-27 Enigma 109² Ilites Girl 120⁶ Cape Breton Girl 112ⁿᵒ | Tired 10 |
| 18Dec75- | 9Lrl | fst | 7f | :23½ :46½ 1:27½ | ⒸClm 5000 | 4 3 2¹½ 22 55½ 712 Grimm P I | b 114 | 6 60 | 65-23 Nose Job 119⁴ Nicamoma 107½ Heavenly Promise 114¹ | Tired 10 |
| 4Dec75- | 9Lrl | fst | 7f | :23½ :47 1.26 | ⒸClm 5000 | 7 4 2½ 2½ 58½ 612 Passmore W J | b 113 | 8 30 | 65-19 Hello Kim 114⁵ Momanca 107½ Pretty Laura 114½ | Early speed 9 |
| 12Nov75- | 3Lrl | sly | 6f | :22½ :46½ 1:12½ | 3 ↑ ⒸClm 5000 | 6 5 711 814 814 811 Melancon L | 114 | 35 90 | 74-21 Dear Spring 116½ Fifty Coins 116ⁿᵏ Elite Ms 114½ | Outrun 9 |
| 30Sep75- | 2Bow fst | 1½ | :49 1-14½ 1:47½ | 3 ↑ ⒸClm 5000 | 3 4 34½ 58 66½ Agnello A | 111 | 6 60 | 63-26 Paros 109½ Largo Lady 112½ Testar 116¹½ | Tired 11 |
| 22Aug75- | 8Tim fst | 1½ | :48½ 1-13½ 1:46½ | 3 ↑ ⒸAllowance | 7 2 2½ 58 614 618 Moreno O | 111 | 4 60 | 75-07 Clematis Suit 110²⁵outAmbition117ⁿᵏQuillacey122⁸ | Speed, tired 8 |
| 30Jly75- | 8Tim fst | 1 | :48½ 1.14½ 1:41½ | 3 ↑ ⒸClm 8500 | 8 3 31 3ⁿᵏ 2½ 2½ Moreno O | 116 | 9 10 | —- Lucky Spree 115½ Pay the Fine 116¹½CrossKut120¹½ | Carried wide 8 |

LATEST WORKOUTS Feb 5 GS 3f sl :37½ b Feb 1 GS 4f fst :51 b Jan 20 Key 4f fst :50½ b

## Twice Clairvoyant *

Own.—Hope J

B. m. 6, by Good Old Mort—Sky Diver, by Career Boy
$3,750
Br.—Dane Hill Acres (Can)
Tr.—Hope J

**106⁷**

| | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| | St. 1st 2nd 3rd | 1976 2 0 0 0 | |
| | 2 0 0 0 | 1975 26 3 3 5 | $13,372 |

| 7Feb76- | 1GS | my | 170 | :48½ 1 16½ 1:48½ | ⒸClm 3500 | 2 2 31½ 2½ 44 66½ Edwards J W | b 113 | 10 10 | 44-36 Krafty Kathy 119⁴ Native Art 113⁴½ I Wish You Joy 116½ | Tired 10 |
| 12Jan76- | 9Key gd | 1½ | :47½ 1.14 1.48 | ⒸClm 4000 | 9 9 10¹¹ 10⁶½10¹¹ 10¹⁹ Guadalupe J | b 116 | 6 20 | 45-27 Enigma 109² Ilites Girl 120⁶ Cape Breton Girl 112ⁿᵒ | Outrun 10 |
| 16Dec75- | 4Key fst | 1½ | :49½ 1-15½ 1:50½ | 3 ↑ ⒸClm 3750 | 8 8 33 31½ 31½ 31½ Laucirica D | b 120 | 9 70 | 48-35 JuliePetunia109½GoodSusie120ⁿᵏTwiceClairvcyant120¹½ Mild rally 9 |
| 1Dec75- | 9Key fst | 1½ | :47½ 1.13½ 1:51½ | 3 ↑ ⒸClm 3750 | 3 4 3¹ 1½ 1¼ 3ⁿᵏ Laucirica D | b 118 | 9 70 | 47-33 CapeBretonGirl113ⁿᵏVisualFlight111ʰᵈTwiceClairvoynt120¹½ Outrun 10 |
| 19Nov75- | 2Key fst | 7f | :23½ -47½ 1:27½ | 3 ↑ ⒸClm 3750 | 8 11 11¹¹¹¹½ 810 67½ Laucirica D | b 118 | 32 80 | 65-22 Grey Reveille 113² Dark Heritage 109ⁿᵏMissCharming116³ Outrun 12 |
| 31Oct75- | 1Mth fst | 1½ | :48½ 1.14½ 1:46½ | 3 ↑ ⒸClm 3750 | 3 5 43 2ʰᵈ 66 8¹³ Laucirica D | b 114 | 14 80 | 59-22 QueenlyMonarch115⁵BothOfMarwal115ⁿᵏMrw'sBelle117⁴ Tired 10 |
| 17Oct75- | 2Mth fst | 1½ | :47½ 1.13½ 1:47½ | 3 ↑ Ⓕ Clm 3500 | 6 6 68½ 44 44½ Edwards J W⁵ | b 114 | 3 30 | 62-18 Selari's Cutie Pie 114½ Zulu 119½ Saratoga Gal 113ʰᵈ | Checked 7 |
| 30Oct75- | 2Mth fst | 1½ | :47½ 1.13½ 1:47½ | 3 ↑ Ⓕ 6500 | 2 4 54½ 53½ 55½ 69½ Edwards J W⁵ | b 112 | *2 10 | 59-21 Bold Maud 113⁶ Dainty Debtor 119½ Omygosh 111½ | Tired 10 |
| 26Sep75- | 6Mth sly | 1½ | :47½ 1-12½ 1.46½ | 3 ↑ ⒸClm 6500 | 4 8 814 812 76½ 712 Saumell L⁵ | b 108 | 2 00 | 56-23 Honey Galore 122² Pampered Lover 106⁵NativeArt111½ No factor 9 |
| 5Sep75- | 3Mth fst | 1½ | :48½ 1-13 1.46½ | 3 ↑ ⒸClm 4000 | 1 2 2¹ 22 2½ Edwards J W⁵ | b 110 | 2 00 | 71-21 TwiceClirvoynt110²GeneseeCounty119ⁿᵒBthOfMrwi115¹½ Driving 9 |

---

## ② GARDEN STATE ( 6 FURLONGS )

6 FURLONGS. (1.08⅗) MAIDEN SPECIAL WEIGHTS. Purse $5,000. Maiden 3-year-olds. Weight, 120 lbs.

## *King Streaker

Own.—Chadds Fords Stable

Ch. g. 3, by Henry the Seventh—Street Song, by Le Lavandou
Br.—Oakshire Co. Ltd. (Eng.) (Eng)
Tr.—Sheppard J

**120**

| | St. 1st 2nd 3rd | Amt. |
|---|---|---|
| 1976 0 M 0 0 | |
| 1975 0 M 0 0 | |

LATEST WORKOUTS Feb 19 Pim 4f sly :49 hg Feb 14 Pim 5f gd 1:02½ h Feb 11 Pim 5f fst 1:04¼ b Feb 7 Pim 6f fst 1:32 b

## Fondeau

Own.—Triple Fox Stable

Dk. b. or br. g. 3, by Cornish Prince—Miss Quick, by Djeddah
Br.—Winchell V H Jr (Ky)
Tr.—Miceli G J

**120**

| | St. 1st 2nd 3rd | Amt. |
|---|---|---|
| 1975 0 M 0 0 | |

LATEST WORKOUTS Feb 21 GS 4f fst :50½ b Feb 15 GS 3f fst :37 b ●Feb 13 GS 6f fst 1:16 h ●Feb 9 GS 4f h :49 hg

## Repatriation

Dk. b. or br. c. 3, by Steward—Deal Lane, by Saggy
Br.—Lane Mrs P (Fla)
Tr.—Enright P B

Own.—Lane Mrs P

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 3 | M | 1 | 2 | $2,106 |
| 1975 | | 3 | M | 0 | 1 | $1,475 |

7Feb76- 3GS my 6f .23 47½ 1·1½ Md Sp Wt 3 2 42 54 43½ 33½ Edwards J W 120 *1.50 68-36 Missy'sChance120½StrawberryLanding120²Reptrition120⁴ Rallied 10
26Jan76- 4Key gd 6f .22½ 46½ 1.13½ Md Sp Wt 8 2 33½ 33½ 24 23½ Marley D M 120 2.70 70-33 Verbose 115³½ Repatriation 120⁴½ Uncle Baby 120⁷ Cut mouth 8
1Jan76- 1Key sly 6f .22½ 47¾ 1.13½ Md Sp Wt 7 1 15 2hd 2½ 35½ Marley D M b 120 *1.40 68-32 Mr. Patty Pat 120½ Paul's No Fool 120⁵ Repatriation120⁵ Brushed 9
20Dec75- 4Aqu fst 6f .22½ 45½ 1.11½ Md Sp Wt 8 3 1hd 3½ 42½ 44½ Maple E b 122 11.70 82-15 MountSterling122ⁿᵏSunnyLanding122ⁿᵏDancingThief117⁴ Bore in 10
14Jly75- 1Mth sly 5½f .22½ 46½ 1·01½ Md Sp Wt 1 4 1hd 22 36 414 Blum W 118 3.30 72-22 Best Bee 118¹⁰ Lazarito 118³ Chati 118½ Weakened 7
7Jly75- 4Mth fst 5½f .22½ 46½ 1·09½ Md Sp Wt 9 8 97½ 99½ 95 34 Blum W 118 18.40 85-17 Pastry 118½ Drovers Dawn 118½ Repatriation 118hd Rallied wide 10
LATEST WORKOUTS Feb 18 GS 4f fst :50½ b Feb 5 GS 3f sl :37½ b Jan 24 Key 4f fst :50 b Jan 17 Key 5f sl 1:06 b

## Funny Deal

Dk. b. or br. c. 3, by Fast Hilarious—Miss Barter, by Swaps
Br.—Lin-Drake Farm Inc (Fla)
Tr.—Fisher J R S

Own.—Woodcrest

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 1 | M | 0 | 0 | $141 |
| 1975 | | 2 | M | 0 | 2 | $1,034 |

26Jan76- 4Key gd 6f .22½ 46½ 1.13½ Md Sp Wt 3 3 76 61² 61⁶ 51⁶ Black A S 120 3.70 58-33 Verbose 115³½ Repatriation 120½ Uncle Baby 120⁷ No factor 8
1Dec75- 4Key fst 6f 23½ 48½ 1·13½ Md Sp Wt 1 2 12 11½ 21 34½ Black A S b 120 *.40 64-33 ForwardDancer115³½TropicMonkey120²FunnyDeal120² Weakened 9
18Nov75- 3Key fst 6f .23 47½ 1·11½ Md Sp Wt 2 4 14 14 11½ 3½ Black A S b 120 5.00 75-27 Poplar Ruler 120ⁿᵒ Usable 120½ Funny Deal 120²½ Speed tired 9
LATEST WORKOUTS Feb 18 GS 5f fst 1:04 b Feb 11 GS 4f gd :51½ b Jan 16 Key 4f fst :50 b Dec 24 Key 5f fst 1:02 b

## Sunny Landing

Dk. b. or br. c. 3, by First Landing—Sunelia, by More Sun
Br.—Polk H H (Va)
Tr.—Bucci A

Own.—Taub J

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 3 | M | 3 | 0 | $6,380 |
| 1975 | | 7 | M | 2 | 0 | $3,960 |

12Feb76- 5Aqu fst 6f .23½ 47 1 1 3·4 Md Sp Wt 2 8 51½ 41½ 3½ 2½ Hole M b 114 *1.00 82-19 Never Dance 124½ SunnyLanding114²RegalProducer114¹½ Gamely 9
31Jan76- 4Aqu fst 6f .22½ 45½ 1·13½ 3·4 Md Sp Wt 4 4 1hd 1hd 2½ 2½ Hole M b 114 *1.00 85-15 Big Eight 118² Sunny Landing 114¹½ Coronation Day119¹ Gamely 7
3Jan76- 2Aqu sly 6f 22 45¾ 1·1 Md Sp Wt 4 4 2hd 2hd 1½ 2½ Hole M 122 *1.60 82-18 Touched 122½ Sunny Landing 122² Royal Realty 122¹½ Gamely 12
20Dec75- 4Aqu fst 6f .22½ 45½ 1·11½ Md Sp Wt 7 2 3nk 1hd 1hd 2nk Woodhouse R b 122 6.80 87-15 MountSterling122nkSunnyLanding122nkDancingThief117⁴ Just missed 10
6Dec75- 4Aqu fst 6f .22½ 45½ 1·18½ Md Sp Wt 9 3 21 31½ 31½ 63 Woodhouse R 122 7.10 87-13 NotblyDifferent122½PrsidntChrli117½MysticLight122hd Weakened 12
29Nov75- 3Aqu fst 6f .22½ 45½ 1·11½ Md Sp Wt 11 2 61½ 32 33 22½ Woodhouse R 122 22.40 83-15 Half High 122½ Sunny Landing 122²DuncanMcGill122hd Gamely 12
15Nov75- 3Aqu fst 6f .22½ 46½ 1·1 Md Sp Wt 4 4 3nk 52½ 77½ 79 Woodhouse R 122 17.90 79-15 ⒹAustin 122ⁿᵒ ExpletiveDeleted122½Sonkisser122ⁿᵒ Early speed 12
25Oct75- 1Bel sly 6f .22½ 46 1 1½ Md Sp Wt 7 3 2hd 33½ 43 53½ Hole M 122 7.70 80-15 Just A Dandy 122nk Quick Card 122nk Vengeance 122½ Weakened 9
LATEST WORKOUTS Feb 8 BC tr.t 4f fst :48½ h Jan 20 Bel tr.t 4f fst :49 h Jan 18 Bel tr.t 4f fst :49½ h

## Murder Inc.

B. g. 3, by Rebellious—Haughty Lady, by Windy Sea
Br.—Richards E (Md)
Tr.—Vaczi J

Own.—Richards E

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 2 | M | 0 | 1 | $700 |
| 1975 | | 0 | M | 0 | 0 | |

16Feb76- 3GS fst 6f 23 47 1 1 Md Sp Wt 1 3 1½ 11 11½ 31½ Verardi F 122 5.60 71-34 StrawberryLanding122ⁿᵒInWings122²MurderInc.120⁴ Weakened 7
7Feb76- 3GS my 6f .23 47½ 1 1½ Md Sp Wt 5 3 1½ 1½ 31½ 59½ Verardi F 120 15.60 62-36 Missy'sChance120½StrawberryLanding120²Repatrition120⁴ Tired 10
LATEST WORKOUTS Feb 2 GS 3f fr :36½ b Feb 15 GS 3f fst :37½ b ●Jan 30 GS 6f fst 1:16 hg Jan 23 GS 6f fr 1:17½ b

## Blackburn

B. c. 3, by Illustrious—Sewickley Heights, by Native Dancer
Br.—Evans T M (Va)
Tr.—Lee P O

Own.—Buckland Farm

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 1 | M | 0 | 1 | $600 |
| 1975 | | 2 | M | 1 | 0 | $1,100 |

24Jan76- 1Bow fst 6f 22½ 45½ 1 1 Md Sp Wt 2 1 16 16 13 33½ Poulin R R⁵ b 115 *.80 79-27 On The Sly 120½ Buddy Larosa 120³ Blackburn 115⁶ Hit rail 9
20Dec75- 6Lrl fst 6f .22½ 46½ 1.13½ Md Sp Wt- 1 10 2hd 2hd 22 25 Poulin R R⁷ b 113 6.00 86-14 Greek Victor 120⁵ Blackburn 113⁴ Hopecrest 120hd Weakened 12
1Dec75- 3Lrl fst 1 46½ 1 13 1·3½ Md Sp Wt 5 1 13 411 51⁸ 73⁹ Cusimano G b 120 8.60 38-19 Full Marks 117ⁿᵒ First Marquis 120¹⁰ Old Ironsides120¹⁸ Stopped 7
LATEST WORKOUTS Feb 21 Lrl 4f gd :49 b Feb 17 Lrl 5f gd 1:02½ b Feb 10 Bow 6f fst 1:12½ h Feb 5 Lrl 6f fst 1:17 b

## Dewbold

B. c. 3, by Dewan—Cerise Belle, by Polynesian
Br.—Berry A W (Ky)
Tr.—Magee L

Own.—Berry A W

120

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 0 | M | 0 | 0 | |
| 1975 | | 0 | M | 0 | 0 | |

LATEST WORKOUTS Feb 20 Key 5f fst 1:03½ b Feb 14 Key 4f fst :49 hg

 **GARDEN STATE** **1¹⁄₁₆ MILES**

1¹⁄₁₆ MILES. (1.41) CLAIMING. Purse $6,000. 4-year-olds and upward. Weight, 122 lbs. Non-winners of two races at a mile or over since January 10 allowed 3 lbs. One such race since then, 6 lbs. Claiming price $8,500, for each $500 to $7,500, 2 lbs (Races where entered for $6,500 or less not considered.)

**Coupled—Sharp Glance and Market Forge.**

## Jay Squared

B. g. 5, by Double Jay—Cherry Jam, by Yes You Will
Br.—Labadie Mill Farm (Md)
Tr.—Graci J J III

Own.—Rivielle L $8,500

1095

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 4 | 1 | 0 | 3 | $4,061 |
| 1975 | | 12 | 3 | 0 | 3 | $10,213 |

9Feb76- 7GS gd 1¹⁄₁₆ .49½ 1 14½ 1 5½ Clm 10000 3 4 44 41 1hd 32 McCauley W H⁷ 112 15.50 59-39 Roam Free 116½ Court Game 109½ Jay Squared 112²½ Weakened 10
31Jan76- 7Pen gd 1½ .50½ 1·16½ 2·4½ Hcp 3000s 4 5 42½ 1hd 22 31½ Slut J 121 4.00 63-26 Row Boat 112½ Bryans Baby 109½ Jay Squared 121½ Tired 9
17Jan76- 7Pen fst 1½ .49½ 1·16 1·13½ Hcp 3000s 6 8 78½ 78½ 67 32 Slut J 118 6.30 67-29 Calamo 123½ America s Spirit 106½ Jay Squared 118ⁿᵒ Rallied 8
10Jan76- 7Pen fst 1½ .49½ 1.14½ 1 4½ Hcp 3000s 3 3 33 33 31 12 Slut J 117 6.10 71-20 Jay Squared 117² Swift Count 115½ Pelham s Pride110hd Driving 10
31Dec75- 9Key sly 1½ .49 1 14½ 1·2½ 3·4 Clm c-5000 6 4 55 35 35 39 Nied J Jr¹⁰ 112 7.60 58-30 Wise Rice 122² Lahar 117³ Jay Squared 112² Hung 8
22Dec75- 9Key gd 1½ .47½ 1 15½ 1·4½ 3·4 Clm c-4000 8 — — — 11½ McCauley W H⁷ 113 *3.30 57 38 Jay Squared 113¹½FootStomper120⁵FrightenedKnight116hd Snow 12
14Dec75- 1Key fst 6f .22½ 46¾ 1.13½ 3·4 Clm 5000 11 8 89 77½ 510 48½ McCauley W H⁷ 112 12.00 76 23 Mild Joker 113⁵½ Invasion 112²½ Lipa Doo 106½ Mild rally 12
29Nov75- 5Key fst 7f .23 46½ 1.23½ 3·4 Clm 5000 7 5 44 2½ 2hd 1½ McCauley W H⁷b 107 *2.00 82 20 Jay Squared 107½ Marked Down 115⁶ Electrolytic 104³ Driving 8
23Nov75- 9Key fst 7f .23 46½ 1.23½ 3·4 Clm 5000 3 7 53 43½ 31½ 32½ Rosado O b 116 10.20 79-20 DeterminedCourse113½MrkedDown116²JySqurd116⁴ Lacked rally 12

## Harvard Square

Ch. c. 4, by Quadrangle—Beck Road, by Hasty Road
Br.—Stiles M (Ky)
Tr.—Neilson W C

Own.—Landino & Petty $8,500

116

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| 1976 | | 4 | 0 | 0 | 1 | $700 |
| 1975 | | 14 | 4 | 1 | 0 | $19,620 |

9Feb76- 7Bow fst 1½ .48½ 1·13½ 13 Clm 11500 9 6 85½ 86½ 77 77½ Agnello A b 114 10.20 60-21 Mourne 114nk Mr Dougal 114¹½ Mortier 114½½ No factor 10
31Jan76- 9Key fst 7f .23 46 1·23 Clm 12000 6 9 91² 91¹ 88½ 66½ Loquercio A b 114 18.80 78-24 False Idea 118² Lester Gem 120² Artist s Dream 116½ Outrun 9
23Jan76- 6Key fst 7f 23½ 46½ 1 6 Clm c-9000 10 4 74½ 73½ 65½ 53½ McCauley W H⁷b 115 5.00 75-29 Meformore 122² Bolder n Tracy 116½ True Grey 115² No rally 11
16Jan76- 6Key fst 6f .22½ 46½ 1.13½ Clm 8500 3 6 76½ 64½ 44½ 32 McCauley W H⁷b 115 10.00 77-28 MidniteHour118²FlashingSword120hdHarvrdSquare116½ Strde late 9
15Dec75- 3Aqu fst 1½ .47½ 1 11½ 1·13½ Clm 9000 6 2 21 21 62½ 65½ Amy J b 115 3.70 71-14 Master Scott 117² Lively Leader 112nk Mongo Leader114¹² Tired 7
30ec75- 5Aqu fst 1 .47½ 1 13½ 1·59½ Clm 9000 2 5 42 2hd 2hd 2nk Amy J b 118 5.60 69-23 Waltz King 116nk Harvard Square 118hd Doubt 115¹ Split horses 12
26Nov75- 2Aqu fst 1 45½ 1.10½ 1·61½ Clm 10500 9 5 55 55½ 68½ 61¹ Amy J b 118 12.90 74-15 Trainer Mickey 117⁴ Wayward Red 112½ Marxism117½ No threat 9
19Nov75- 9Aqu fst 1½ .48½ 1 13½ 1·23½ Clm 9000 6 3 3½ 1hd 1hd 2½ Amy J b 113 3.00 73-15 Harvard Square 113hd Inahaystack 108½ WaltzKing113ⁿᵒ Driving 11
11Nov75- 9Aqu fst 1½ .47½ 1 12½ 1·51½ Clm 10500 5 2 22 21½ 42½ 47 Amy J b 113 7.80 70-17 Master Me 117² MongoLeader117³½LivelyLeader112½½ Weakened 10
19Oct75- 9Bel sly 1½ .46½ 1 12½ 1·51½ Clm 9000 1 1 1½ 14 14 13 Amy J b 113 *2.30 73-19 HarvardSquare113³Leaderkrantz108½Electrolytic117¹¹ Ridden out 9
LATEST WORKOUTS Jan 18 Bel tr.t 4f hy :52½ h Jan 7 GS 4f fst :50½ b

## Glorious John ✷

B. h. 5, by Goyamo Lad—Clipper Cargo, by Sky Clipper
Br.—Desandro J (N.J.)
Tr.—Ryan A R

Own.—Grand Pep Stable $8,000

114

| | Turf Record | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| | St. 1st 2nd 3rd | 1976 | | 2 | 0 | 0 | 1 | $660 |
| | 2 0 0 0 | 1975 | | 9 | 0 | 0 | 2 | $3,299 |

14Feb76- 5GS sy 1 170 .48½ 1.15 1·46½ Clm 7500 7 4 42 33½ 44 35 Barrera C b 112 12.30 55-38 Yucon Mule It 116ⁿᵒCiderHill112⁵GloriousJohn112½½ Best others 8
5Feb76- 7GS sl 6f 23 47 1 13½ Clm 7500 11 7 86½ 69 89½ 66½ Hamil G B⁷ b 106 82.20 68-37 Trojan Eddy 113¹ Have A Hit 113½LovemandLeavem119½½ Outrun 12
10Dec75- 9Key fst 7f .23½ 45½ 1·26½ Clm 7000 4 7 6⁸ 7⁸ 71⁵ 72²½ Lee R F⁵ b 107 16.30 57 32 HighlandMorn116½²LovemandLeavem108²EarlyStar117122½ Outrun 7
26Nov75- 6Key fst 6f .22½ 45½ 1·10½ 3·4 Clm 8000 1 9 77½ 78½ 71² 51⁴ Lee R F⁵ b 107 36.40 75 25 Timely Gift 120½ Brass Ball 115¹² Take Charge 112nk No factor 9
2Apr75- 9GS fst 1½ 48 1.12½ 1·46½ Clm 15000 2 3 54 67½ 510 51² Barrera C b 114 11.10 60 29 Royal Guester 114ⁿᵏ Ari 114² Meformore 115⁸ Outrun 7
11Mar75- 8GS fst 1½ .47½ 1 13½ 47½ Allowance 5 5 61² 6⁸ 510 612½ Kallai P b 120 10.90 53 32 Legion 118½ Rock the Mint 118ⁿᵏ Desoto King 116²½ No factor 7
28Feb75- 6GS fst 1½ 48 1 14½ 1.48½ Ⓢ Allowance 4 6 71² 34 24 33½ Kallai P b 117 6.20 58-35 Burts Present 108³ Rock the Mint 119½ GloriousJohn117³ Rallied 7
11Feb75- 8GS fst 1½ .22½ 45½ 1·13½ Ⓢ Allowance 5 7 89 77½ 55 43 Kallai P b 117 13.60 72-30 Rock the Mint 117² Royal Supre 117ⁿᵏ Prince De' 114¹ Wide 8
5Feb75- 8GS sly 1¼ .47½ 1 14½ 1 48½ Clm 25000 6 4 44½ 58 514 52⁸ Ortiz R Jr⁵ b 110 10.80 35-42 Tipster 114² Fairways Image 115⁵½ Hasty Runner 114nk Tired 6
LATEST WORKOUTS Feb 20 GS 5f sl 1:06 b Feb 11 GS 4f gd :51 b Jan 29 GS 5f fst 1:03½ b Jan 21 GS 3f fst :37½ b

690

■■■

## Zimram
Own.—Costa & Vizzoni
Ch. g. 4, by Martins Rullah—Miz Lulu Belle, by Royal Serenade
$7,500
Br.—Sheppard J (Va)
Tr.—Costa F
**112**

| | Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|---|
| | St. 1st 2nd 3rd | | | 1976 | 2 | 0 | 0 | 0 | $165 |
| | 1 1 0 0 | | | 1975 | 9 | 3 | 0 | 0 | $7,740 |

16Feb76- 9GS fst 1¼ :49½ 1:15½ 1:48 Clm c-6000 9 9 10¹⁰ 8¹¹ 6¹⁵ 6¹⁸ Castaneda K b 113 8 00 47-34 Nick's Folly 116⁷ Subgum 111½ Shoot Little Luke¹¹⁶ⁿᵒ No threat 12
7Feb76- 9GS my 1⁷⁰ :48½ 1:15½ 1:48½ Clm 6500 8 9 8⁷½ 8⁹¼ 6⁴¾ 5⁴¾ Castaneda K b 116 12 80 45-36 Mr Wac 114¹½ Gold A Rul 116ⁿᵒ Davids Twist 116⅓ Stride late 10
6Dec75- 9Lrl fst 1¼ :47½ 1:13½ 1.39 Clm 6500 3 11 10¹¹ 11¹¹ 6¹¹ 8¹⁰ 10¹⁴ Cooke C b 116 9 40 64-15 Caslon 107³ Double Likeness 116½ LandingsDelight 113ⁿᵒ Outrun 11
29Nov75- 9Lrl fst 1 :47½ 1.13 1-38½ 3↑Clm 6500 3 12 10¹² 7¹² 6¹⁰ 4⁸½ McCarron C J b 113 18 50 73-14 Jet To New Orleans 116²½ Dedalus 116²½ Mio Host 114⁴ Rallied 12
18Aug75- 7Key fst 1¼ :47½ 1:13½ 1:47½ Clm 10000 8 8 8¹⁷ 6⁷½ 7⁹¾ 7¹¹ Belville E M b 118 9 20 55-22 Pas Devant 116ⁿᵒ My Three Angels 120³ TicksMon118² Fell back 8
6Aug75- 7Del sly 1¼ :48½ 1:13½ 1.45½ 3↑Allowance 2 7 7²¹ 7¹⁸ 6¹⁹ 6¹⁵ Rowland J b 110 6 70 68-21 Roam Free 108²CleverDecision109³CheerToTheEcho109ⁿᵒ Outrun 7
24Jly75- 9Del fm 1½ ⊕ 49½ 1.14 2 31½ 3↑Alw 5000s 4 5 6⁹ 1¼ 1¹ 12½ Belville E M b 115 10 40 90-16 Zimram 116²½ Ky Red 114⁴ King of Action 117ⁿᵒ Driving 11
13Jly75-10Del sly 1⁷⁰ :47½ 1:14 1.45½ Clm 6000 2 9 4⁹⁷ 68½ 56 1¼ Cooke C b 116 10 10 69-23 Zimram 116½ Tramonto II 115¼ Young Sentry 116⁴½ Hard drive 9
4Jly75- 9Del fst 1⁷⁰ :47½ 1.14 1.45½ Clm 7500 4 7 7¹² 66 6¹² 5⁷⅓ Belville E M 120 6 90 62-19 Who'sBeu115²FlyingVictory115¹¹StillInAgreement110² No speed 7
24Jun75- 2Del fst 1⁷⁰ :48½ 1.14½ 1.44⅗ 3↑Md 6250 5 7 8¹⁰ 5⁴ 11½ 15 Belville E M b 115 16 50 74-13 Zimram 115⁵ Brave Flight 124ⁿᵏ Kentron 124½ Driving 9
LATEST WORKOUTS ●Feb 5 GS 3f sl :36½ bg Jan 31 GS 5f fst 1-07 b Jan 21 GS 3f fst :40 b Jan 14 GS 4f my :51½ b

## Sharp Glance
Own.—Lopez D J
Gr. g. 7, by Cornish Prince—La Porfiada, by Espace Vital
$8,500
Br.—Niblick Stable (Ky)
Tr.—Lopez D J
**116**

| | Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|---|
| | St. 1st 2nd 3rd | | | 1976 | 5 | 0 | 1 | 1 | $1,928 |
| | 10 1 0 0 | | | 1975 | 20 | 5 | 1 | 3 | $14,918 |

6Feb76- 6GS my 1¼ :49½ 1.14½ 1 49½ Clm 8500 5 7 89 7¹¹ 58¼ 58½ Phelps B b 116 8 50 50-42 Keith E s Choice 117⁶ Calamo 122⁷ Ticks Mon 116² Wide 8
31Jan76- 4Key fst 1¼ :48½ 1:13½ 1:47½ Clm c-6500 1 5 64½ 46 36¾ 37 Phelps B b 116 *1 10 60-24 MrkedDown116⁶ExgyertedEgo116³SharpGlnc116½ Broke in lunge 6
24Jan76- 8Key fst 1¼ :48½ 1 13½ 1·47½ Clm 6500 6 4 36 25 25 2¼ Phelps B b 116 7 40 64-22 Ninety-NineSteps112½SharpGlnce116ⁿᵏWertheCrown1137 Gamely 8
17Jan76- 8Key fst 1⁷⁰ :47¼ 1.14 1.45 Clm 6500 7 10 713 813 612 513 Phelps B b 117 3 50 62-32 Nail Apron 1110 Acerullah 122ⁿᵏ Serficient 116² Outrun 10
9Jan76- 4Key fst 7f :23½ :46⅗ 1.24⅗ Clm 8500 6 6 63½ 55½ 67⅓ 57 Phelps B b 117 5 60 79-20 LovemadLvm118ⁿᵒRquimforGlory113⅓MightySunst1201½ Outrun 7
4Dec75- 5Lat fst 6½f :23½ :48½ 1.21⅔ 3↑Clm 7500 6 2 3³ 31½ 34 34 Bryan M W⁵ b 111 3 60 70 37 Quilloton 116² Mr H M 120² Sharp Glance 111⁴ Rallied 6
20Nov75- 9CD gd 1¼ :48½ 1.13½ 1 49⅗ 3↑Clm 6500 9 10 9¹¹ 78 53² 5¼ Bryan M W b 117 2 50 60-24 Git 113ⁿᵒ Satin Safe 117ⁿᵏ Alexeton 113ⁿᵒ 10
13Nov75- 8CD fst 1¼ :49 1.14 1.46½ 3↑Clm 7500 1 5 66 73½ 62⅓ 3¹¹ Bryan M W b 115 5 60 73 19 Tumizon 117ⁿᵏ Eleven Cuidado 117¹ Sharp Glance 115ⁿᵏ Rallied 8
3Nov75- 9CD fst 1¼ :49 1.14 1.46⅗ 3↑Clm 5000 3 7 64½ 23½ 2hd 1¼ Brumfield D b 117 *70 74-16 Sharp Glance 117¾ Parolee 114⁴ River Ribot 115½ Driving 8
LATEST WORKOUTS Feb 23 GS 3f fr :39 h Feb 19 GS 5f my 1:07 b Feb 14 GS 4f fst :52⅗ b

## Hallowed Hill
Own.—Jones R B Jr
B. g. 4, by Red Monk—Locust Ridge, by Third Brother
$7,500
Br.—Shiloh Farm (Pa)
Tr.—Sheppard J
**112**

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| | 1976 | 2 | 0 | 0 | 0 | $312 |
| | 1975 | 14 | 1 | 1 | 4 | $8,120 |

17Feb76- 7GS fst 1¼ :50 1 16 1 50½ Clm 8000 10 1 3ⁿᵏ 2hd 3hd 64½ Castaneda K b 113 88 80 46-44 Klassy Charger 114¹ Nail Apron 119ⁿᵏ Mr Champ 116²½ Tired 11
9Jan76- 8Key fst 6f :22½ :45½ 1:12 Clm 9000 4 3 4¹⅓ 56 34 Arroyave R D⁵ b 108 9 10 78-20 North Comet 114³ Super Solid 108½ Buffalo Stomp 112² Evenly 7
22Dec75- 6Key gd 6f :23½ :47¾ 1·14⅗ 3↑Clm 8500 8 2 2¼ 2hd 3² Arroyave R D⁵ b 108 38 90 66 38 Doc Rufus 116² Roys Dream 114ⁿᵒ Hallowed Hill 108⅓ Snow 10
6Dec75- 8Pen fst 5½f :23½ :47 1 05½ Clm 7500 8 4 3² 45 714 68 Hess G 114 6 50 86 21 Juvenile Jr 114¹ Anybody 114⁴ Rozzo 105½ Tired 9
28Nov75- 6Pen fst 5f :22½ :46⅗ 1:00 3↑Allowance 8 8 86 74½ 47⅓ 33 Hess G 120 14 90 83 21 Jet Bupers 122⁵ Roman Scythe 120² Hallowed Hill 120²⅓ Rallied 10
1Nov75- 6Pen fst 6f :22⅖ :46 1 12½ Clm 7500 1 5 41½ 41⅓ 41 74½ Lau G b 114 6 80 80 19 Brenda'sSerenade109¹BuenViernes109ⁿᵏBalmyRythmo114ⁿᵏ Fell back 6
220ct75- 4Pen fst 6f :22¼ :46 1-12½ 3↑Allowance 1 6 66¾ 44 54½ 44 Iliescu A b 119 2 40 81 22 Poor Prince 119⅓ Kylemore 114½ DehtePrincess111¹ No mishap 6
19Sep75- 6Key sly 6f :22½ :46⅓ 1-12⅔ 3↑Allowance 5 4 44 44 4⁷½ 513 Belville E M b 117 3 50 67-20 Strong Twist 117½ Blazic Wonder 115⁶ BeeaTipper112⅓ Fell back 5
3Sep75- 8Key fst 6f :23 :46⅔ 1 12⅗ 3↑Allowance 7 6 52½ 45½ 56½ 510 Belville E M b 116 4 10 69 32 Strony Cappe 114½ Tudor Nugget 116ⁿᵒ Candleman 114⁵ Tired 7
27Aug75- 7Key fst 6f :22½ :46⅗ 1-12⅗ 3↑Allowance 6 9 96⅓ 58 46½ 43⅓ Belville E M b 116 7 30 74-21 Firey Idol 111ⁿᵒ Romeo Jason 116⅓ Pleasure Ridge 116¾ Rallied 12
LATEST WORKOUTS Feb 13 GS 1 fst 1:50 b Feb 9 GS 1 hy 1:50 b

## Market Forge ✳
Own.—Lopez D J
Dk. b. or br. g. 5, by Roulletabille—Shipmate, by Crafty Admiral
$7,500
Br.—Valcrest Farm (Can)
Tr.—Lopez D J
**112**

| | Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|---|
| | St. 1st 2nd 3rd | | | 1976 | 2 | 0 | 1 | 1 | $1,880 |
| | 5 0 1 1 | | | 1975 | 21 | 3 | 2 | 3 | $13,212 |

Entered 23Feb76- 7 GS
10Jan76- 5Key fst 1¼ 46½ 1·11½ 1.44½ Clm c-6500 2 2 25 21½ 1½ 1¾ Phelps B b 122 *2 00⑩ 83-14 ⓑMarket Forge 122¾ Capitalistic 114⁷VillageRamp118³ Drifted in 9
10Jan76-Disqualified and placed second
3Jan76- 9Key sly 1¼ 48 1-14½ 1.49½ Clm 6500 6 3 22 11½ 1¹ 2ⁿᵏ Phelps B b 122 5 30 55-32 Cider Hill 113ⁿᵏ Market Forge 122⁶ Jokers Wild 118² Just missed 9
26Dec75- 5Key sly 1¼ :47½ 1:13½ 1.49½ 3↑Clm 8000 4 6 6¹² 7⁷ 6⅓ 5½ Loguercio A b 114 6 60 52-32 Show on the Road 122³ Davids Twist116³RatherGood116¼ Outrun 7
16Dec75- 6Key fst 1¼ :47½ 1.14 1.48½ 3↑Clm 8000 3 2 2hd 1hd 2¼ 4¹¼ Phelps B b 120 13 80 61-35 News Watch 109½ True Grey 120½ Davids Twist122ⁿᵒ Speed tired 7
6Dec75- 8Key fst 1¼ :47½ 1:12½ 1:47 3↑Clm 6500 8 4 4² 3¹¼ 2½ 1¼ Thornburg B b 120 *1 90 69-23 Market Forge 120⅔ RatherGood116⁴⅓MountainHome106½ Driving 9
29Nov75- 8Key fst 1¼ :47½ 1:13½ 1.47 Clm 6500 3 1 1¼ 1¼ 2hd 2¹ Thornburg B b 120 *2 70 72-20 Early And Easy 116¹ Market Forge 120⁴ Bold Name 114⁴ Gamely 12
17Nov75- 7Key fst 1⁷⁰ 46 1·11½ 1 43⅗ 3↑Clm 8500 9 9 9¹⁵ 8¹¹ 8¹⁴ 8¹⁵ Thornburg B b 112 19 80 67-21 Davids Twist 113ʰᵈ Wild Buck 118³ Prince Presto 115⅓ Outrun 9
4Nov75- 1Mth fst 1 -46½ 1·11½ 1 38 3↑Clm 6500 4 6 68½ 34 2½ 1⅓ Saumell L b 119 9 70 83-17 Market Forge 119½ Count Dad 119ʰᵈ Gold A Rul 116³ Driving 10
28Oct75- 4Mth fst 1 :49 1.13 1.45½ 3↑Clm 6250 3 1 1¼ 11 1¹ 31¼ Saumell L b 116 13 60 77-18 ⓑGold A Rul 113½ Amquillo 110½ Market Forge 116¹ Gave way 7
21Oct75- 5Mth fst 1¼ :48½ 1-13 1.45 3↑Clm 6500 2 1 1¹ 1½ 2¼ 1no Saumell L b 115 14 30 80-21 Market Forge 115ⁿᵏ Gold A Rul 115¾ Subgum 110⁴ Came again 7
LATEST WORKOUTS Jan 29 Key 5f fst 1:07 b Jan 22 Key 3f gd :38⅔ b

## Nick's Folly
Own.—Troiano A
B. h. 5, by Bolinas Boy—Princess Buralda, by Prince John
$8,500
Br.—Daybreak Farm (Fla)
Tr.—Coco C P
**116**

| | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| | 1976 | 3 | 1 | 0 | 1 | $3,960 |
| | 1975 | 16 | 4 | 3 | 3 | $19,430 |

16Feb76- 9GS fst 1¼ 49½ 1 15½ 1.48 Clm c-6500 11 7 76½ 1¹ 1⁵ 1⁷ Tanner R b 116 *2 30 65-34 Nick's Folly 116⁷ Subgum 111½ Shoot LittleLuke116ⁿᵏ Mild drive 12
9Feb76- 7GS gd 1¼ :49½ 1·14½ 1·55½ Clm 10000 9 6 88½ 77½ 76½ 68 Tanner R b 116 6 10 53-39 Roam Free 116³ Murky Twist116¼ Jay Squared 112½ No factor 10
25Jan76- 9GS fst 1¼ 47½ 1:13½ 1.52½ Alw 4000s 4 4 51³ 410 3⁷ 38 Tanner R b 118 3 10 63-25 Nail Apron 118⁸ Cider Hill 118ⁿᵒ Nick's Folly 118½ Hung 8
28Dec75- 7Key sl 1¼ :48½ 1:14 1 47 3↑Hcp 5000s 4 9 912 78⅓ 6⁹ 57⅓ Tanner R b 120 *2 60 61-29 Lethbridge118¹½Selari'sSwinger117ⁿᵏMr Champ115⁵ Belated rally 9
21Dec75- 7Key fst 1¼ :47½ 1·13½ 2 06½ 3↑Hcp 4000s 4 3 3³½ 1¼ 4² 2¹ Tanner R b 113 2 10 75-25 Thirty Love 110⁴ Nick's Folly 120² Oh What That 117² Rallied 7
9Nov75- 6Key fst 1¼ :49½ 1.14 2-05 3↑Hcp 4000s 4 5 41⅔ 1¼ 1½ 1⅓ Tanner R b 117 *1 80 85-18 Nick's Folly 117³RoyalMandolin116⁴ExaggeratedEgo115⁷ Handily 7
18Oct75- 7Mth sly 1¼ :46½ 1 11½ 1.45⅔ 3↑Clm 12500 2 5 51⁸ 515 411 410 Tanner R b 115 2 90 68-24 PassMuster114⁵RomingPrince115ⁿᵒ ChrlieBrown111⁵⁵ Weakened 6
7Oct75- 7Mth sly 1¼ :47½ 1:13½ 1.43½ 3↑Clm 7500 5 1 45½ 11½ 1¹ 110 Tanner R b 115 5 50 89-17 Nick's Folly 11510 Davids Twist 112½ Thirty Love 115¹ Mild drive 11
23Sep75- 5Mth sly 1¼ :47½ 1·13½ 1 45½ 3↑Clm 7500 5 7 610 67½ 56½ 3¹½ Ortiz R Jr b 117 5 70 69-27 Modest Morn 117⅓ Splashaway 114⁶ Nick's Folly 117¾ Mild drive 8
16Sep75- 4Mth fst 1¼ :48½ 1·12½ 1.45 3↑Clm 5000 6 8 75⅓ 56⅓ 33½ 11⅓ Tanner R b 117 *1 00 80-17 Nick's Folly 117¹⅓ Davids Twist 115⁴½ Nite Port 108½ Drew clear 8
LATEST WORKOUTS Feb 3 GS 5f fst 1:02⅗ b Jan 19 GS 4f fst :50 h Jan 24 GS 3f fst :39 h Jan 21 GS 6f fst 1:18 h

---

## ④ GARDEN STATE 〔6 FURLONGS〕
**6 FURLONGS. (1.08⅗) CLAIMING. Purse $3,800. 4-year-olds and upward. Weight, 122 lbs. Non-winners of two races since January 17 allowed 3 lbs. Two races since January 3, 5 lbs. A race since then, 8 lbs. Claiming price $3,000.**

## All My Time
Own.—Graci III & McCallum
Ch. g. 5, by Eurasian—Lucky And Sunny, by Moondust II
$3,000
Br.—Daliessio J B (Md)
Tr.—Graci J J III
**114**

| | Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|---|
| | St. 1st 2nd 3rd | | | 1976 | 2 | 0 | 0 | 0 | $773 |
| | 2 0 0 0 | | | 1975 | 17 | 5 | 1 | 3 | $3,159 |

Entered 23Feb76- 1 GS
10Feb76- 2GS fst 1⁷⁰ :49½ 1-16 1 48⅗ Clm 3500 1 6 66⅓ 73½ 44½ 7⁸ Kallai P b 114 56 10 42-34 Lou Pan Gil 116³ Sharp Raff 114ⁿᵏ Wlly's Axe 113½ Tired 10
31Jan76- 1Key fst 1¼ :47½ 1.13½ 1.48½ Clm 3000 6 7 69½ 55½ 45½ 78½ Kallai P b 113 22 70 52-24 HalfaTank123⁸ProudTrumpeter113⅓Marshesol Glen116¾ Mild bid 9
26Jan76- 3Key gd 1¼ 49½ 1·15½ 1.49½ Clm 3500 6 8 8¹⁰ 68⅓ 6¹⁹ 62² Kallai P b 113 14 00 33-33 Over Awe 120⁸ Halari 106⁴ Natural Storm 109⁸ No factor 9
17Jan76- 3Pen fst 6f :23⅗ :49 1·16 Clm 3000 7 7 62½ 2¼ 43 2⁴ Sluti J b 115 *3 10 62-29 Lucy Georgene 110⁴ All My Time 115¹ Centrum 111ʰᵈ Wide 9
9Jan76- 5Pen fst 5½f :22⅗ :47½ 1 06⅖ Clm 3000 6 7 71³ 84³ 713 64⅓ Gress D b 113 9 60 83-21 Sudden Sun 116³ Brown Fried Rice 115¼ All My Time113³ Rallied 11
28Sep75- 2Pen fst 1 :49½ 1·15 1 41½ Clm 2000 5 2 21 38 713 817 Sluti J b 113 3 70 61-17 Rugby 116ⁿᵏ Cold Spring Harbor 114⁷TambourineMan116³½ Tired 9
20Sep75- 3Pen fst 1¼ :47½ 1.14½ 1.41 3↑Clm 3000 2 4 515 715 72² Sluti J b 113 24 50 58-25 Tampat 113⅓ Little Crow 116¹ Li'L Purpose 106²¼ Fell back 7
6Sep75- 2Pen fst 1 :49 1·15 1 41½ Clm 2500 2 3 33½ 2¼ 2½ 1ⁿᵒ Sluti J b 116 3 40 75 18 All My Time 116ⁿᵒ Seamander 116³ Rugged Night 115½ Driving 10
28Aug75- 7Pen fst 5½f :23 :47½ 1.06⅗ Clm 2500 1 10 10¹² 912 78½ 36½ Sluti J b 113 27 50 87-13 Double Gables 108⅓ Merlanka 113³ All My Time 113ⁿᵏ Rallied 10
9Aug75- 1Pen fst 6f :23⅗ :47½ 1·13½ Clm 2500 9 3 55⅓ 65⅓ 813 78½ Sluti J b 113 4 70 69-18 In Little Trouble 115² Jr's Anne 114¼ Grey Gables 105³ No factor 9
LATEST WORKOUTS Feb 18 GS 3f fst :37⅔ b ●Jan 7 GS 3f fst :35 h Dec 27 GS 5f sly 1:07 b

## Really Free ✱

**Own.—Costanze J P**

$3,000

B. g. 6, by In Reality—Cologne, by Amerigo
Br.—Reed W O (Fla)
Tr.—Thompson J W

| | Turf Record | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | St. | 1st | 2nd 3rd | | 1976 | 4 | 2 | 1 | 1 | $5,580 |
| 1157 | 1 | 0 | 0 0 | | 1975 | 4 | 0 | 0 | 1 | $1,100 |

Entered 23Feb76— 1 GS

| 14Feb76- 4GS | gd | 6f | :23½ | :48½ 1:15½ | | Clm 3000 | 2 | 7 | 5³½ | 47½ | 33 | 23½ | Dowd M Jr⁷ | b 115 | *1.60 | 62-38 Bold Rickles 107³½ Really Free 115ⁿᵒRozzo 107¹ | Checked 12 |
| 7Feb76- 4GS | my | 6f | :23½ | :48½ 1:15½ | | Clm 3000 | 6.10 | 7⁴¾ | 4² | 1ʰᵈ | 12½ | Dowd M Jr¹⁰ | b 107 | 3.10 | 67-36 Really Free 107²½ Hy Nero 107² Ha y Fling 117ⁿᵏ | Handily 12 |
| 30Jan76- 9Key | fst | 6f | :23½ | :47½ 1:14 | | Clm 3000 | 10 | 4 | 2½ | 11 | 1½ | 11½ | Dowd M Jr⁷ | b 105 | *2.30 | 72-30 Really Free 105¹½ Cavu Kid 117½ M's Lucky Play 108½ | Driving 10 |
| 26Jan76- 9Key | gd | 6f | :22½ | :46½ 1:14½ | | Clm 3500 | 10 | 4 | 3⁴½ | 33½ | 3⁸ | 3⁹ | Dowd M Jr⁷ | 105 | 10.70 | 62-33 Dove Tail 116³ Storm Secret 116⁵ Rally Free 105³ | No mishap 12 |
| 31Jan75- 6GS | fst | 6f | :23 | :47 1:21½ | | Clm 8500 | 1 | 3 | 6¹¹ | 79½ | 7¹² | 6¹⁴ | Saumell L⁵ | 109 | *1.70 | 68-35 Proud Kenn 114⁸½ Dubill 110½ Samio 116¹ | No factor 8 |
| 16Jan75- 9GS | fr | 6f | :22½ | :46½ 1:13½ | | Clm 10000 | 3 | 9 | 9¹¹ | 98½ | 5⁷ | 3ⁿᵏ | Ashcroft C⁵ | 110 | 8.10 | 76-20 Stephen Dulin 112ⁿᵏ Vera'sOffsprᵢg109ⁿᵒReallyFree110ⁿᵒ | Rallied 9 |
| 9Jan75- 7GS | gd | 6f | :23½ | :47½ 1:13½ | | Clm 10000 | 2 | 3 | 86½ | 64½ | 45 | 45 | Ashcroft C⁵ | 110 | 7.40 | 70-29 Wild Gander 114¹ Loud Silence 117 Free To Fight 115² | Rallied 9 |
| 2Jan75- 6GS | my | 6f | :22½ | :47½ 1:14 | | Clm 10000 | 2 | 5 | 56½ | 56½ | 57½ | 54½ | Plomchok S | 114 | *2.60 | 69-31 Malborough109ⁿᵒCalamityJim119ⁿᵒagarittaRoad118ⁿᵏ | No factor 8 |
| 17Dec74- 6GS | my | 6f | :22½ | :47 1:13½ | 3 + | Clm 12500 | 2 | 5 | 67½ | 44 | 22½ | 23 | Plomchok S | 120 | 6.10 | 74-31 Devilkin 120³ Really Free 120³½ Maiorough 118¼ | Rallied 6 |
| 4Dec74- 7GS | fst | 1¼ | :48½ | 1:14½ 1:47¼ | 3 + | Clm 12500 | 7 | 4 | 3⁵ | 34½ | 36½ | 39½ | McHargue D G | b 119 | 2.50 | 58-35 Override 115²½ Prince Presto 114⁷ Rally Free 119ⁿᵒ | Evenly 7 |

**LATEST WORKOUTS** Jan 21 Aqu 6f fst 1:18 b Jan 10 Aqu 4f fst :53 b

## Eckard

**Own.—Shaw D**

$3,000

B. g. 4, by Celebrating II—Edie L, by Royal Note
Br.—Lorino M J (Tex)
Tr.—O'Brey J Sr

| | Turf Record | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | St. | 1st | 2nd 3rd | | 197 | 2 | 0 | 0 | 0 | |
| 1077 | 3 | 0 | 0 1 | | 197 | 29 | 3 | 4 | 2 | $13,439 |

| 21Jan76- 1Key | fst | 7f | :23½ | :47 1:26¾ | | Clm c-3000 | 2 | 8 | 42 | 32½ | 77¼ | 8¹⁰ | Lovato F | b 113 | 4.10 | 65-24 Milton Bey 112½ Top Thespian 11² Stage Review 122ⁿᵏ | Tired 12 |
| 6Jan76- 2Key | fst | 6f | :22½ | :45½ 1:12½ | | Clm 4000 | 5 | 9 | 108½ | 11¹³ | 7¹³ | 7⁷ | Edwards J W | b 116 | 3.80 | 72-22 Elogio's Pet 105½ Misty Pleasure 16¹ Salty Act118½ | No mishap 11 |
| 28Dec75- 2Key | sl | 6f | :23½ | :47½ 1:13½ | 3 + | Clm 5000 | 3 | 7 | 75½ | 67½ | 31½ | 7⁸ | Ashcroft C | b 117 | 32.90 | 65-29 Midnite Hour 119½ Captain Bill117³BlessedCorrel122ⁿᵏ | No factor 11 |
| 21Dec75- 2Key | gd | 6f | :23½ | :47½ 1:13¾ | 3 + | Clm 5000 | 2 | 8 | 53½ | 75½ | 98 | 108¾ | Phelps B | b 117 | 28.40 | 65-25 Twin Angle 114¾½ Jerry O 122ⁿᵒ Mry's Ram 115ⁿᵏ | Tired 10 |
| 12Dec75- 9Key | fst | 6½f | :22½ | :46½ 1:19½ | | Clm 5500 | 7 | 10 | 12¹⁰ | 12¹¹ | 13¹⁰ | 13¹⁷ | Barrera C | b 120 | *3.70 | 63-28 Requiem forGlory117³GoDiamond¹¹²Harve'sGary114³ | No threat 12 |
| 17Nov75- 5Key | fst | 6f | :23½ | :47 1:12½ | | Clm 6000 | 2 | 3 | 62½ | 43 | 31 | 2ⁿᵈ | Barrera C | b 116 | 13.50 | 78-21 Requiem for Glory 111ⁿᵒ Eckard ⁶⁴ Rozzo 109¼ | Nosed 7 |
| 27Oct75- 4Key | fst | 7f | :23 | :46 1:25¾ | | Clm 6000 | 2 | 7 | 41½ | 64½ | 81³ | 8¹⁸ | Trosclair A J | b 116 | 25.00 | 63-23 Mighty Sunset 120ⁿᵒ HastyBehavig115ⁿᵏMoe'sNative120½ | Tired 9 |
| 18Oct75- 9Key | sly | 1¼ | :47½ | 1:13 1:46¾ | 3 + | Clm 6250 | 1 | 1 | 2ʰᵈ | 53½ | 6¹⁶ | 6²³ | Trosclair A J | b 114 | 6.10 | 49-15 Wise Rice 116⁶ Override 116½ Funn Friend 118¹½ | Gave way 7 |
| 10Oct75- 5Key | fst | 6f | :22½ | :45½ 1:11½ | | Clm 7500 | 8 | 8 | 96½ | 108½ | 10¹¹ | 10¹⁵ | Trosclair A J | b 116 | 11.50 | 69-22 Steel Bar 116¹ Hasty Behaving 11½ Go Diamond 111¾ | Outrun 10 |
| 25Sep75- 4Key | sly | 6f | :22½ | :46 1:12¾ | | Clm 7500 | 3 | 6 | 73½ | 42½ | 3½ | 1ⁿᵏ | Trosclair A J | b 116 | 23.90 | 79-22 Eckard 116ⁿᵏ Hasty Behaving 116⁵Ticks Mon 116ⁿᵏ | Driving 7 |

**LATEST WORKOUTS** Feb 16 GS 4f fst :53 b Feb 9 GS 4f hy :54 b

## Makin Tracks ✱

**Own.—Lasater D**

$3,000

Dk. b. or br. g. 7, by Clem—Nindy Baby, by Rejected
Br.—Dupont Mrs V Jr (Md)
Tr.—Potter G R

| | Turf Record | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | St. | 1st | 2nd 3rd | | 197 | 2 | 0 | 0 | 0 | $3,996 |
| 114 | 2 | 0 | 0 0 | | 195 | 22 | 6 | 3 | 2 | $17,659 |

| 14Feb76- 9GS | gd | 6f | :23 | :47½ 1.15 | | Clm 3000 | 9 | 2 | 22½ | 21 | 21½ | 44 | Edwards J W | b 117 | *1.30 | 64-38 Duel Song 108¹ Chief Invader 114 Canestep 109ⁿᵒ | Weakened 11 |
| 23Jan76- 4Key | fst | 6f | :22½ | :46½ 1.13 | | Clm 4000 | 5 | 2 | 3¹ | 2ʰᵈ | 1½ | 43½ | Guadalupe J | b 122 | *2.40 | 74-29 Kevin's Blue 122½ High Road 118ᵗᵏ Weakened 11 |

23Jan76—Placed third through disqualification

| 13Jan76- 5Key | sly | 6f | :22½ | :46½ 1:13¾ | | Clm 3000 | 5 | 3 | 3ⁿᵏ | 31 | 21 | 2ʰᵈ | Guadalupe J | b 122 | *1.40 | 75-26 LrryAbbundi119ⁿᵈMkinTrcks122½9verViking119¾ | Led, weakened 11 |
| 1Jan76- 2Key | gd | 6f | :23 | :47½ 1:13½ | | Clm 4000 | 9 | 1 | 1ʰᵈ | 1½ | 1ʰᵈ | 11½ | Edwards J W | b 122 | 3.40 | 73-32 Makin Tracks 122⁴½ Prince Arene 122⁴ JohnRapacka113½ | Driving 11 |
| 18Nov75- 6Key | fst | 6f | :22½ | :46½ 1:13½ | 3 + | Clm 5000 | 4 | 5 | 32½ | 33 | 2ʰᵈ | 1¹ | Edwards J W⁵ | b 117 | *1.30 | 76-27 Makin Tracks 117¹ Rebel Roche ⁴½ Bemask 122ⁿᵒ | Driving 10 |
| 15Oct75- 9Key | fst | 6f | :22½ | :46½ 1:12¾ | 3 + | Clm 5000 | 1 | 6 | 1ʰᵈ | 2ⁿᵈ | 1ʰᵈ | 1ⁿᵒ | Tejeira J | b 122 | 12.20 | 80-24 Makin Tracks 122ⁿᵒ Invasion 113³ Keith E'sChoice119ⁿᵒ | Driving 11 |
| 6Oct75- 5Key | fst | 6f | :22½ | :46½ 1:12 | | Clm 5000 | 7 | 6 | 6⁵ | 6⁷ | 66½ | 58½ | Rowland J | b 119 | 5.50 | 73-25 Cinnamon Bay 122½ Ralph H. 119⁴ Bull Bayou 122³ | No threat 8 |
| 29Sep75- 3Key | fst | 7f | :23 | :46 1:25¾ | 3 + | Clm c-4000 | 2 | 5 | 3ⁿᵏ | 2ʰᵈ | 21 | 2¹½ | Mucciolo J | b 120 | 5.00 | 80-23 Ama Quad 122½ Makin Tracks 12½ Demon Mr 122⁵ | Gamely 7 |
| 9Aug75- 4Del | fst | 6f | :22½ | :46½ 1:12½ | 3 + | Clm 5000 | 9 | 3 | 53¾ | 33 | 41½ | 35½ | Rowland J | b 117 | 5.20 | 79-18 Demon Mr 117⁵ Mr.Dillingham10ⁿᵏMakinTracks117½ | No mishap 7 |
| 28July75- 2Tim | fst | *6½f | :23 | :47½ 1:19¾ | | ⑤Clm 4000 | 5 | 3 | 31 | 46½ | 56 | 66¾ | Kotenko R | b 120 | 4.00 | — — Captain Cutter 120½ Bold David 15½ Wip's Boo Boo 115ʰᵈ | Tired 9 |

**LATEST WORKOUTS** Jan 10 Key 3f fr :38½ b

## Lucky Captain

**Own.—Camijo Stable**

$3,000

B. c. 4, by Commanding II—Young and Lucky, by Olden Times
Br.—Ellsworth R C (Cal)
Tr.—Crupi J J

| | | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 196 | 4 | 0 | 1 | 0 | $760 |
| 104¹⁰ | | | | | 195 | 14 | 1 | 1 | 0 | $7,460 |

Entered 23Feb76— 1 GS

| 9Feb76- 5GS | gd | 1¼ | :48 | 1 15½ 1.51 | | Clm 3000 | 2 | 1 | 16 | 21½ | 5⁸ | 8¹⁷ | Jenkins L Jr¹⁰ | b 105 | 7.70 | 33-39 Never Gone 114² Smart Kid 110² Iillstone Kid 107⁸ | Speed, tired 9 |
| 3Feb76- 2GS | gd | 6f | :23 | :47 1:13¾ | | Clm 3000 | 7 | 3 | 1½ | 1½ | 1ʰᵈ | 2¹ | Jenkins L Jr¹⁰ | b 106 | 8.30 | 72-28 Nora's Flag 116½ Lucky Captain06½½ Valdivia 115¹ | Gamely 9 |
| 18Jan76- 1Key | fst | 6f | :23½ | :47½ 1:13¾ | | Clm 3500 | 9 | 7 | 63½ | 71² | 81² | Jenkins L Jr | b 112 | 16.50 | 63-26 Bonky 111ⁿᵒ Blessed Correl 116½ ouble Wreath 106⁵ | Tired 9 |
| 2Jan76- 4Aqu | fst | 6f | :22½ | :46 1:12 | | Clm 4000 | 2 | 5 | 3ⁿᵏ | 55½ | 510 | 514 | Hole M | b 114 | 8.50 | 69-16 Good And Bold 117⁴ Tajibou 119½King Hoss 108⁵½ | Tired 6 |
| 22Dec75- 4Key | gd | 6½f | :22½ | :48½ 1:21½ | | Clm 5500 | 4 | 5 | 31½ | 67½ | 7¹² | 8²⁰ | Estevez R⁵ | b 120 | 14.60 | 49-38 Ticks Mon 122ⁿᵒ Running Hot 11 Freedom March 120 | Tired 9 |
| 12Dec75- 9Key | fst | 6½f | :22½ | :46½ 1:19¾ | | Clm 5580 | 3 | 5 | 3² | 44½ | 10¹² | 118⁸ | Estevez R⁵ | b 115 | 5.70 | 62-28 Requiem for Glory 117³ Go Diamond 107½ Harve'sGary114³ | Tired 10 |
| 4Nov75- 1Bel | fst | 6f | :23½ | :47¾ 1:12¾ | | Clm 8500 | 7 | 6 | 32½ | 43 | 46² | Santiago A | b 117 | 6.50 | 71-18 Mindy's Patrol 117ʰᵈ Resident 11¹½ Inahaystack 112ⁿᵒ | Tired 10 |
| 25Oct75- 9Bel | sly | 6f | :22½ | :46½ 1:12 | | Clm 10000 | 2 | 2 | 31 | 34¼ | 48¼ | 8²¹ | Bracciale V Jr | b 117 | 5.10 | 61-15 ScreenDoorJohn110¹¼PrinceAndr117½TingIKing1197 | Tired badly 9 |
| 50ct75- 4Bel | fst | 6f | :23 | :45½ 1:13¾ | | Clm 12500 | 2 | 3 | 2½ | 33½ | 3⁶ | 31³ | Bracciale V Jr | b 119 | 4.30 | 73-19 Umin 118⁵ A Jolly Tar 113⁵¼ Luck Captain 119¾ | Weakened 8 |
| 24Sep75- 4Bel | gd | 6f | :22½ | :46½ 1.13 | | Clm c-10000 | 5 | 2 | 34 | 34 | 65½ | 8¹² | Hole M | b 120 | *2.60 | 65-18 HrvrdSqure118½HndsomeHrry107⁴Synonymous112ⁿᵏ | Early speed 8 |

**LATEST WORKOUTS** Jan 16 Aqu 3f fst :37¾ h

## Elmer L ✱

**Own.—Bader & Daley**

$3,000

Gr. g. 9, by Scampari—Sultan's Sweetie, by The Sultan
Br.—Miller Charlie (Ky)
Tr.—Beaulieu F G

| | | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 196 | 3 | 1 | 0 | 0 | $2,100 |
| 117 | | | | | 9 | 11 | 1 | 5 | 2 | $5,208 |

Entered 23Feb76— 1 GS

| 7Feb76- 4GS | my | 6f | :23½ | :48½ 1:15½ | | Clm 3000 | 8 | 2 | 6⁴ | 96½ | 118¼ | 1115 | McCauley W H⁷ | b 110 | 7.40 | 52-36 Really Free 107²½ Hy Nero 107² Hsty Fling 117ⁿᵏ | Outrun 12 |
| 23Jan76- 4Key | fst | 6f | :22½ | :46½ 1.13 | | Clm 4000 | 7 | 1 | 63¾ | 84½ | 9⁵ | 8⁷⅓ | Estevez R⁷ | b 113 | 10.10 | 69-29 Kevin's Blue 122½ High Road 118ⁿ⑤Jokers Wild 111²½ | Impeded 11 |

23Jan76—Placed seventh through disqualification

| 11Jan76- 9Key | fst | 6f | :22½ | :45¾ 1:10¾ | | Clm 3000 | 7 | 1 | 11½ | 11½ | 11½ | 1² | Gomez M A⁷ | b 106 | 4.30 | 89-12 Elmer L 106² Bold Fable 110ⁿᵒ Sreath Snow 107¹½ | Driving 12 |
| 31Dec75- 2Key | sly | 6½f | :22½ | :47 1:19¾ | 3 + | Clm 3000 | 6 | 2 | 66½ | 46½ | 29 | Gomez M A⁷ | b 106 | 4.80 | 70-30 Even Shares 113⁹ Elmer L 106ⁿᵒ Ing Leader 116ⁿᵒ | Fair try 11 |
| 7Dec75- 1Key | fst | 6f | :23 | :47 1:13¾ | 3 + | Clm 3000 | 1 | 4 | 31½ | 32 | 33 | 3²½ | Gomez M A⁷ | b 112 | 17.80 | 72-25 Lou Pan Gil 119²½ Ohio Indian 12½ Elmer L 112½ | Good try 11 |
| 5Nov75- 9Mth | fst | 1¼ | :47¾ | 1:12 1:45¾ | 3 + | Clm 3000 | 7 | 8 | 9¹³ | 9¹⁴ | 10¹³ | 10²⁰ | Long J S⁷ | b 109 | 17.60 | 56-17 Lea's King 116²½ Mr Left 116⁶ Nanki 115¾ | Outrun 11 |
| 25Oct75- 9Mth | sly | 6f | :22½ | :46 1:11¾ | 3 + | Clm 3500 | 6 | 1 | 77½ | 88½ | 81³ | 815 | Long J S⁷ | b 109 | 33.30 | 67-23 Nearby Star 113⁴ Clarence 116⁴ Mghty Quest 1124 | No factor 10 |
| 18Oct75- 1Mth | sly | 6f | :22½ | :46 1.13 | 3 + | Clm 3500 | 7 | 4 | 64½ | 63½ | 66½ | 65½ | Long J S⁷ | b 109 | 27.80 | 69-24 Mighty Quest 109² My Own Lad 6¹ Mary's Ram 115¹ | No factor 10 |
| 30Aug75- 3Mth | fst | 1¼ | :48½ | 1:14½ 1:47½ | 3 + | Clm 4000 | 3 | 3 | 32½ | 51½ | 61½ | 64¼ | Long J S⁷ | b 119 | 10.20 | 45-19 Ky Red 114ⁿᵒ Thirty Love 1174 Dr Chicholl 1146 | Tired 11 |
| 9Aug75- 3Mth | fst | 1¼ | :48½ | 1:13½ 1.47 | 3 + | Clm 4000 | 5 | 5 | 66½ | 87 | 78½ | 615 | Edwards J W⁵ | b 114 | 3.40 | 55-20 Nick'sFolly1154ⁿFirstSermon1151½InChicholl117¼ | Showed little 8 |

**LATEST WORKOUTS** Feb 17 GS 3f fst :39½ b Feb 5 GS 3f sl :40 b Jan 31 GS 3f fst :53 b Jan 26 GS 3f fst :40 b

## Rozzo

**Own.—Joy J-M Stable**

$3,000

B. c. 4, by Subpet—Noose, by Noor
Br.—Serendipity Farm (Fla)
Tr.—Jolin L F

| | | | | | St. | 1st | 2nd | 3rd | | Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 196 | 3 | 0 | 0 | 1 | $418 |
| 114 | | | | | 195 | 16 | 2 | 0 | 5 | $7,673 |

| 14Feb76- 4GS | gd | 6f | :23½ | :48½ 1:15½ | | Clm 3000 | 12 | 4 | 12 | 13 | 77¾ | Lillis R J⁷ | b 107 | 12.20 | 60-38 Bold Rickles 107³½ Really Free 11½ Rozzo 107¹ | Weakened 12 |
| 23Jan76- 4Key | fst | 6f | :22½ | :46½ 1.13 | | Clm 4000 | 10 | 9 | 52½ | 3½ | 52½ | 76½ | Lillis R J⁷ | b 113 | 71.50 | 70-29 Kevin's Blue 122½ High Road 118ⁿ⑤Jokers Wild 111²½ | Tired 11 |

23Jan76—Placed sixth through disqualification

| 16Jan76- 9Key | fst | 6f | :22½ | :46½ 1:13½ | | Clm 4000 | 9 | 9 | 56 | 8¹⁰ | 10¹⁴ | 10¹⁷ | Lillis R J⁷ | b 113 | 10.40 | 58-28 Kevin's Blue 120⁴ChiefInvader110³FrightenedKnight120ⁿᵒ | Tired 10 |
| 20Dec75- 6Pen | fst | 5½f | :22½ | :46½ 1.06 | | Clm 7000 | 4 | 5 | 2ʰᵈ | 3² | 63 | Lillis R J⁷ | b 109 | 7.20 | 88-22 Anybody 11¹ʰᵈ Dr Falk 114² Senoird 119ʰᵈ | Tired 9 |
| 6Dec75- 8Pen | fst | 5½f | :22½ | :47 1:05¾ | | Clm 7000 | 2 | 6 | 11 | 11 | 25 | 35 | Lillis R J⁷ | b 109 | 4.70 | 89-21 Juvenile Jr 114¹ Anybody 114 Rozo 105½ | Weakened 7 |
| 17Nov75- 5Key | fst | 6f | :23½ | :47 1:12¾ | | Clm 6500 | 6 | 7 | 31 | 1ʰᵈ | 2½ | 34 | Lillis R J⁷ | b 109 | *1.40 | 74-21 Requiem for Glory 111ⁿᵒ Eckard ⁶⁴ Rozzo 109¼ | Weakened 7 |
| 6Nov75- 6Pen | fst | 6f | :23½ | :45½ 1.11¾ | | Clm 6500 | 7 | 3 | 15 | 15 | 15 | 14 | Lillis R J⁷ | b 108 | *1.30 | 87-23 Rozzo 108⁴ Proud Peter 118³ Parv Hasta 114²½ | Driving 7 |
| 29Oct75- 1Mth | fst | 6f | :22½ | :46½ 1:12½ | | Clm 5000 | 6 | 4 | 2½ | 2ʰᵈ | 32 | 42 | Blum W | b 117 | *1.80 | 77-19 Rock Fight 117¹½ Determined Coise 114ⁿᵏ Rezzo 117²½ | Tired 8 |
| 13Oct75- 6Mth | fst | 6f | :22½ | :46½ 1:12½ | | Clm 5500 | 2 | 4 | 2ʰᵈ | 21 | 42½ | 79½ | Blum W | b 115 | 6.20 | 71-21 Shanco 119² Have A Hit 114ⁿᵒ Ste Salesman 115³ | Tired 7 |
| 9Aug75- 9Mth | fst | 6f | :22½ | :46 1 12 | | Clm 6500 | 4 | 3 | 2¹ | 15 | 13 | 1⁴ | Blum W | b 118 | 3.20 | 80-20 Rozzo 118⁴ Nocold 120⁶ Sean's Tun 115ⁿᵏ | In hand 8 |

9Aug75—Disqualified from purse money

**LATEST WORKOUTS** Jan 15 GS 3f gd :37½ b

692

## Mighty Quest ✲

Own.—Fallon M L. 
Ch. g. 6, by Steyward—Errards Queen B, by Errard 
$3,000 Br.—Harbor View Farm (Fla) 
Tr.—Fallon M L 

**1077**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 0 | 0 | $456 |
| 1975 | 14 | 3 | 0 | 3 | $9,567 |

Entered 23Feb76- 1 GS

14Feb76- 4GS gd 6f :23½ :48½ 1:15½ Clm 3000 10 2 2² 3⁴ 44½ 46¼ Gomez M A⁷ b 107 6 20 59-38 Bold Rickles 107³¼ Really Free 115² Rozzo 107¹ No rally 12
7Feb76- 4GS my 6f :23½ :48½ 1:15½ Clm 3000 9 1 3¼ 2hd 3hd 44¾ Gomez M A⁷ b 107 8.90 62-36 Really Free 107²¼ Hy Nero 107² Hasty Fling 117ⁿᵏ In close 12
1Jan76- 2Key sly 6f :23 :47½ 1:13¾ Clm 4000 6 2 3⁴ 3¹ 8⁹¹⁰¹⁵ Gomez M A⁷ b 113 5.50 58-32 MakinTracks122¹¼PrinceArenel122⁴JohnRapacka113½ Early speed 11
8Nov75- 2Mth sly 6f :22½ :45½ 1.12 3+Clm 3500 7 2 3¹½ 2² 34½ 45½ DeLuca D M¹⁰ b 112 3 60 75-23 PrinceArenel112³¼RedRockPass116ⁿᵏBabuCando113³¼ Weakened 7
25Oct75- 9Mth sly 6f :22½ .46 1:11¾ 3+Clm 3500 9 2 4¹½ 3¹ 3⁵ 3⁸ DeLuca D M¹⁰ b 112 *2 60 74-23 Nearby Star 113⁴ Clarence 116⁴ Mighty Quest 112⁴ Weakened 10
18Oct75- 1Mth sly 6f :22½ 1.13 3+Clm 3500 8 1 2hd 1hd 2nd 3² DeLuca D M¹⁰ b 109 3 60 75-24 Mighty Quest 109² My Own Lad 116¹ Mary's Ram 115¹ Driving 10
11Oct75- 1Mth fst 6f :22 :45¾ 1:11¾ 3+Clm 3500 8 1 3³ 2¼ 3¹ 3¹½ DeLuca D M¹⁰ b 109 6 60 79-16 MyOwnLd113¹MyOwn??PrinceArnl119¹½MightyQust109¹½ Weakened 9
4Oct75- 9Mth fst 6f :22½ :45½ 1:11½ 3+Clm 3500 11 2 4¼ 2¹ 35 4¹³ Edwards J W⁵ b 114 4.60 71-21 ReasonToWve114⁶Guider'sGold113²PrinceArenel114¹½ Weakened 12
27Sep75- 9Mth gd 6f :22½ :45½ 1:11¾ 3+Clm 3500 1 6 2hd 3hd 2⁴ 49½ Edwards J W⁵ b 114 *2.70 72-21 Free To Fight 113¹ Ralph H. 116⁷ MarshesofGlen114¹½ Weakened 11
20Sep75- 9Mth gd 6f :22½ .46 1:12¾ 3+Clm 3500 1 1 3¹½ 33½ 32½ 45¼ Edwards J W⁵ b 114 *2 80 73-19 Welsher 116¹½ Siempre Pronto 113² F. E. Crew 106¹ Lacked rally 9

**LATEST WORKOUTS** Feb 1 GS 5f fst 1:07 b Jan 31 GS 4f fst :50 b ● Jan 21 GS 5f fst 1:03¾ b Jan 16 GS 5f fst 1:05½ b

## Sable Island ✲

Own.—Heather Lynn Stable 
Dk. b. or br. g. 6, by Nearctic—Marhaba, by Bagdad 
$3,000 Br.—Thompson Mrs G W (Md) 
Tr.—Jordan Mary C 

**1095**

| | Turf Record | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| | St. | 1st | 2nd | 3rd | | | | |
| 1976 | 2 | 0 | 0 | 0 | 1976 | 3 | 0 | 1 | 0 | $800 |
| 1975 | 15 | 0 | 1 | 0 | $1,010 |

20Jan76- 4Key fst 6f :22½ :46½ 1:19½ Clm 3500 4 7 7¹¹ 7¹² 7¹⁴ 7¹⁵ McKenna S⁵ b 108 12.60 66-25 Mr Topper 113ʰᵈBloomingImage113⁴½AdmiralChoker117¹ Trailed 7
14Jan76- 3Key my 6f :23 :48½ 1:16¼ Clm 3500 6 8 7¹³ 68½ 54 2¼ McKenna S⁵ b 107 11.50 57-40 Jack's Chevron 111½ Sable Island 107½ Storm Secret112½ Gamely 7
5Jan76- 3Key fst 6f :23½ :48¾ 1:14¾ Clm 3500 4 11 10¹⁰ 107²10⁹¾ 99¼ Weipert D 117 18.10 59-28 Daisy Jet 108²½ On the Slide 117ⁿᵏ Gazebo 112² Bad start 11
30Nov75- 3Key fst 6f :23½ :46¾ 1:19¾ 3+Clm 4000 10 11 10⁹ 107¾107½ 9¹² McKenna S⁷ 109 10.00 66-25 Stage Review112⁴½BoldFable109ʰᵈShootLittleLuke105½ No factor 11
22Nov75- 9Key gd 6f :23½ :48½ 1:14¾ 3+Clm 3500 2 5 2½ 2¼ 79 no McKenna S⁷ 105 8.20 68-20 Frenzy 110² Sable Island 105¹½ Norway Lodge 107¼ Game try 12
8Nov75- 7Key fst 6f :22½ :45¾ 1.12 3+Clm 4000 8 9 8⁹ 68½ 49¼ 49¼ McKenna S⁵ 117 96 50 73-16 Big Red Game122⁶MarkedDown115²¼DuchyRight111ⁿᵒ No mishap 10
25Oct75- 3Key sl 6f :22½ :46¼ 1.12¾ 3+Clm 3500 9 10 10²²10¹⁹10²²10²⁵ Baker D S b 112 146.30 55-23 Swift Sam 116¹½ Frenzy 115ⁿᵏ Momanica 108⁵ Outrun 10
70ct75- 2Key sly 6f :22½ :46¾ 1.13 3+Clm 4000 11 11 10¹³ 9¹⁵ 515 6¹⁷ Lee R F⁵ b 108 49.70 60-22 Big Red Game 110²¼ TropicalSunset113⁶CleanSocks113¹½ Outrun 9
24Sep75- 2Key sly 6f :23 .47 1:12¾ 3+Clm 3500 9 6 76½ 79 9¹⁶ 8²⁴ Mucciolo J b 114 16.00 55-26 Kentucky Fashion 116¹½ Swift Sam 116⁸ Funny Nan 109¼ Outrun 9
11Sep75- 9Key fst 7f :23 :46 1:25¾ 3+Clm 3500 6 10 57½ 58¾10²³10³⁵ Mucciolo J b 114 14.40 45-25 Racketeer 116²¼ Summer Jane 113⁴ Sky Boom 107¹² Tired 10

**LATEST WORKOUTS** Feb 18 GS 3f fst :38 bg Jan 10 GS 3f fr :36½ bg

## Al's Nightcap

Own.—Trolane A 
B. g. 4, by Tequillo—Seven Circles, by Decathlon 
$3,000 Br.—DuPont Mrs V Jr (Md) 
Tr.—Coco C P 

**1095**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 0 | 0 | $555 |
| 1975 | 24 | 4 | 1 | 3 | $15,382 |

30Jan76- 4Key fst 6f :23 :47¾ 1:14¾ Clm 3000 1 8 64 64½ 76½ 56 McCauley W H⁷ 108 4 70 64-30 Demon Mr. 113² Canestep109²DancersChampion108ⁿᵒ No mishap 11
14Jan76- 2Key my 6f :23½ :48½ 1:16½ Clm 3000 8 4 71½ 44 55½ 43½ McKenna S⁵ 115 5.90 57-40 Hasty Fling 115¹ Call Me Mr. X 117² Impatient Fool117½ Rallied 12
6Jan76- 2Key fst 6f :22½ :45½ 1:12¾ Clm 3500 1 7 53 37 36 42½ McCauley W H⁷ 107 3 60 76-22 Elogio's Pet 105¹½ Misty Pleasure 115¹ Salty Act 118¼ Weakened 11
22Dec75- 4Key gd 6¼f :22¾ :47 1:21¾ Clm 5000 3 4 1hd 2¹ 44¼ 47 Lee R F⁵ 113 22.00 62-38 Ticks Mon 122ⁿᵒ Running Hot 111³ Freedom March 120⁴ Tired 9
12Dec75- 4Key fst 6½f :22½ :46½ 1:19½ Clm 5500 9 3 43 56 69½ 6¹² Lee R F⁵ 117 22.30 68-28 Requiem for Glory 117³ Go Diamond 107¾ Harve'sGary114³ Tired 10
27Nov75- 5Key gd 6½f :22½ :45½ 1.19½ Clm 5000 2 5 1½ 1hd 2² 32½ Turcotte R J⁵ 113 17.30 79-22 LrryAbbundi116ⁿᵏFredomMrch111²Al'sNightcp132¼ Speed, tired 8
14Nov75- 4Key gd 6f :23½ :47½ 1.19¾ Clm 3000 7 2 5⁵ 9⁷ 9¹³ 8¹⁹ Turcotte R J⁵ 115 10.60 55-25 Running Hot 112¼ Go Diamond 112³ I'mSirWalter112¹ No factor 10
90ct75- 4Key sly 6f :23 :46¾ 1:13 Clm 3000 5 7 31½ 32 32 1¾ Turcotte R J⁵ 107 3.10 77-21 Al's Nightcap 107¾ Miss Martha K 104¹¼TimmyN.112½ Hard drive 10
12Sep75- 1Key fst 6f :22½ :47½ 1.13¾ Clm 3000 7 2 2¹ 2² 2⁴ 1⁴ Turcotte R J⁵ 114 4.10 70-31 TravelingPlayer120¾Al'sNightcap112ⁿᵏCaptnJohnN.112¹ Gamely 10

12Sep75–Awarded first purse money.

4Sep75- 1Key fst 6f :23 .47 1:13¾ Clm 5000 9 3 42½ 45½ 56 88¾ Black A S 113 12.10 64-24 Regal Skipper 119³½ Irish Dictator 119¹½ Finding 114ʰᵈ Tired 11

## Barefoot Cat

Own.—Maltese T 
Dk. b. or br. g. 5, by Barbizon—Snuggle Fleet, by Fleet Nasrullah 
$3,000 Br.—Jones W L Jr (Ky) 
Tr.—D'Etterre M 

**114**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 1 | $418 |
| 1975 | 16 | 2 | 5 | 1 | $8,428 |

10Feb76- 9GS fst 6f :22½ :47 1:14 Clm 4000 6 3 2hd 32½ 45 88 Suarez J U b 116 18.30 65-34 Star Salesman 106³¼ Terry's Start 116³ Double Wreath116² Tired 12
3Feb76- 4GS gd 6f :22½ :47 1:13¾ Clm 3000 10 1 2½ 2½ 2² 32 Soirez W b 116 4.80 74-28 Royal Copy 116² Tudor Bill 116ʰᵈ Barefoot Cat 116¼ Weakened 10
27Dec75- 3Pen sly 5½f :22½ :46½ 1:06½ 3+Clm 4000 2 5 2² 23 2¼ 22 Suarez J U b 113 5.00 88-17 Palouse Lad 119² Barefoot Cat113ⁿᵒCradleSnatcher119ⁿᵏ Gamely 7
17Dec75- 4Pen fst 6f :22½ :46½ 1:13¾ Clm 3000 1 9 1¼ 1¼ 11 2² Suarez J U b 114 *1.80 78-23 Pendulette 113² Barefoot Cat 114³ Bay Ridge Bull 109½ Gamely 9
8Nov75- 7Key fst 5½f :22½ .46 1:05½ 3+Clm 4000 9 7 53½ 43½ 56½ 65½ Giraldo A b 113 37.80 83-21 Time Tix 119² Irish Mafia 113¼ Belmont Abbey 117½ Tired 10
310ct75- 2Key fst 6f :22½ 1:11¾ 3+Clm 5000 3 4 36⁴ 32 33 Suarez J U b 113 9.70 92-15 Belmont Abbey 119¹ Zesty 120² Barefoot Cat 113ʰᵈ Lacked rally 7
150ct75- 9Key fst 6f :22½ :46½ 1:12¾ Clm 4000 1 9 5² 3⁷ 8¹⁹ 8¹⁹ Lce R F b 119 29.20 65-23 Jerry O. 122⁵ Saint Maurice 114⁴ Stash the Cash 115ⁿᵒ Tired 9
25Sep75- 2Key sly 6f :22½ :46½ 1:12¾ Clm 5000 10 1 2¼ 2hd 62¾ 97¾ Turcotte R L b 119 9.40 71-24 Makin Tracks 122ⁿᵏ Invasion 113¾ Keith E's Choice 119ⁿᵒ Fell back 11
26Aug75- 2Key sly 6f :22½ :46½ 1:13¾ 3+Clm 4000 3 2 11 1¾ 1² 1¾ Turcotte R L b 118 5.20 70-22 Roger's Spitfire 119ʰᵈ Cinnamon Bay122ⁿᵒClarence122½ Driving 10
75-20 Barefoot Cat 118½ SundayPuzzle118ʰᵈLofton'sPrince116⁴

## Cavu Kid

Own.—Hidden Brook Stables 
B. g. 4, by Clandestine—Bea Barger, by Sea Charger 
$3,000 Br.—Reese Irene (Neb) 
Tr.—Manners K K 

**1095**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 0 | 1 | 0 | $826 |
| 1975 | 28 | 0 | 5 | 6 | $7,663 |

Entered 23Feb76- 1 GS

6Feb76- 4Pen gd 6f :23 :47½ 1:14¾ Clm 3500 10 7 76½ 9¹¹ 9¹⁶10¹⁷ Reynolds L H b 115 9.60 56-28 Still Ringing 116²MissLibertyBell114½NocturnalKing115ⁿᵒ Outrun 10
30Jan76- 3Key fst 6f :23½ :47¾ 1:14 Clm 3000 2 3 1½ 3¹ 2½ 2¹½ Lee R F b 117 3.00 71-30 Really Free 105¹¼ Cavu Kid 117¼ Miss Lucky Play 108½ Hung 10
20Jan76- 3Key fst 6½f :22½ :47½ 1:19½ Clm 5000 3 4 31 2¼ 42½ 76¾ Thomas D B b 119 10.40 75-25 Mr Topper 113ʰᵈ Blooming Image113⁴½AdmiralChoker117¹ Tired 7
14Jan76- 9Key my 6f :23 :48½ 1:16½ Clm 3000 5 6 44½ 44 43½ 76¼ Thomas D B b 118 5.20 51-40 Jack's Chevron 111½ Sable Island 107½ Storm Secret 112¼ Tired 12
29Dec75- 1Key fst 6f :23 .46 1:12 3+Clm 4000 3 9 2¼ 2² 24 29 Marley D M b 118 5.80 73-24 King Hoss 108⁹ Cavu Kid 118⁵ Bold Lord 113³ Second best 12
24Dec75- 4Key fst 6f :22½ :47½ 1:14 Clm 4000 7 10 64⁴ 68 79 75½ Marley D M b 116 15.40 66-21 Hurry To Hanover116ⁿᵏCrapShooter113ʰᵈShubeeskin115² Outrun 12
14Dec75- 2Key fst 6f :22½ :46½ 1:13¾ 3+Clm 4000 3 9 56½ 65 74¾ 8⁹½ Marley D M b 118 19.60 65-23 Sweet Sandpiper 109¾ Dancing Cato113½SpringLyric116½ Tired 10
6Dec75- 2Key fst 6f :23½ :49½ 1:19¾ 3+Clm 4000 4 7 52½ 77½ 99 89½ Black A S b 118 8.50 62-23 TopThespin111ⁿᵏScarletSndpiper109ʰᵈShootLittleLuke109¼ Tired 11
30Nov75- 2Key fst 6f :23½ :47½ 1:19½ 3+Clm 4000 8 1 1hd 1½ 1¾ 7⁸ Marley D M 118 12.40 60-23 Stage Review 112¼ BoldFable109ʰᵈShootLittleLuke105¼ Used up 11
16Nov75- 2Key fst 7f :23½ :47½ 1:27½ 3+Clm 4000 1 1 51½ 54½ 88½ 8¹⁰ Turcotte R L 118 26 00 61-23 Admiral Willie 113ⁿᵒ Jr. Lee 120³ Natural Storm 104ʰᵈ Tired 12

# Also Eligible (Not in Post Position Order):

## Call Me Mr. X. ✲

Own.—Mafale & Rossetti Mrs F 
Ch. g. 7, by Flaneur II—Golden Velvet, by King's Charger 
$3,000 Br.—Giangiulio J C (Pa) 
Tr.—Mafale M J 

**114**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 1 | 1 | $953 |
| 1975 | 21 | 4 | 5 | 1 | $15,213 |

13Feb76- 3Pen fst 6f :22½ :46½ 1:13¾ Clm 2500 9 2 3¹ 1hd 2hd 33 Stovall R b 113 *3.40 76-24 Need To Tell 114ⁿᵏ Tim A Lu 108½ Call Me Mr. X.113¼ Weakened 12
30Jan76- 4Key fst 6f :23½ :47½ 1:14¾ Clm 3000 7 7 74½ 44 55½ 77½ Guadalupe J b 110 6.70 62-30 Demon Mr. 113² Canestep 109² Dancers Champion 108ⁿᵒ Tired 11
14Jan76- 2Key my 6f :23½ :48½ 1:16½ Clm 3000 12 1 42 1hd 1hd 7² Guadalupe J b 117 10.00 60-40 Hasty Fling 115¹ Call Me Mr. X. 117² Impatient Fool117¼ Gamely 12
28Dec75- 9Key sl 6f :23½ :48½ 1:13¾ 3+Clm 3500 8 10 77½ 57½ 49½ 68¼ Arroyave R D⁵ b 114 9.70 64-29 Salty Act 113⁴ Repose 113¹½ Misty Pleasure 111²¾ No excuse 12
1Dec75- 1Key fst 6f :23½ :48½ 1:13¾ 3+Clm 3500 5 9 64½ 41½ 42¼ 5¹⁰ Turcotte R J⁵ b 117 2.10 63-33 Mary's Ram 112⁴ Ohio Indian 119² Go Norther Go 113³ Tired 11
18Nov75- 5Key fst 6f :23½ :48½ 1:13¾ 3+Clm 3500 5 5 62½ 54½ 46 76¼ Loguercio A b 114 3.70 69-27 And Go Boom 116²ChiefInvader115³DoubleProof118¼ No excuse 12
25Oct75- 1Key fst 6f :22½ :45½ 1.12 3+Clm 4000 4 5 43½ 2² 2¼ 1⁴ Loguercio A b 119 3.60 75-23 CllMeMr.X.119⁴DoublProof119ʰᵈDncrsChmpion119ⁿᵒ Drew clear 9
100ct75- 2Key fst 6f :22½ 1.13 Clm 4000 5 1 35 34 4³ 47 Mucciolo J b 118 5.30 75-22 Axe Baghdad117²¼Terry'sStart119²RoyalBlueGray122²½ No threat 12
20ct75- 3Key fst 6f :23½ :47½ 1:13 3+Clm 4000 8 2 1hd 2¼ 66¼ 8¹⁵ Turcotte R L b 122 7.10 63-25 Shanco 113²¼ Big Dealer 119ⁿᵏ Gun Bay 116¼ Speed, tired 12
1Sep75- 9Key fst 6f :22½ :47½ 1:13 3+Clm 4000 3 2 3ⁿᵏ 2hd 2¼ 22 Turcotte R J⁵ b 117 *1 80 75-20 Heed The Call 116² Call Me Mr. X 117² Big Dealer 118ⁿᵒ Gamely 11

## Rookie Prince

Own.—S T Stable 
B. c. 4, by Prince Ariel—Rookwood Miss, by The Battler 
$3,000 Br.—Tallon W F Jr (SC) 
Tr.—Dare R S 

**114**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 0 | 0 | |
| 1975 | 25 | 2 | 2 | 1 | $8,140 |

14Feb76- 4GS gd 6f :23½ :48½ 1:15½ Clm 3000 1 8 10¹¹11¹¹14¹¹14¹¹18 Castaneda K 114 98 60 48-38 Bold Rickles 107³¼ Really Free 115² Rozzo 107¹ No factor 12
9Feb76- 2GS sly 6f 1¼ :48½ 1:15½ 1:51¼ Clm 3000 7 11 11³10¹²10¹⁶10¹⁹ Boulmetis S A Jr 114 13.80 29-39 Bold Fable 107⁴ Spring Forward 114² Paglieri 114¹ No factor 10
3Feb76- 4GS gd 6f :22½ .47 1:13¾ Clm 3000 9 7 78 8¹⁰10¹⁵ 9¹² Boulmetis S A Jr 116 113 80 64-28 Royal Copy 116² Tudor Bill 116ʰᵈ Barefoot Cat 116¼ No factor 10
27Dec75- 1Key my 7f :23 :47½ 1:29 Clm 3000 6 9 9¹² 9²³ 69½ 67¼ Dimicola B⁵ 113 75.00 56-31 Freda Boy 109ⁿᵒ Top Thespian 114¼ Bold Fable 109¼ No factor 9
20Dec75- 1Key fst 6f :22½ :46½ 1:12¾ Clm 4000 4 10 12¹⁶12¹¹12¹¹11¹¹ Marley D M 113 43.40 64-19 Duel Song 117² Winyaw 115³ Valiant Buck 113² No factor 10
1Dec75- 1Key fst 6f :23½ :48½ 1:13¾ 3+Clm 3500 11 2 9¹¹10¹³10¹⁵10²⁰ Rosado 0 114 26.20 62-33 Mary's Ram 112⁴ Ohio Indian 119² Go Norther Go 113³ Outrun 11
18Nov75- 5Key fst 6f :23½ :48½ 1:13¾ 3+Clm 3500 8 7 11⁶¹11¹³11¹⁵11¹⁴ Rosado 0 114 155 20 62-27 And Go Boom 116² ChiefInvader115³DoubleProof118¼ No factor 12
310ct75- 9Key fst 6f :22½ .46 1:18¾ 3+Clm 4000 1 4 42½ 3⁸ 49½ 5¹⁸ Rosado 0 114 10.20 67-23 Latest Thing 122⁸ Bemask 122²¼ Prince Drone 115² Speed, tired 8
150ct75- 2Mth fst 6f :22½ 1.13 Clm 4000 6 3 36½ 58¼ 57¼ 4⁷ Rosado 0 114 24.80 68-23 Diligensia 110³ Mr Tiffany 108ʰᵈ Noble Lad 112⁴ Weakened 8
16Sep75- 9Key fst 6f :22½ :46½ 1:12¾ Clm 5000 8 3 36¼ 58½ 57½ 47 Tejeira J 113 24.90 55-18 Requiem for Glory 115ⁿᵏ Bonky 112⁴ May Wine 117½ No factor 10

## Pore Pres

Own.—Audley Farm Stable — $3,000

B. c. 4, by Repartidor—Early Girl, by Stuyvesant
Br.—Audley Farm (Va)
Tr.—Wallerstedt M

**114**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1975 | 5 | 1 | 0 | 1 | $2,709 |
| 1974 | 0 | M | 0 | 0 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29Jly75- 3Key fst 1⅛ | :48½ 1:13¾ 1.46¾ | | 3 6 6¹³ 6¹⁶ 5³³ 6⁴² McBride B | b 116 | 26 50 | 28-22 My Three Angels 120ⁿᵒ Moe's Native 114⁸ Bonky 116⁶ | Trailed 6 |
| 15Jly75- 9Atl gd 1⅛ | :48 1:14½ 1:47¾ 3↑Md 5000 | | 4 1 1² 11½ 1³ 1⁶ McBride B | b 115 | *1 60 | 70-19 Pore Pres 115⁶ Mountain Home115²RedReynard1081⁰ Ridden out 9 |
| 10Jly75- 3Mth fst 1⅛ | :47¾ 1:12¾ 1 48½ 3↑Md 8000 | | 4 3 32½ 22½ 33 38 Delahoussaye E | b 115 | 8 10 | 56-20 Military Magic 115⁴ Native Outcast 115⁴ Pore Pres 115½ | Tired 7 |
| 20Jun75- 3Atl fst 1 | :46¾ 1:12¾ 1:46½ 3↑Md 7500 | | 2 4 56½ 54½ 55½ 5¹¹ McBride B | b 115 | 27 40 | 65-17 Who's There 122½ Knights Ransom 115⁶ On Principle 108¹ | Tired 9 |
| 7Jun75- 1Del fst 6f | :22¾ :47¼ 1 13¾ 3↑Md 12500 | | 5 7 8¹⁶ 8¹³ 7¹⁵ 7²⁷ Pilar H | 116 | 29 10 | 51-26 Country Clown116ᵃAdrian'sCourt123ⁿᵒShallWeSail116 | No factor 8 |

**LATEST WORKOUTS** Feb 21 GS 4f fst :54 b Feb 17 GS 5f fst 1:04 b Feb 11 GS 5f gd 1:05 b

---

## GARDEN STATE (6 FURLONGS)

6 FURLONGS. (1.08⅗) CLAIMING. Purse $6,500. 4-year-olds and upward. Weight, 122 lbs. Non-winners of two races since January 10 allowed 3 lbs. A race since then, 6 lbs. Claiming price $15,000; for each $1,000 to $13,000, 2 lbs. (Races where entered for $11,500 or less not considered.)

---

## Just Chance

Own.—Worthington W E — $15,000

B. c. 4, by Thymus—Our Soca, by Our Joy
Br.—Worthington W E (Pa)
Tr.—Worthington W E

**116**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 1 | 0 | 0 | 0 | $11,090 |
| 1975 | 6 | 3 | 0 | 2 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16Feb76- 6GS fst 6f | :22¾ :46¾ 1:12¾ | Clm 14000 | 9 3 3¹ 1ʰᵈ 54½ 6¹² Loguercio A | b 114 | 20 40 | 68-34 Big City Blues 114ʰᵈ Wenceslas 114⁷ Pembles 116ⁿᵒ Tired 6 |
| 18Apr75- 7Key fst 6f | :22¾ :45½ 1 10¾ | Allowance | 3 5 32½ 54 57 59½ Marley D M | b 116 | 9 30 | 79-18 French Whistler 119½ Talc 115³½ He's A Blur 111³ Tired 6 |
| 11Apr75- 7Key fst 6f | :23 :46¾ 1.12¾ | Allowance | 5 1 1½ 1½ 14 1⁹ Marley D M | b 119 | 3 90 | 80-21 Just Chance 119⁹ Big Penny 119½ Bold Gambler 119³ Ridden out 5 |
| 1Apr75- 7Key fst 6f | *23 :47¾ 1:15¾ | Allowance | 4 4 2ʰᵈ 1½ 12 11½ Marley D M | b 114 | 4 50 | 65-39 JustChance114¹½SuperiorPass114¹¾LughTheBlues116½ Drew clear 9 |
| 8Mar75- 7Key fst 6f | :23¾ :48½ 1 14½ | Allowance | 6 2 2ʰᵈ 1½ 1½ 32½ Kimball R | b 112 | 12 50 | 68-29 Court Game 115¹¾ Turn Happy 115½ Just Chance 112½ Weakened 7 |
| 1Mar75- 7Key fst 6f | :22¾ :46¾ 1:12¾ | Allowance | 4 4 2⁵ 2⁸ 2⁵ 3¹⁶ Kimball R | b 114 | 3 50 | 63-33 Naturally Bold 111¹⁴RealGeorge116¹¼JustChance114¹⁵ Weakened 7 |
| 20Feb75- 5GS fst 6f | :23½ :47¾ 1.14 | Md 7500 | 3 4 1½ 1ʰᵈ 1½ 1⁵ McBride B | b 120 | 11 80 | 81-24 Just Chance 120⁵ Pas Devant 116ⁿᵏ Papa Jacob 120⁴ Ridden out 7 |

**LATEST WORKOUTS** Feb 12 Key 6f fst 1:17¾ b Feb 5 Key 5f gd 1:05 b Jan 29 Key 5f fst 1:05½ b ●Jan 22 Key 4f gd :50 b

---

## Pembles ✻

Own.—Baker & Duncan — $15,000

Dk. b. or br. g. 6, by John William—Our Lil Redhead, by Jester
Br.—Rosoff A (Fla)
Tr.—Walton J

**116**

| Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| 1976 | 1 | 0 | 1 | | $715 |
| 1 0 0 0 | 1975 | 9 | 5 | 1 | 2 | $20,527 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16Feb76- 6GS fst 6f | :22¾ :46¾ 1:12¾ | Clm 15000 | 8 5 5² 3ⁿᵏ 3¹ 3⁷ Grimm P I | b 116 | 5 00 | 73-34 Big City Blues 114ʰᵈ Wenceslas 114⁷ Pembles 116ⁿᵒ Tired 6 |
| 8May75- 8GS fst 6f | :22¾ :46¾ 1.13¾ | Clm 17000 | 6 6 62½ 41½ 1ʰᵈ 1ⁿᵏ Verardi F | b 119 | 3 00 | 77-31 Pembles 119ⁿᵏ Game Lad 122¹½ Neilson 117½ Driving 7 |
| 22Apr75- 7Key fst 6f | :22¾ :45¾ 1 10⅘ | Clm 18000 | 2 4 45½ 3² 32½ 43 Moseley J W | b 118 | 7 20 | 85-20 Game Lad 112½ Paylasia 116² Tudor Spook 120½ No factor 6 |
| 8Apr75- 7Key fst 6f | :22¾ :46¾ 1 11¾ | Allowance | 4 6 46 33 33½ 53½ Moseley J W | b 118 | 4 30 | 80-28 Boy Can Do 113½ Proud Kenn 118ⁿᵏ Bimbonian 111² Tired 6 |
| 20Mar75- 8GS sl 6f | :22¾ :47¾ 1 13¾ | Clm 17000 | 1 3 43½ 31 2² 1ʰᵈ Moseley J W | b 122 | *1 50 | 76-35 Pembles 122ʰᵈ Boy Can Do 110⁴ Prince Del 1125 Driving 7 |
| 7Mar75- 8GS fst 6f | :22¾ :46½ 1.13¾ | Allowance | 2 3 32½ 2ʰᵈ 1ʰᵈ 1ⁿᵏ Moseley J W | b 122 | *1 50 | 75-39 Pembles 122ⁿᵏ Plum Pete 117² Dellan 117¹⁸ Driving 6 |
| 27Feb75- 8GS fst 6f | :22¾ :46¾ 1.13 | Allowance | 3 4 3² 34 33 Verardi F | b 117 | 5 40 | 73-32 Proud Kenn 117²½ Bidding Fool 115² Pembles 117ⁿᵒ Evenly 6 |
| 15Feb75- 7GS gd 6f | :23 :46¾ 1.12¾ | Allowance | 1 4 1½ 11½ 1¹ 2² Moseley J W | b 115 | 2 70 | 79-30 Kettle River 122² Pembles 115³ Bimbonian 110¼ Gamely 6 |
| 4Feb75- 8GS fst 6f | :22¾ :46¾ 1.13 | Allowance | 1 5 2³ 1ʰᵈ 1½ 11¼ Moseley J W | b 115 | *1 50 | 78-30 Pembles 115¼ Slow Joe 115² Wild Gander 115ʰᵈ Drew clear 6 |
| 27Jan75- 6GS gd 6f | :22¾ :46¾ 1 13¾ | Clm 16000 | 9 3 43 3½ 1¹ 1½ Moseley J W | b 114 | 8 30 | 75-34 Pembles 114½ King John D 117½ Roman Decade 112½ Driving 9 |

**LATEST WORKOUTS** Feb 23 GS 3f fr :40 b Feb 15 GS 3f fst :39 b Feb 10 GS 5f gd 1:02¾ b Feb 5 GS 3f sl :39 b

---

## Weehawken

Own.—R D S Stable — $13,000

B. g. 5, by Duel—Love Bunowitz, by Vertex
Br.—Merryman Mrs J B (Md)
Tr.—Fallon M L

**105⁷**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 1 | 0 | 0 | $4,212 |
| 1975 | 21 | 4 | 7 | 3 | $23,609 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17Feb76- 8GS fst 6f | :22¾ :47½ 1-14 | Clm 11500 | 7 7 52½ 1ʰᵈ 11½ 1³ Gomez M A⁷ | b 107 | 8 30 | 73-44 Weehawken 107³ Rangoon II 119½ National Resolve 119³ Driving 9 |
| 3Jan76- 5Key sly 6f | :22¾ :46½ 1 13 | Clm 11500 | 4 6 67½ 46 45½ 44½ Gomez M A⁷ | b 109 | 6 80 | 70-32 Rangoon II 116⁴ Brass Ball 116² Mild Joker 116½ Lacked rally 6 |
| 15Nov75- 4Key fst 6f | :22¾ :46¾ 1:12½ 3↑Clm 11500 | | 3 5 33 31½ 41½ 3½ Thomas D B | b 118 | 5 00 | 80-22 Achilles 116ⁿᵒ Fearless Devil 115½ Weehawken 118¹½ Lacked rally 6 |
| 8Nov75- 5Mth gd 6f | :22¾ :46¾ 1 10¾ 3↑Clm 10000 | | 4 5 31½ 21½ 21½ Edwards J W⁵ | b 115 | *1 60 | 83-16 Rangoon II 114³½ Weehawken 115⁴ Bravache 122ⁿᵒ 2nd best 6 |
| 30Oct75- 6Mth fst 6f | :22¾ :46 1:11¾ 3↑Clm 12000 | | 2 7 36½ 55 76¾ 78³ Edwards J W⁵ | b 110 | 3 80 | 73-25 Federal King 117²½ Verna's Pride 113¾½ Never Flinch 122ⁿᵏ Tired 8 |
| 5Sep75- 3Mth fst 6f | :22 :45¾ 1 10¾ 3↑Clm 10000 | | 4 8 55¾ 42½ 32 1½ Edwards J W⁵ | b 111 | 4 20 | 88-21 Weehawken 111½ Crimson Signal 116½ Skloom 120¹½ Driving 8 |
| 22Aug75- 3Mth fst 6f | :22 :45½ 1:11¾ 3↑Clm 10000 | | 4 7 67½ 54¾ 62½ 65½ Edwards J W⁵ | b 111 | *1 40 | 75-24 Fearless Devil 113½ Last City 116² Pennant Play120ⁿᵒ No mishap 8 |
| 15Aug75- 9Mth fst 6f | :21¾ :45 1 10¾ 3↑Clm 10000 | | 1 8 54½ 42½ 33¼ 21½ Edwards J W⁵ | b 111 | *2 60 | 85-17 Obverse 116½ Weehawken 111½ Last City 116½ Rallied 9 |
| 1Aug75- 9Mth fst 6f | :21¾ :44¾ 1 10½ 3↑Clm 10000 | | 7 8 74¾ 43 3² 3ʰᵈ Edwards J W⁵ | b 111 | *1 90 | 88-17 Fearless Devil 105ʰᵈ Obverse 116ⁿᵒ Weehawken 111² Rallied 9 |
| 25Jly75- 9Mth fst 6f | :21¾ :44¾ 1 11¾ 3↑Clm 10000 | | 1 8 31½ 3² 31½ 2½ Edwards J W⁵ | b 111 | 4 40 | 82-20 Last Spy 116½ Weehawken 111½ Ever Amazing 116ⁿᵒ Gamely 10 |

**LATEST WORKOUTS** Feb 13 GS 6f fst 1:19½ b Feb 9 GS 3f fst 1:18¾ b Jan 16 GS 5f fst 1:04¾ b

---

## Behaving Don

Own.—Lawot A G — $14,000

Dk. b. or br. g. 5, by Ambehaving—Donna Magda, by Owen Tudor
Br.—Meadowbrook Farm Inc (Fla)
Tr.—Mazza J

**114**

| Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| 2 0 0 0 | 1976 | 3 | 0 | 0 | 0 | $5,650 |
| | 1975 | 6 | 1 | 0 | 2 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7Feb76- 7GS my 1⁷⁰ | :47½ 1:13½ 1.44½ | Clm 20000 | 6 7 9¹²10¹⁵10²⁴10²⁴ Boulmetis S A Jr | 116 | 40 00 | 46-36 Kettle River 116⁶ Chubby Bud 120¹ Burnt Stony 116⁵ Outrun 11 |
| 3Feb76- 8GS fst 6f | :22¾ :46½ 1.11¾ | Allowance | 1 6 76¾ 76½ 79 6¹³ Kallai P | b 113 | 37 70 | 72-28 Jaunty Jack 115² Irish Highball 115¹¼ Dance King 116⁴ No factor 7 |
| 17Jan76- 4Aqu fst 6f | :23½ :47 1:11 | Allowance | 3 4 64½ 55½ 51³ 51⁶ Mucciolo J | 117 | 21 50 | 72-22 Umm 117ⁿᵏ Proud Romeo 114¹½ Fiveontheside 111³ Outrun 6 |
| 10Mar75- 8GS fst 6f | :48½ 1:14 1:48⅘ | Allowance | 3 1 1ʰᵈ 2ʰᵈ 11½ 14 Thomas D B | 116 | 2 50 | 61-37 Behaving Don 115⁴ Another Choice 117⁴ DaylsRight115ʰᵈ Driving 6 |
| 28Feb75- 9GS fst 6f | :22¾ :46½ 1.13¾ | Allowance | 6 2 53 65½ 55¾ 54¾ Plomchok S | 114 | 8 70 | 72-35 Prince Del 117½ Star Salesman 102² Behaving Don 114³ Rallied 7 |
| 17Feb75- 7GS fst 1⅛ | :47½ 1:13¾ 1.47 | Clm 25000 | 5 2 2½ 2¹ 33 53½ Blum W | 114 | 5 00 | 66-30 Hasty Runner 114ⁿᵒ To The Tune 110¹ Fairways Image117² Tired 6 |
| 28Jan75- 7GS fst 1⅛ | :47¾ 1:13¾ 1:47½ | Clm 20000 | 7 4 2³ 23 24 32½ Plomchok S | 114 | 12 10 | 64-36 Desoto King 114¹ Easy Keyche 110½ Behaving Don 114¹ Evenly 7 |
| 13Jan75- 9GS sly 1⅛ | :48 1:13¾ 1:47¾ | Clm 17000 | 6 2 2½ 21½ 33 43½ Plomchok S | 115 | 22 10 | 62-34 InsideStraight104½EsyKeyche110³PrincePresto119ⁿᵒ Speed, tired 7 |
| 3Jan75- 7GS gd 6f | :47½ 1:13½ 1.47 | Allowance | 2 2 2³ 11½ 21½ 43½ Plomchok S | 115 | 6 70 | 67-28 RightfulChoice110²WindingRiver110ⁿᵏBrauneLeChateu115ⁿᵏ Tired 7 |
| 27Dec74- 8GS fst 6f | :49½ 1 14¾ 1.46¾ | Allowance | 2 2 2½ 2ⁿᵏ Kallai P | 115 | 7 90 | 62-40 RockySet110ⁿᵏBehavingDon115²It'sAlwysArchie119³ Just missed 7 |

**LATEST WORKOUTS** Feb 20 GS 5f sl 1:05 b Jan 29 GS 3f fst :50 b ●Jan 24 GS 5f fst 1:02½ b Jan 13 GS 3f fst 1:16 b

---

## Winning Point ✻

Own.—Audley Farm Stable — $15,000

Dk. b. or br. g. 4, by Pine Point—Centores, by Censor
Br.—Smith T (Can)
Tr.—Wallerstedt M

**116**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 0 | 1 | $910 |
| 1975 | 23 | 6 | 2 | 6 | $26,060 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16Feb76- 6GS fst 6f | :22¾ :46¾ 1-12¾ | Clm 15000 | 4 8 62½ 53½ 44 59 Breen R | b 116 | 8 60 | 71-34 Big City Blues 114ʰᵈ Wenceslas 114⁷ Pembles 116ⁿᵒ Tired 10 |
| 6Feb76- 9GS my 6f | :23 :47¼ 1.14½ | Clm 15000 | 6 6 1ʰᵈ 11 3½ 43½ Croker C R | b 116 | 18 80 | 69-42 Blue Barbizon 116² Lester Gem116¾WinningPoint116½ Weakened 9 |
| 11Jan76- 7Key fst 6f | :22 :44½ 1.10 | Clm 16000 | 6 1 42½ 44½ 42½ 63 Ashcroft C | b 120 | 11 60 | 89-12 Sign Of Trouble 111ⁿᵒ Oldest Michael 108½LesterGem115¹¼ Tired 8 |
| 30Dec75- 7Key fst 6f | :22 :45½ 1:11¾ | Clm 20000 | 3 1 33½ 44½ 32 44 Anaya A¹⁰ | b 108 | 19 10 | 81-26 Master Gucio 116ⁿᵒ RomeoJason117ʰᵈPacQuick109⁴ Lacked rally 7 |
| 27Nov75- 6Key gd 6f | :22¾ :45¾ 1.11¾ | Clm 20000 | 3 6 1ʰᵈ 21½ 54¾ 44 Santago J L | b 116 | 6 70 | 77-22 Duckworth Dilema 107½ Romeo Jason 122³ Firey Idol 115½ Tired 7 |
| 21Nov75- 7Key sly 6f | :23¾ :46¾ 1.11¾ | Clm 17000 | 2 3 21 2½ 32 56 Santago J L | b 122 | 6 70 | 75-24 Dugkworth Dilema 107² Romeo Jason 122³ Firey Idol 115½ Tired 7 |
| 25Oct75- 5Key sl 6f | :22¾ :45¾ 1.11¾ | Clm 20000 | 1 2 3½ 32¾ 47 48 Santago J L | b 118 | 4 90 | 78-23 Wayme 122½ Rosinante 117¹ Romeo Jason 118²¼ Weakened 5 |
| 19Oct75- 5Key sl 6f | :22¾ :45¾ 1.11¾ | Clm 16000 | 6 2 2ʰᵈ 2ʰᵈ 22 24½ Santago J L | b 118 | 4 50 | 82-22 Romeo Jason 124¼ Winning Point 118½ Goldenvin 116ⁿᵏ Gamely 6 |
| 30ct75- 6Key fst 6f | :22¾ :45½ 1.11¾ | Clm 20000 | 5 2 33½ 34½ 48 Santago J L | b 116 | 11 00 | 76-19 Dawn Victory 122² Rosinante 117½ Court Game 120½ Tired 6 |
| 23Sep75- 8Key sly 6f | :22½ :46 1 11¾ | Clm 20000 | 1 3 11 13 1⁷ Santago J L | b 122 | *2 30 | 83-27 Winning Point 122⁷ Bolero M 116½ Goldenvin 114³ Ridden out 6 |

**LATEST WORKOUTS** Feb 13 GS 4f fst :50½ b Jan 17 Key 4f sl :50½ b Dec 24 Key 4f fst :48 h

---

## Magallanes

Own.—Taub J — $15,000

Ro. g. 5, by Fathers Image—Close Play, by Shut Out
Br.—Karsner A B (Ky)
Tr.—Bucci A

**116**

| Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| 3 0 0 0 | 1976 | 2 | 0 | 0 | 0 | $10,910 |
| | 1975 | 11 | 1 | 1 | 1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16Feb76- 6GS fst 6f | :22¾ :46¾ 1:12¾ | Clm 15000 | 5 1 2½ 63½ 64¾ 9¹³ Castaneda K | 116 | 10 30 | 67-34 Big City Blues 114ʰᵈ Wenceslas 114⁷ Pembles 116ⁿᵒ Tired 10 |
| 6Feb76- 9GS my 6f | :23 :47¾ 1.14½ | Clm 15000 | 2 4 73 7²½ 95½ Castaneda K | 116 | 10 70 | 63-42 Blue Barbizon 116² Lester Gem 116½ Winning Point 116½ Outrun 9 |
| 19May75- 5Aqu fst 6f | :22¾ :45 1:10 | Clm 27500 | 4 8 43 33½ 36 68½ Turcotte R | 116 | 6 10 | 85-12 Smoked Salmon 114ⁿᵏ Dorage 114⁴ Passen Mood 113½ Tired 9 |
| 1May75- 9Aqu fst 6f | :22¾ :45½ 1. 10¾ | Clm 30500 | 1 7 55 45½ 54 72½ Turcotte R | 114 | 5 20 | 89-13 The Twenties116¾PassenMood112¾SmokedSalmon112½ No excuse 9 |
| 15Apr75- 7Aqu fst 6f | :22¾ :46¾ 1-10¾ | Clm 30500 | 5 6 65 62¾ 3½ 1½ Turcotte R | 112 | 8 20 | 91-16 Magallanes 112½ The Twenties 116½ Spanish Brew 107½ Driving 9 |
| 2Apr75- 7Aqu fst 6f | :22¾ :45¾ 1:09¾ | Allowance | 3 3 34 33½ Amy J | 115 | 20 10 | 91-14 Cumulo Nimbus 115½ Turn To Bo 115¹ Grandman 119ⁿᵏ Tired 8 |
| 21Mar75- 4Aqu fst 6f | :22¾ :45¾ 1:16¾ | Clm c-30000 | 3 4 46½ 35½ 47 41¹ Navarro N | 114 | 4 40 | 81-20 Black Match 113⁶ Opinionation 118³ Sir Arctic 114² No mishap 7 |
| 6Mar75- 8Aqu fst 6f | :22¾ :45¾ 1:16¾ | Clm 30500 | 7 4 44 44½ 48½ 8¹⁵ Navarro N | 114 | 4 40 | 88-14 Indian Sign 122² Right Mind 118½ Magallanes 114½ Steadied 8 |
| 25Feb75- 7Aqu fst 6f | :22½ :45 1.01¾ | Clm 25000 | 5 2 34¾ 32 2½ Navarro N | 118 | 4 00 | 91-14 Black Match 122½ Magallanes 118⁴ Bostons Boy 116²½ Gamely 7 |
| 26Jan75- 2SA fst 6f | :21¾ :44½ 1:09 | Clm 30000 | 3 9 73¾ 86½ 9¹³ 9¹⁶ Cordero A Jr | 117 | 43 80 | 78-11 Pataha Prince 116¹½ Goalie 109² Brats Boy 114³ Outrun 10 |

**LATEST WORKOUTS** Jan 28 GS 6f my 1:18 b Jan 21 GS 4f fst :52 b

## Stook *

Dk. b. or br. h. 6, by Herbager—Amalesian, by Ambiorix
$15,000
Own.—Camijo Stable
Br.—Claiborne Farm (Ky)
Tr.—Crupi J J

| | | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|---|
| 106 10 | St 1st 2nd 3rd | 1976 - 4 0 2 0 | $3,130 |
| | 10 1 0 1 | 1975 18 1 2 4 | $18,395 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6Feb76- 9GS my 6f | .23 | .47½ 1:14½ | Clm 15000 | 8 2 84½ 95½ 96¾ 77 | Tanner R | b 116 | 6.30 | 65-42 Blue Barbizon 116² Lester Gem 116½ WinningPoint116½ | No factor 9 |
| 24Jan76- 5Key fst 6f | .22½ | .46½ 1:11½ | Clm 13500 | 1 3 2hd 1hd 31½ 25¼ | Tanner R | b 120 | 2.10 | 77-22 Rangoon II 120½ Stook 120nk Bolero M 120¼ | Weakened 5 |
| 17Jan76- 7Aqu fst 6f | .23½ | .47½ 1:12½ | Clm 17500 | 1 8 8¼ 811 81² 81⁵ | Bruder S J⁵ | b 112 | *3.20 | 67-22 CompnyCommnder117nk Pottok118¹¼ WveThFlg1123² | Reared start 8 |
| 6Jan76- 7Aqu fst 6f | .22½ | .45½ 1:10⅗ | Clm 18000 | 6 5 3¹ 2½ 2hd 2no | Montoya D | b 113 | 7.40 | 90-14 Second Pleasure 117no Stook 113nk Gs Silver A117¹¼ | Just missed 11 |
| 23Dec75- 5Aqu fst 7f | .24 | .47½ 1:25 | 3+Clm 17500 | 4 7 52½ 52¾ 87½ 88½ | Santiago A | b 118 | 3.60 | 57-23 Gene's Legacy 118²¼ Delta Champ 118no Vanistorio 115no | Tired 10 |
| 14Nov75- 5Aqu fst 6f | .22½ | .46½ 1.11 | 3+Clm c-20000 | 1 6 3² 45 57 611 | Venezia M | b 123 | 7.00 | 77 17 Expropriate 118²¼ Black Match 118¹ George Taylor 118⁴² | Tired 6 |
| 5Nov75- 6Bel fst 1¼ | .47½ 1:12¾ 1:44 | | 3+Clm 25000 | 3 2 2hd 1hd 42½ 97¼ | Venezia M | b 117 | 5.70 | 74-16 Phrenology 117no Plivo 117³ Royal Book 115½ | Stopped 9 |
| 30Oct75- 5Bel fst 7f | .22½ | .46½ 1:23½ | 3+Clm 25000 | 5 8 54½ 42 32½ 1½ | Venezia M | b 118 | 4.20 | 83-17 Stook 118½ Erwin Boy 118²½ Bi Bidder 116no | Hard drive 11 |
| 20Oct75- 6Bel sly 7f | .22½ | .46 1:23½ | 3+Clm 25000 | 1 4 1hd 31½ 2² 34 | Castañeda M | b 118 | 6.80 | 79-18 Kurt The Native 109⁴ Bill Dorminy .116hd Stook 118nk | Weakened 7 |
| 13Oct75- 6Bel fst 6f | .23 | .46½ 1:10⅗ | 3+Clm 22500 | 7 7 75¼ 73¼ 72¼ 34¼ | Venezia M | b 114 | *1.30e | 84-15 Traveling Fiddler 116² Delta Champ 116² Stook 114hd | Rallied 8 |

**LATEST WORKOUTS** Feb 4 GS 3f gd :39 b · Jan 23 GS 3f fr :38 b · Jan 5 Aqu 3f fst :38 b

## 6 GARDEN STATE (6 FURLONGS)

6 FURLONGS. (1.08⅗) ALLOWANCE. Purse $11,250. 4-year-olds and upward registered N.J. breds which have not won three races other than maiden, claiming or starter. Weight, 122 lbs. Non-winners of $5,400 twice in 1975-76 allowed 3 lbs. Two races since December 20, 6 lbs. A race since then, 9 lbs. (Maiden, claiming and starter races not considered in allowances.)

## Gait Leg

B. c. 4, by Tilt Top—Maquis, by Free France
Own.—Holsey Mrs E T
Br.—Mairlands Farm (NJ)
Tr.—Gross G F

| | | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| 113 | | 1976 2 0 0 0 | |
| | | 1975 8 2 0 0 | $12,931 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13Feb76- 8GS gd 6f | -23½ | .47 1:13⅘ | Allowance | 1 7 86⅝ 86½ 811 89¾ | Wilson R | b 116 | 41.40 | 64-36 Essex Street 116¼ Happy Tank 119½ Willie's Turn116½ No factor 8 |
| 5Feb76- 8GS sl 6f | .23 | .47¾ 1:14¾ | Allowance | 3 6 86¼10¹⁰10¹⁰ 89 | Grimm P I | 116 | 61.80 | 62-37 Running Over 116nk Chief Nocolon 118²½Willie'sTurn116¹ Outrun 10 |
| 5Dec75- 5Key fst 6f | .22½ | .45½ 1:18 | Clm 22500 | 1 4 42 69 714 716 | Gabriella R | b 120 | 23.20 | 69-23 Rosinante 120¹½ EssexStreet118¹⁹PioneerDays111½ Dropped back 7 |
| 27Oct75- 7Mth gd 6f | -22½ | .45½ 1:11⅗ | 3+Allowance | 7 9 911110⁸ 1011 911 | Miceli M | b 118 | 3.70 | 71-21 ⑤Mr Turn 113² Willie's Turn 114½ Coreacher 115no Outrun 10 |
| 13Oct75- 8Mth fst 1⁷⁰ | .46½ 1:12 1:43⅘ | | ⑤Shrewsbury H | 1 1 11¹ 11 1½ 42 | Miceli M | b 118 | 8.80 | 82-21 NorthernWoods118¹¼TenderScoundrel112½Rock'sJewl107hd Tired 8 |
| 18Sep75- 7Mth fst 1½ | .47½ 1.11⅖ 1:44²⅗ | | 3+Handicap | 8 3 41 45 814 818 | Miceli M | b 114 | 11.30 | 65-17 Mr Zip 115½ Saracen Manor 110² Rock the Mint 113⁶ Tired .8 |
| 6Sep75- 7Mth fst 1⁷⁰ | -46 1-11 | 1:41⅗ | 3+Cape May H | 4 3 31½ 43 5² 518 | Wilson R | b 111 | 12.70 | 75-14 Bold Arian 126² Shore Patrol 121¹⁴ Greek Orb 115¹½ Tired 5 |
| 29Aug75- 7Mth fst 1 | .47½ 1.12 1:39⅘ | | 3+Handicap | 2 2 2² 2² 2½ 1½ | Miceli M | b 115 | 5.60 | 76-20 Gait Leg 115½ Ettore 113² Lenape 115⁶ Driving 5 |
| 19Aug75- 8Mth fst 6f | -22½ | -46½ 1:13½ | 3+Md Sp Wt | 3 4 13½ 13½ 15½ Miceli M | | b 117 | 2.30 | 74-24 Gait Leg 117⁵¼ Mildred's Baby 114½ Hazel B 114¹ - Driving 8 |
| 8Aug75- 1Mth fst 6f | .22½ | -46½ 1:13½ | 3+Md Sp Wt | 11 8 75¼ 45 55½ 46½ Miceli M | | b 117 | *2.20 | 68-25 Mr Turn 112½ How's MyFellow118¹½DandyDamsite117³ Bid, tired 12 |

**LATEST WORKOUTS** Jan 30 GS 4f fst :52 b · Jan 24 GS 6f fst 1:17¾ b · Jan 15 GS 5f gd 1:05 b · Jan 6 GS 5f fr 1:02¾ b

## By Himself *

B. h. 6, by Prince Timmy—Strike Back, by Crafty Admiral
Own.—Baker & Duncan
Br.—Narrowbrook Sta & Nini Mr–Mrs A D (N.J.)
Tr.—Walton J

| | | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|---|
| 113 | St 1st 2nd 3rd | 1975 17 1 1 1 | $10,855 |
| | 3 0 0 0 | 1974 16 2 3 5 | $28,990 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5Nov75- 2Mth fst 6f | .23 | .45½ 1:10⅗ | 3+ ⑤Clm 8000 | 5 7 72½ 87½ 76¾ 47½ | Anderson J R | b 119 | 3.70 | 79-17 Mailman's Jet 108² Liberated Liz 114⁵ CourtesyCall119½ Mild bid 9 |
| 27Oct75- 2Mth gd 6f | .22 | .46⅘ 1:11¾ | 3+ ⑤Clm 10500 | 7 8 77¼ 62½ 63¼ 53¼ | Anderson J R | b 119 | 20.90 | 80-21 Clostridium 117no Bravache 117½ Courtesy Call 115¼ No mishap 8 |
| 30Oct75- 8Mth fst 1⅛ | .47½ 1:12¾ 1:45 | | 3+Handicap | 3 6 76 53¼ 43¼ 53¼ | Anderson J R | b 109 | 16.30 | 74-21 SarcenMnor111³GreekOrb118²RocktheMint114½ Forced to steady 8 |
| 23Sep75- 3Mth sly 6f | .22½ | .46½ 1:13 | 3+ ⑤Clm 10000 | 5 3 76½ 73¾ 3² 2½ | Anderson J R | b 119 | 4.40 | 74-27 Courtesy Call 110² By Himself 119½ Llantor 112nk Closed well 7 |
| 6Sep75- 4Mth fst 1⅛ | .46½ 1:11¾ 1:43½ | | 3+Clm 10000 | 5 3 34½ 3² 44½ 410 | Brumfield D | b 119 | 4.40 | 79-14 Five Sharps 116hd Gypsy Boy 116⁶ Milton Bey 115⁴ Evenly 7 |
| 27Aug75- 8Mth fst 1⁷⁰ | .45½ 1:12 1:42 | | 3+ ⑤Allowance | 1 3 45 46½ 75½ 511 | Anderson J R | b 108 | 9.40 | 80-23 Star Edition 124½ Shore Patrol 122¾ Greek Orb 116¾ Tired 7 |
| 21Aug75- 7Mth fst 6f | -22½ | .45½ 1:11 | 3+ ⑤Allowance | 5 5 46½ 69 67¾ | Anderson J R | b 120 | 8.50 | 78-22 Liberated Liz 106½ Dr Clipper 118¹ Prince Del 113²½ No factor 7 |
| 21Jly75- 2Mth fst 6f | -22 | .45½ 1:11¾ | 3+ ⑤Clm 10000 | 4 6 48 4² 32½ | Anderson J R | b 115 | 49.20 | 80-17 By Himself 115½ Killjoy 115½ Penesto 107½ Drew clear 10 |
| 12Jly75- 5Mth sly 1 | .47½ 1:13 1:39½ | | 3+Handicap | 8 5 613 58½ 511 513 | Anderson J R | b 109 | 22.30 | 64-25 False Value 114½ Secaucus 114hd Shore Patrol 118²½ No threat 9 |
| 2Jly75- 8Mth fm 1 | ⑦ -47½ 1:11½ 1.36¾ | | 3+ ⑤Handicap | 6 6 77½ 68½ 66½ 616 | Woodhouse R | b 111 | 26.60 | 76-02 Shore Patrol 115½ False Value 114¹ Win N Jive 121³ Tired 7 |

**LATEST WORKOUTS** Feb 23 GS 3f fst 1:04 b · Feb 10 GS 6f gd 1:16 b · Feb 5 GS 4f sl :50½ b

## Rock the Mint *

Ch. h. 5, by Big Rock Candy—Ring of Gold, by Knave
Own.—Belle Ridge Farm
Br.—Loveridge Mrs L (N.J.)
Tr.—Loveridge L

| | | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|---|
| 113 | St 1st 2nd 3rd | 1975 15 1 2 3 | $15,792 |
| | 1 0 0 0 | 1974 21 3 3 6 | $24,770 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27Dec75- 7Key my 1¹⁄₁₆ | -48½ 1:13⅖ 1:46⅗ | | 3+Allowance | 1 4 31½ 33½ 37 318 | Black A S | 117 | 8.30 | 52-31 Burnt Star 116⁶ Probleme II 113²⁴ Rock the Mint 117nk | Tired 5 |
| 16Dec75- 8Key fst 7f | .23 | -46½ 1:25 | 3+Allowance | 4 7 74 64¾ 611 615 | Ortiz R Jr | 119 | 68.30 | 69-35 Cadet Joe 119½ Floating Prime 110nk Flim Clip 117½ Outrun 7 |
| 5Nov75- 8Mth fst 1¹⁄₁₆ | .46½ 1:10½ 1:42½ | | 3+Handicap | 7 5 68½ 55½ 55¼ 671 | Ortiz R Jr | 114 | 26.60 | 80-15 Shore Patrol 123½ Star Edition 124⁵ Dr Clipper 113¹½ Outrun 7 |
| 1Nov75- 8Mth fst 1¹⁄₁₆ | -46½ 1:10⅘ 1:44 | | 3+Allowance | 5 5 611 510 610 613 | Solomone M | 115. | 14.80 | 72-16 Ferbane 115hd Floating Prime 106no Gypsy Boy 114²½ No factor 7 |
| 17Oct75- 8Mth fst 1 | .47½ 1:12 1:38½ | | 3+Allowance | 2 3 33¼ 31 2¹ 43½ | Lopez C | 113 | 6.30 | 78-18 Greek Orb118²FolieDeGrandeur109nkTenderScoundrel114½ Tired 5 |
| 8Oct75- 8Mth fst 1½ | .46½ 1:10⅘ 1:42¾ | | 3+Handicap | 5 3 2² 64½ 814 82⁷ | Ortiz R Jr | 114 | 39.60 | 70-18 Famous Fairy 114²½ Floating Prime 105⁸ BoldandFancy114⁴ Tired 8 |
| 30Oct75- 8Mth fst 1¼ | .47½ 1:12¾ 1:45 | | 3+Handicap | 6 5 31½ 32 35 614 | Ortiz R Jr | 114 | *2.30 | 75-21 Saracen Manor 111³ GreekOrb118²RocktheMint114½ Lacked rally 8 |
| 18Sep75- 7Mth fst 1½ | -47½ 1.11⅖ 1:44⅖ | | 3+Handicap | 5 7 75¾ 53⁶ 31½ Alvarez F | | 113 | 2.20 | 82-17 Mr Zip 115½ Saracen Manor 110² Rock the Mint 113⁶ Rallied 8 |
| 13Sep75- 7Mth gd 1 | .45½ 1.11⅘ 1.38 | | 3+Allowance | 1 6 65¼ 63⅛ 45½ 4⁷ | Alvarez F | 116 | 19.70 | 76-22 Prop Man 112nk Toddy Boom 118½ That Wing 114⁶ No factor 7 |
| 21Aug75- 7Mth fst 6f | .22½ | .45½ 1:11 | 3+ ⑤Allowance | 4 7 77½ 711 712 710 | Ortiz R Jr | 116 | 7.40 | 78-22 Liberated Liz 106½ Dr. Clipper 118¹ Prince Del 113²½ Outrun 7 |

**LATEST WORKOUTS** Feb 23 GS 3f fr :37 b · Feb 18 GS 4f fst :52 b · Feb 13 GS 6f fst 1:20 b · Dec 24 Key 5f fst 1:03½ b

## Gem Wood Aggie

Dk. b. or br. m. 5, by Sailor Beware—Bell Cross, by Charing Cross
Own.—Barney E H
Br.—Gemberling A R (N.J.)
Tr.—Barney E H

| | | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| 103 5 | | 1976 1 1 0 0 | $3,900 |
| | | 1975 2 M 0 1 | $512 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10Feb76- 3GS fst 6f | .23½ | .46½ 1:14⅖ | 3+ ⑤Md Sp Wt | 6 6 42 2½ 13½ Lillis R J² | | b 113 | 8.70 | 71-34 GemWoodAggie113¾½QuiteNice120³KountryKelly120½ Ridden out 8 |
| 21Dec75- 1Key fst 6f | .23½ | .47½ 1:14½ | 3+ ⑤Md Sp Wt | 7 7 34½ 2³ 311 Lillis R Jr | | b 117 | 27.50 | 60-25 Palinaurus 120⁸ Clista 120²¾ Gem Wood Aggie 115½ Tired 12 |
| 30Oct75- 2Mth fst 6f | .23½ | .47½ 1:14 | 3+ ⑤Md Sp Wt | 2 7 64⅜ 88⅜ 813 824 Solomone M | | 117 | 10.80 | 46-25 Star Ad Lib 118no Cossack Sword 118½ Drive Train 120¹ Outrrn 8 |

**LATEST WORKOUTS** Feb 7 GS 5f fr 1:04 b · Jan 30 GS 4f fst :51 b · Jan 22 GS 5f fst 1:03⅗ b · Jan 17 GS 4f sl :52 b

## Liberated Liz

Ch. m. 5, by Jets Pat—Crafty Courier, by Crafty Skipper
Own.—Dowd B P
Br.—Dowd Mr–Mrs B P (N.J.)
Tr.—Dowd B P

| | | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|
| 110 7 | | 1976 2 0 0 1 | $715 |
| | | 1975 17 5 3 3 | $31,163 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19Feb76- 7GS gd 6f | .22½ | .47½ 1:14½ | 3+ ⑤Clm 12500 | 6 8 65¹ 75½ 79¾ 713 | Jenkins L Jr¹⁰ | b 106 | 6.40 | 56-38 Sharon Ann 117³ Eton Song 116³ Indian Ghost 116¹ Sluggish 9 |
| 4Feb76- 6GS my 6f | .22½ | .46½ 1:13⅗ | 3+ ⑤Clm 12500 | 8 3 52½ 52½ 43¼ 3½ | Jenkins L Jr¹⁰ | b 106 | 24.40 | 73-31 Fiery Heart 116½ Noblejest 116no Liberated Liz 106½ Rallied-11 |
| 28Dec75- 6Key sl 6f | .23 | .47½ 1:17½ | 3+ ⑤Clm 11000 | 1 2 11½ 33 36 514 | Lillis R J² | b 115 | 8.60 | 66-29 Furlong Florie 120¹⁰ManchstrLs115½InstntJustic116½ Speed, tired 7 |
| 14Dec75- 3Key fst 6f | .23½ | .46½ 1:12⅗ | 3+ ⑤Clm 10500 | 4 7 65⁷ 67 48¾ 33¾ | Gomez M A⁷ | b 113 | 7.10 | 74-23 Furlong Florie 118no Maid at Sea 116½ Liberated Liz113² Rallied, 9 |
| 2Dec75- 7Key fst 6f | .23½ | .46½ 1:12 | 3+ ⑤Clm 10500 | 2 5 31 2¹ 12 1² | Gomez M A⁷ | b 110 | *1.70 | 75-28 Liberated Liz 111⁴ Maid at Sea 116¼½ Rozy Catch 109hd Driving 7 |
| 24Nov75- 7Key fst 6½f | .23½ | .45½ 1:18½ | 3+ ⑤Allowance | 9 5 31 84½10¹²10¹⁸ | Gomez M A⁷ | 115 | 14.00 | 65-25 Silky Dip 113no Velvet Flight 110¾ ExoticPrincess117¾ Brief speed.10 |
| 14Nov75- 7Key gd 6f | .22½ | .46½ 1:13⅗ | 3+ ⑤Clm 11500 | 2 2 2hd 1hd 11½ 31¼ | Gomez M A⁷ | 115 | 14.00 | 75-23 Liberated Liz 115½ Sailofroses 116¼ Carlotta Red 113½ Driving 7 |
| 5Nov75- 2Mth fst 6f | .23 | .45½ 1:10⅗ | 3+ ⑤Clm 8000 | 9 1 2hd 2hd 2hd 2² | Edwards J W⁵ | b 114 | *2.40 | 85-17 Mailman's Jet108²LiberatedLiz114⁵CourtesyCall119½ Second best 9 |
| 27Oct75- 2Mth gd 6f | .22 | .46½ 1:11½ | 3+ ⑤Clm 10000 | 9 1 2hd 2hd 3² 63¾ | Miceli M | b 115 | 7.40 | 79-21 Clostridium 117no Bravache 117½ Courtesy Call 115½ Tired 8 |
| 10Oct75- 6Mth fst 6f | .23½ | .45½ 1:11 | 3+ ⑤Clm 10000 | 1 2 23hd 1hd 3nk 65 | Drury M A⁷ | b 112 | *2.00 | 80-17 Bravache 122¹¼ Clostridium 118² ⑤Prince Del110nk Pinched back. 8 |

100ct75-Placed fifth through disqualification

**LATEST WORKOUTS** Feb 16 GS 3f fst :37 b · Jan 31 GS 4f fst :49 b

## Gray May

Gr. c. 4, by Adrian's Path—Maybecouldbe, by Saggy
Own.—Blom & Jordan's Farm
Br.—Blom G (N.J.)
Tr.—Jordan Mary C

| | | Turf Record | St. 1st 2nd 3rd | Amt. |
|---|---|---|---|---|
| 115 7 | St 1st 2nd 3rd | 1975 18 3 3 1 | $22,111 |
| | 2 0 0 0 | 1974 M 0 0 0 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6Dec75- 7Key fst 6½f | .22½ | .45½ 1:16½ | 3+Allowance | 3 2 52½ 69½ 616 62¹ | McKenna S⁷ | b 110 | 40.70 | 72-23 Plain Pete 115²½ Note of Victory 119⁶ MightyLure122⁴ No factor 8 |
| 23Nov75- 8Key fst 6f | .23 | .46½ 1:11 | 3+Allowance | 3 6 75½ 79½ 69 611 | Thomas D B | b 120 | 24.60 | 70-20 Jaunty Jack 110²½ Wayne 115¾ Rosinante 117³ No factor 8 |
| 8Nov75- 6Mth gd 6f | .22½ | .46½ 1:11⅗ | 3+ ⑤Allowance | 6 5 25¼ 11 1nk Thomas D B | | b 113 | 26.20 | 83-16 Gray May 119nk Penesto 115no Coreacher 115½ Driving 10 |
| 10Oct75- 5Mth fst 6f | .22½ | .45½ 1:10⅗ | 3+ ⑤Allowance | 3 4 62½ 79½ 87⁴ 712 | Lee R F⁵ | b 112 | 63.00 | 76-15 Ettore 117½½ Queen Marian 114½ Mister Gig 107²½ Far back 7 |
| 3Sep75- 7Mth fst 6f | .22½ | .46½ 1:10⅗ | 3+ ⑤Allowance | 9 7 10¹²10¹⁴10¹⁷ 712 | Solomone M | b 117 | 11.20 | 68-21 Queen Marian 110³ Folie De Grandeur 115² Llantor 118½ Outrun 10 |
| 9Aug75- 7Del fst 6f | .22½ | .45½ 1:11½ | 3+ ⑤Allowance | 6 6 79¾ 43 34 58½ Canessa J | | b 118 | 28.80 | 84-18 Outer Isle 112hd Green As Grass116no RattletheRye109⁵ No factor 9 |
| 31Jly75- 7Del fst 6f | .23 | .46½ 1:11½ | 3+ ⑤Allowance | 4 2 615 714 712 Laiz G | | b 116 | 29.80 | 70-134 Ry Pick 108nk Count's a Million 109² Wally's Turn 113¾ Tired 7 |
| 11Jly75- 7Atl gd 6f | .22 | .44½ 1:11½ 1:22½ | 3+ ⑤Allowance | 6 2 43½ 42½ 49½ 416 Betancourt J D | | b 115 | 6.50 | 76-17 Baby Face Beau 110½ Rapid Rabbit¹¹³³½LiberatedLiz113³ Tired 8 |
| 25Jun75- 8Atl fst 6f | ① -48½ 1.12½ 1:11⅘ | | 3+ ⑤Allowance | 2 4 61½ 69½ 616 719 Betancourt J D | b 115 | | 11.20 | 81 — Impy Sails 114½ Win N Jive 124nk Proudest Spartan 114½ Tired 7 |
| 12Jun75- 5Atl sly 6f | .22½ | .45½ 1:11½ | 3+ ⑤Allowance | 3 6 58½ 55½ 35½ 1½ Betancourt J D | b 112 | | *6.0 | 84-17 GrayMay112½MixedDemeanor115⁶Hansom'sHoney95²½ Hard drive 6 |

**LATEST WORKOUTS** Feb 21 GS 3f fst :36½ b · Feb 16 GS 6f fst 1:17 bg · Feb 7 GS 5f fr 1:04¾ b · Jan 26 GS 4f fst :50 b

## Mailman's Jet

Own.—Lemore & Salerno

Ch. g. 5, by Jets Pat—Royal Glamour, by Royal Note
Br.—Lemore E C (N.J.)
Tr.—Salerno F

113

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 3 | 0 | 1 | 0 | $1,405 |
| 1975 | 29 | 3 | 2 | 4 | $20,640 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5Feb76- 7GS sl 6f | .23 | .47 | 1 13½ | Clm 8500 | 7 5 44 46 55 55 Guadalupe J | b 116 | 10 60 | 70-37 Trojan Eddy113¹HaveAHit113½LovemandLeavem119⁴½ Weakened 12 |
| 9Jan76- 6Key fst 6f | .23 | 46¾ 1-11⅞ | Clm 9000 | 5 3 1hd 2hd 32½ 47 Guadalupe J | 120 | 48 00 | 78-20 FIshingSword114ⁿᵒMeformore122⁷MrkerBecon120hd Speed, tired 7 |
| 1Jan76- 3Key sly 6f | 23½ -47¾ 1-14½ | Clm 7500 | 1 2 1½ 2¹ 22 22 Guadalupe J | 120 | 8 60 | 68-32 MarkerBeacon118²Mailmn'sJet120²TkeTheChllenge116ⁿᵏ Gamely 10 |
| 21Dec75- 4Key fst 6f | .22¾ 46¾ 1-12¼ 3 ↑ Clm 8500 | 2 5 3¹ 42½ 43 53½ Guadalupe J | 114 | 26 40 | 77-25 Mild Joker 116ⁿᵏ Royal Trance 120²LovemandLeavem112ⁿᵒ Tired 8 |
| 26Nov75- 6Key fst 6f | .22½ -45⅘ 1.10⅜ 3 ↑ Clm 8500 | 4 4 33½ 44½ 47 414 Lillis R J⁷ | 107 | 9 30 | 75-25 Timely Gift 120½ Brass Ball 115½² Take Charge 112ⁿᵒ Tired 9 |
| 11Nov75- 4Key fst 6f | -22⅘ 45⅘ 1 11⅘ 3 ↑ Clm 7000 | 1 3 2½ 23 23 3¹ Lillis R J⁷ | 113 | 8 10 | 84-21 Jerry O 111½ Double Wreath 109hd Mailman's Jet113⁴ Weakened 8 |
| 5Nov75- 2Mth fst 6f | .23 45⅘ 1.10¾ 3 ↑ ⑤Clm 7000 | 1 2 1hd 1hd 1hd 12 Lillis R J⁵ | 108 | 17 70 | 87-17 Mailman's Jet 108² Liberated Liz 114⁵ Courtesy Quill 119½ Driving 9 |
| 27Oct75- 2Mth gd 6f | .22 46½ 1-11⅘ 3 ↑ ⑤Clm 8500 | 1 4.3ⁿᵏ 1hd 43 86¾ Iannelli F | 116 | 16 20 | 76-21 Clostridium 117ⁿᵒ Bravache 117⅔ Courtesy Call 115⁴½ Stopped 8 |
| 10Oct75- 6Mth fst 6f | .22 -45½ 1:11 3 ↑ ⑤Clm 8500 | 4 7 55 45¼ 53⅔ 54 Solomone M | 116 | 15 60 | 81-17 Bravache 122½² Clostridium 118² ⑥Prince Del 110ⁿᵏ No mishap 11 |
| | 10Oct75-Placed fourth through disqualification | | | | |
| 30Oct75- 4Mth fst 6f | -22⅘ 46 1 11⅘ 3 ↑ ⑤Clm 7500 | 7 8 55 55½ 45 25 Solomone M | 119 | 4 20 | 77-21 Clostridium 120⁵ Mailman's Jet119hdCabinetRank110³ Up for 2nd 9 |

LATEST WORKOUTS Feb 18 GS 4f fst :50 b Jan 30 Key 3f fst :40 b ● Dec 30 Key 4f fst :48⅗ h

---

**7 GARDEN STATE** ⟨6 FURLONGS⟩

6 FURLONGS. (1.08½) CLAIMING. Purse $6,000. 4-year-olds and upward. Weight, 122 lbs. Non-winners of two races since January 10 allowed 3 lbs. A race since then, 6 lbs. Claiming price $10,000; for each $500 to $9,000, 2 lbs. (Races where entered for $7,500 or less not considered.)

## Al Cartwright

Own.—Baines J D

B. g. 4, by Gun Song—Jim's Beauty, by Intent
$10,000 Br.—Baines J D (Md)
Tr.—Dare R S

116

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 0 | |
| 1975 | 13 | 2 | 1 | 2 | $15,515 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17Feb76- 8GS fst 6f | -22½ :47½ 1:14 | Clm 12500 | 8 4 2hd 41½ 710 Loguercio A | b 116 | 14 30 | 63-44 Weehawken 107³ Rangoon II 119⁴ National Resolve 119¹ Tired 9 |
| 6Feb76- 3GS my 6f | -23 47¾ 1 14½ | Clm 15000 | 7 3 2hd 4½ 86½ 89 Boulmetis S A Jr | b 116 | 21 30 | 63-42 Blue Barbizon 116² Lester Gem116¾WinningPoint116¾ Sped, tired 9 |
| 10Jly75- 5Del fst 6f | -21¾ 45½ 58 3 ↑ Clm 16000 | 9 5 56½ 57 49 77½ Passmore W J | b 112 | 5 20e | 89-17 English Dancer 113½ Bold Ed 115³ Convocation 107⁴ Outrun 9 |
| 20Jun75- 4Atl fst 6f | 22½ 45⅜ 1-09⅘ | Clm 25000 | 3 5 2½ 35 57 514 Turcotte R L | b 116 | 7 20 | 79-17 Mr Barb 116³ Gotoun 114⁸ Dougal Macdougal 116ⁿᵏ Tired 5 |
| 13Jun75- 8Del fst 6f | .22½ -45 1 10 3 ↑ Clm 25000 | 7 1 2hd 2hd 2½ 45½ Turcotte R J⁵ | b 107 | 9.70 | 89-18 Spanish Dew 116²EnglishDancer113¾CuzzinsJimAndy112hd Tired 8 |
| 31May75- 9Del fst 6f | 22½ 45⅘ 1 11⅘ | Allowance | 6 2 2½ 31½ 3½ 75¼ Turcotte R J | b 114 | 7 80 | 80-17 StartaVictory116¼BererBond113²ⁿᵏMyFriendGus122ⁿᵏ Early speed 8 |
| 1May75- 6Pim sly 6f | -23½ 47 1.12½ | Allowance | 5 2 1hd 21½ 44½ 511 Baltazar C | b 122 | 6 20 | 74-21 King of Fools119¾RainyLane122²³PendulumSam122⁶ Stopped 7 |
| 23Apr75- 8Pim fm 1 | ①-48½ 1 13 1 38⅘ | Allowance | 6 1 13½ 2¹ 88½ 811 Baltazar C | b 113 | 32 20 | 79-06 North of the Law 121½ Resound 113³½ Grey Beret 122² Tired 10 |
| 4Apr75- 3Pim fst 6f | -23½ 48½ 1-13½ | ⑤Allowance | 4 1 1½ 1½ 12 14 Baltazar C | b 120 | *.60 | 77-27 Al Cartwright 120⁴ Real George 120²½ Arctic Quail 121⁴ Driving 5 |
| 27Mar75- 8Pim fst 6f | .22½ -46½ 1 12½ | Allowance | 1 7 55½ 54½ 56 64½ Baltazar C | b 120 | *1.60 | 77-25 French Whistler 112hd Rattle theRye117³Resound117¹ No excuse 8 |

LATEST WORKOUTS Feb 23 GS 3f fr :38 b Feb 14 GS 3f fst :37⅘ b Feb 4 GS 5f gd 1:02⅘ b Jan 28 GS 4f my :52½ b

## Requiem for Glory

Own.—Briarhurst Farm

Dk. b. or br. g. 4, by Bold Wizard—Glad's Glory, by Novarullah
$10,000 Br.—Amodeo J P (Tex)
Tr.—Rutherford R E

116

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 0 | 2 | 0 | $2,400 |
| 1975 | 26 | 6 | 2 | 3 | $17,964 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15Feb76- 6Pen fst 1 | -47½ 1 12⅘ 1-39½ | Clm 10000 | 5 3 4½ 74½ — Gress D | b 112 | 5 30 | — — Midnite Hour 108ⁿᵏ Dot The T 116² Trojan Eddy 112⁴ Bolted 7 |
| 31Jan76- 6Key fst 6½f | -22½ :46 1 19½ 3 ↑ Hcp 4000s | 2 4 5³ 52½ 2½ 2½ Lukas M | b 116 | 10 00 | 79-24 Jr Lee 120½ Requiem for Glory 116²½ Midnite Hour 116½ Wide 7 |
| 23Jan76- 6Key fst 7f | -23½ 46½ 1.26 | Clm 9000 | 2 5 62½ 53½ 45 43½ Lukas M | b 116 | 9 40 | 76-23 Meformore 122⅔ Bolder n' Tracy 116½ True Grey 115² No rally 11 |
| 9Jan76- 4Key fst 7f | -23½ -46½ 1.24¾ | Clm 8000 | 4 2 41½ 42½ 2ⁿᵏ Lukas M | b 113 | 4 50 | 85-20 LovmndLvm118ⁿᵏRqmfrGlry113⅔½MghtySnst120½ Altered course 7 |
| 29Dec75- 4Key fst 6f | .23½ 47 1.12½ | Clm 9000 | 7 3 52½ 4½ 52½ 55½ Lukas M | b 114 | 10 00 | 75-24 Lucky Gary 113² Ticks Mon 116⁴½ Slow Boat 122ⁿᵒ Forced wide 7 |
| 12Dec75- 9Key fst 6½f | -22½ 46½ 1.19½ | Clm c-5500 | 10 12 54½ 33½ 1hd 1½ Arroyave R D⁵ | b 117 | 5 20 | 80-28 Requiem for Glory 117³ Go Diamond107⁵Harve'sGary114³ Driving 12 |
| 6Dec75- 8Pen fst 5½f | -23½ :47 1-05½ | Clm 7080 | 6 5 65 67½ 510 56 Arroyave R D⁵ | b 111 | 3 70 | 88-21 Juvenile Jr 114¹ Anybody 114⁴ Rozzo 105½ No mishap 9 |
| 17Nov75- 5Key fst 6f | -23½ 47 1 12⅘ | Clm 6500 | 5 5 2hd 2½ 1½ 1ⁿᵒ Arroyave R D⁵ | b 111 | 3 00 | 78-21 Requiem for Glory 111ⁿᵒ Eckard 116⁴ Rozzo 109½ Lasted 7 |
| 27Oct75- 5Key fst 7f | -23 :46 1 25⅘ | Clm 6500 | 4 2 63½ 2hd 2½ 42¾ Arroyave R D⁵ | b 109 | 13 60 | 79-23 MightySunset120ⁿᵒHstyBehving115ⁿᵏMoe'sNtive120²½ Weakened 9 |
| 10Oct75- 5Key fst 6f | .22½ -45⅘ 1:11¾ | Clm 8500 | 9 10 86½ 65 66 76½ Arroyave R D⁵ | b 111 | 20 50 | 77-22 Steel Bar 116½ Hasty Behaving 116½ Go Diamond 111½ No factor 10 |

## Slow Joe

Own.—R D S Stable

B. g. 5, by Double Strings—Miss Sarah J, by Greek Star
$9,000 Br.—Grace W J (Can)
Tr.—Fallon M L

112

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1975 | 9 | 0 | 2 | 0 | $2,805 |
| 1974 | 5 | 1 | 1 | 2 | $5,218 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31May75- 4Mth fst 6f | 21⅘ -44½ 1 09⅘ | Clm 15000 | 8 7 66 53½ 54 64½ Edwards J W⁵ | b 111 | 9.80 | 89-10 Famous Fairy 116½ Clancore 118ⁿᵒ Love Hit 116¹½ Evenly 10 |
| 8May75- 8GS fst 6f | -22⅘ 46½ 1 13½ | Clm 15000 | 2 7 52 63½ 74½ 67 Catalano W⁵ | b 107 | 8 90 | 70-31 Pembles 119ⁿᵏ Game Lad 122½ Neilson 117½ No factor 8 |
| 23Apr75- 7GS fst 6f | -22⅘ -46½ 1.12⅘ | Clm 15000 | 3 3 1hd 1¹ 12 2ⁿᵏ Thomas D B | b 114 | 3 00 | 79-32 Prince Ricky Roy 112ⁿᵏ Slow Joe 114²RoyalSupre110² Just failed 8 |
| 31Mar75- 8GS fst 6f | -23 45⅘ 1-13⅘ | Allowance | 4 5 42½ 32 44 58½ Thomas D B | b 115 | 3 40 | 68-35 Boy Can Do 113ⁿᵏ Star Salesman 110³ Creosole Kid 122½ Tired 7 |
| 28Feb75- 8GS fst 6f | -22⅘ 46½ 1.13⅘ | Clm 17000 | 4 5 32 23½ 34 68½ Edwards J W⁵ | 110 | 2 80 | 68-35 Prince Del 117⅔ Star Salesman 107² Behaving Don 114³ Tired 7 |
| 12Feb75- 8GS gd 6f | 23½ 47½ 1.14 | Allowance | 3 4 3½ 32 24 410 Edwards J W⁵ | 110 | 3 20 | 63-36 Proud Kenn 115⁷ Day Is Right 115³ Cassie's Boy 110ⁿᵒ Tired 6 |
| 4Feb75- 8GS fst 6f | -22⅘ -46½ 1. 13 | Allowance | 2 4 34½ 3¹ 2½ 212 Tichenor W | 115 | 4 40 | 76-31 Pembles 115⅓ Slow Joe 115² Wild Gander 115hd Drifted in 6 |
| 14Jan75- 6GS fst 6f | -22⅘ .46 1.11½ | Clm 20000 | 7 5 3³ 37 36 66⅔ Edwards J W⁷ | 109 | 11 40 | 75-28 TudorSpook110⁵ReasonToVve114ⁿᵏVeryTouchy114² Brief speed 9 |
| 4Jan75- 6Key sl 6f | -22⅘ 46½ 1-13½ | Clm 20000 | 1 5 52½ 52½ 54½ Edwards J W⁵ | 114 | 4.70 | 77-24 Boy Can Do 113hd Vimy Run 116² Vic Hadfield 116ʳᵏ No mishap 7 |
| 10Dec74- 6GS fst 6f | .22⅘ 46½ 1:13½ | Clm 20000 | 5 5 32 51¼ 41½ 41½ Bandoroff C⁷ | 108 | 2 20 | 76-31 Boy Can Do 113ⁿᵏ Kingnesian 122½ Trial 'n Terror 115ⁿᵒ Tired 9 |

LATEST WORKOUTS Feb 21 GS 5f fst 1:07 b ● Feb 17 GS 4f fst :48 h Feb 13 GS 6f fst 1:18 b ● Feb 9 GS 5f hy 1:03 h

## Promo

Own.—Telesco A

Dk. b. or br. h. 7, by Assagai—Noordeen, by Noor
$10,000 Br.—Mereworth Farm (Ky)
Tr.—Carlesimo L Jr

116

| Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| St | 1st | 2nd 3rd | 1976 | 5 | 1 | 0 | 2 | $1,430 |
| 5 | 1 | 0 2 | 1975 | 17 | 7 | 1 | 4 | $33,355 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13Feb76- 7GS. gd 6f | 23 .47 1 13⅘ | Clm 8500 | 3 8 97 94½ 612 Plomchok S | 116 | 12 80 | 73-36 Have A Hit 114½ Promo 116hd Chop's Ruler 116hd Full of run 10 |
| 23Jan76- 5Key fst 1⅛ | 47½ 1.12⅘ 1-44½ | Clm 12000 | 1 3 59½ 514 623 640 Plomchok S | 122 | 4 70 | 40-29 Rather Good 114⁹ Court Game 114⁶ Disruptive 114¹⁴ Poor action 6 |
| 13Jan76- 8Key sly 7f | 23⅘ -46⅘ 1.25⅘ | Clm 12500 | 4 5 31½ 65 710 711 Plomchok S | 120 | 2 20 | 71-26 To Command 112⁷ Shooting Stick 122ⁿᵒ Art 106½ Tired 7 |
| 5Jan76- 7Key fst 6f | 23½ -46½ 1:20½ | Clm 15000 | 1 6 53½ 54½ 48 43½ Plomchok S | 120 | 4 50 | 73-28 Arctic Glide 116½ Achilles 112² Sign Of Trouble 122½ No mishap 7 |
| 27Dec75- 5Key my 1⅛ | .48 1-14 1 48 3 ↑ Clm 16000 | 6 1 1³ 11½ 33½ 411 Plomchok S | 120 | 3 00 | 53-31 Terricle 113½ Blue Shirt 118⁵½ Timmy's Tip 113⁴ Speed, tired 6 |
| 13Dec75- 5Key fst 1⅛ | .48 1 13 1.46½ 3 ↑ Clm 17000 | 2 1 1hd 3hd 34 713 Plomchok S | 117 | 4 10 | 60-22 Gypsy Boy 116ⁿᵏ Work N' Earn 120½ Blue Shirt 118hd Stopped 7 |
| 23Nov75- 5Key fst 1⅛ | -47½ 1 12⅘ 1 45½ 3 ↑ Clm c-12000 | 6 1 1hd 1½ 14 12 Edwards J W⁵ | 113 | 1.90 | 78-20 Promo 113² Shooting Stick 120⁴ Micastar 122½ Driving 7 |
| 8Nov75- 7Key fst 1⅛ | -47½ 1 12⅘ 1.45½ 3 ↑ Clm 15000 | 2 3 3½ 62½ 65½ 66 Tejeira J | 122 | 11.70 | 70-16 King John 117⁶½ Sea of Fortune 120½ Little Red Pet116ⁿᵏ Tired 9 |
| 25Oct75- 6Mth sly 1 | 47½ 1-12½ 1 39½ 3 ↑ Clm 13000 | 1 3 33 2½ 11½ 15 Miceli M | 122 | *1 90 | 76-23 Promo 122⁵ Candy Jar 117² False Idea 122² Ridden out 5 |
| 11Oct75- 6Mth fst 1 | -47½ 1:11½ 1:37 3 ↑ Clm 15000 | 5 2 22 2¹ 23 35½ Perret C | 122 | 2 40 | 82-16 Gypsy Boy 114⁵ Eight To Spain 115½ Promo 122¹½ Weakened 7 |

LATEST WORKOUTS Feb 10 GS 3f gd :36⅘ b

## Mild Joker ✳

Own.—Hardin R N

Ch. g. 6, by Jester—Ultimate Weapon, by Bold Ruler
$9,000 Br.—Carter R L (Ky)
Tr.—Hild G

115

| Turf Record | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|
| St | 1st | 2nd 3rd | 1976 | 4 | 1 | 0 | 1 | $3,992 |
| 6 | 0 | 1 2 | 1975 | 24 | 4 | 2 | 2 | $14,834 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9Feb76- 6GS gd 6f | .22⅘ 47 1-13⅘ | Clm 12500 | 2 1 2¹ 44½ 46 69 Guadalupe J | b 119 | 5 30 | 67-39 Nearby Star 116² General Alarm 116ⁿᵒ Meformore 109³ Tired 7 |
| 20Jan76- 7Key fst 6f | -22½ .45⅘ 1 11⅘ | Clm 11500 | 1 1 11½ 15 1ⁿᵏ Ashcroft C | b 116 | 3 30 | 84-25 Mild Joker 116ⁿᵏ ForeignAffar120⁵LovemandLeavem118⁴ Lasted 6 |
| 11Jan76- 5Key fst 6f | -22⅘ .45½ 1:10 | Clm 12500 | 7 1 1½ 2¹ 42½ Ashcroft C | b 120 | 6 20 | 90-12 National Resolve 116¼RoyalTrance116ⁿᵏTrueGrey115½ Weakened 7 |
| 3Jan76- 5Key sly 6f | -22⅘ .46 1-13 | Clm 12500 | 2 2 1hd 2² 32½ 36 Ashcroft C | b 120 | 8.60 | 71-32 Rangoon II 116⁴ Brass Ball 116² Mild Joker 116⅔ Tired 7 |
| 21Dec75- 4Key fst 6f | .22⅘ 46⅘ 1.12⅘ 3 ↑ Clm 9000 | 1 2 2hd 2½ 1ⁿᵏ Edwards J W | b 116 | *18 0 | 80-25 Mild Joker 116ⁿᵏRoyalTrance120²LovemandLeavem122ⁿᵒ Driving 8 |
| 14Dec75- 7Key fst 6f | -22⅘ .46½ 1:11½ 3 ↑ Clm 9000 | 7 1 1½ 12 1½ Tejeira J | b 120 | 4 70 | 85-23 Mild Joker 120¹½ Invasion 112½ Lipa Doo 116¼ Mild drive 12 |
| 27Oct75- 5Key fst 6f | .22⅘ 46½ 1:12½ 3 ↑ Clm 7000 | 3 1 11 2hd 32½ 56½ Ashcroft C | b 120 | 21.90 | 73-23 Cinnamon Bay 114¹ The Mensh 116⁴ Ruano 120¹½ Tired 7 |
| 10Oct75- 9Key fst 6f | .22⅘ 46½ 1:12½ 3 ↑ Clm 8500 | 3 1 11 2hd 2½ 32½ Ashcroft C | b 120 | 32.10 | 72-22 Totheend 116¹½ Triple Three 116⅓ Early And Easy 120¹ Tired 7 |
| 14Sep75- 6Pen fst 1 | -48½ 1 14½ 1.40⅘ 3 ↑ Clm 13000 | 3 1 32½ 57 69 612 Santage J L | b 115 | 18 20 | 70-22 SaxonyPrince106½MyBoyDan119ⁿᵏBasicWitness114½ Speed, tired 7 |
| 5Sep75- 6Key fst 6f | .22⅘ 46½ 1-11⅘ 3 ↑ Clm 10500 | 6 2 44 61½ 614 620 Ashcroft C | b 120 | 8 40 | 63-26 Night Magnet 115¾ Signal Ahead 107¹ Shooting Stick120ⁿᵏ Tired 6 |

LATEST WORKOUTS Feb 8 GS 3f sl :38 b

## *Rangoon II *

Own.—Cc tanzo J P
Ch. h. 7, by Rigolo—Tracala, by Closworth
$10,000
Br.—Gholes S A I C I F (Arg)
Tr.—Thompson J W

**119**

| | Turf Record | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| St 1st 2nd 3rd | 1976 | 5 | 2 | 1 | 0 | $8,065 |
| 4 0 0 0 | 1975 | 28 | 4 | 5 | 4 | $23,480 |

| 17Feb76- 8GS f..t 6f | -22½ -47½ 1-14 | Clm 12500 | 9 3 1hd 2hd 2½ 23 Wilson R | 119 | *1.40 | 70-44 Weehawken 107½ Rangoon II 119½ National Resolve 119³ Gamely 9 |
| 6Feb76- 9GS my 6f | 23 47½ 1-14½ | Clm 14000 | 3 5 4nk 41 53½ Turcotte R L | 120 | *2.20 | 68-42 Blue Barbizon 116² Lester Gem 116½ Winning Point 116½ Tired 6 |
| 24Jan76- 5Key fst 6f | 22½ .46½ 1.11½ | Clm 13500 | 5 1 1hd 2hd 11 15½ Turcotte R L | 120 | *1.40 | 83-22 Rangoon II 120⁵½ Stook 120nk Bolero M 120½ Ridden out 5 |
| 11Jan76- 7Key fst 6f | 22 -44½ 1-10 | Clm 14000 | 8 6 64 55 63½ 42½ Barrera C | 112 | *2.60 | 90-12 Sign Of Trouble 111no Oldest Michael 108½ Lester Gem 115½½ Rallied 8 |
| 3Jan76- 5Key sly 6f | 22½ .46½ 1-13 | Clm 12500 | 3 3 2hd 1½ 11 14 Edwards J W | 116 | 2.70 | 77-32 Rangoon II 116⁴ Brass Ball 116² Mild Joker 116½ Ridden out 6 |
| 24Dec75- 6Key fst 6½f | 22½ -45½ 1.17½ | 3↑ Clm 11000 | 4 2 1hd 2½ 31½ 21½ Edwards J W | 114 | 6.30 | 86-21 Shooting Stick 120½ Rangoon II 114½ Fearless Devil 116½ Forced wide 6 |
| 6Dec75- 2Aqu fst 7f | -23 | 3↑ Clm 8000 | 2 3 11 11½ 14 11½ Hole M | 120 | 2.30 | 85-13 Rangoon II 120½½ Tony V Frog 116⁶ Dr Zegareth 118½½ Driving 7 |
| 15Nov75- 2Aqu fst 7f | 23½ .46½ 1.24½ | 3↑ Clm 10000 | 7 1 1hd 2hd 32 54½ McCauley H⁷ | 116 | 5.50 | 75-15 Six No Trump 113² Secaucus 111½ Purchase Street 114no Speed, tired 8 |
| 8Nov75- 5Mth gd 6f | 22½ -45½ 1.10½ | 3↑ Clm 9000 | 1 1 1hd 11½ 11½ 13½ Barrera C | 114 | 2.00 | 87-16 Rangoon II 114¾½ Weehawken 114no Bravache 122no Driving 6 |
| 31Oct75- 2Mth fst 6f | 22½ .46½ 1-11 | 3↑ Clm 8500 | 5 5 41½ 3½ 2² 24 Miceli M | 115 | 7.80 | 81-22 Glory Age 117⁴ Rangoon II 115hd Crimson Signal 110³ Wide 10 |

## Meformore *

Own.—Gillen T J
Dk. b. or br. g. 6, by I'm For More—Lord's Valley, by Lord Putnam
$10,000
Br.—Randolph R D (Fla)
Tr.—Reese W C

**1127**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 1 | 2 | 1 | $5,715 |
| 1975 | 17 | 5 | 4 | 1 | $22,885 |

| 9Feb76- 6GS gd 6f | -22½ -47 1.13¾ | Clm 12500 | 5 6 55 34½ 34 32 McCauley W H⁷ | 109 | 2.80 | 74-39 Nearby Star 116² General Alarm 116no Meformore 109³ No mishap 7 |
| 23Jan76- 6Key fst 7f | 23½ .46½ 1.26 | Clm c-9000 | 8 1 2hd 2½ 11 1½ Guadalupe J | 122 | *2.30 | 79-29 Meformore 122½ Bolder n' Tracy 116½ True Grey 115² Driving 11 |
| 9Jan76- 6Key fst 6f | -23 | Clm 9500 | 2 2 3½ 31½ 21 2no Edwards J W | 122 | *.70 | 85-20 Flashing Sword 114no Meformore 122⁷ Marker Beacon 120hd Gamely 7 |
| 2Jan76- 7Key my 6f | 22½ .46½ 1.13 | Clm 9500 | 1 2 21½ 21½ 21 2½ Edwards J W | 122 | *1.00 | 76-31 Royl Trnce 117½ Meformore 122nk Lost crek princ 118⁶ Loose bandage 7 |
| 28Dec75- 4Key sl 7f | -23½ -47 1.26¾ | Clm 12500 | 3 1 1½ 21 13 14½ Edwards J W | 122 | *.90 | 77-24 Queen's Charger 114no Early Star 111½½ Eastwood Prince 117⁹ Tired 7 |
| 16Dec75- 7Key fst 1⅟₁₆ | 47½ 1.13½ 1.47¾ | 3↑ Clm 12500 | 5 2 1hd 42 51² Edwards J W | 116 | *1.40 | 54-35 Queen's Charger 114no Early Star 111½½ Eastwood Prince 117⁹ Tired 7 |
| 29Nov75- 5Key fst 6f | 23 | 3↑ Clm 12500 | 4 5 2½ 1½ 13 1½ Edwards J W5 | 111 | *.90 | 85-20 Meformore 115½ Papilungo 114⁴ Davids Twist 113nk Driving 7 |
| 15Nov75- 5Key fst 6f | 22½ -46½ 1.12½ | 3↑ Clm 9000 | 6 6 66½ 42 11 15 Edwards J W5 | 111 | 7.80 | 80-22 Meformore 111⁵ Boom Fella 116½ Triple Three 114nk Ridden out 9 |
| 6Aug75- 9Mth fst 1⅟₁₆ | -48 | 1.12½ 1.44¾ | 3↑ Clm 14000 | 2 1 2½ 1hd 2½ 57½ Perret C | 118 | 3.30 | 73-20 Barra O'Hara 116⁵ Intravenous 116² Court Street 116½ Drifted 6 |
| 23Jly75- 4Mth fst 1 | -46½ 1.12 1.38¾ | Clm 15000 | 1 3 47½ 43½ 47½ 51³ Perret C | 118 | 6.20 | 68-17 Hickory Cap 115½½ Sturdy Union 111nk Fat Frank 117⁶ Tired 8 |

LATEST WORKOUTS Feb 21 GS 3f fst :39½ b Feb 1 GS 3f fst :39 b Dec 24 Key 3f fst :38 b

## Flashing Sword *

.. Own.—Greenberg M M
Ch. h. 5, by Impressive—Highland Hills, by Mongo
$10,000
Br.—Farmsworth Farm (Fla)
Tr.—Imperatore M

**119**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 2 | 1 | 0 | $7,500 |
| 1975 | 3 | 0 | 0 | 0 | $516 |

| 16Feb76- 8GS fst 6f | .22½ -46½ 1.12½ | Clm 15000 | 10 7 84½ 96 95 81³ Rodriguez A | b 115 | 4.20 | 67-34 Big City Blues 114hd Wenceslas 114⁷ Pembles 116no No factor 10 |
| 6Feb76- 7GS my 6f | -23½ -47½ 1.13½ | Clm 14000 | 2 1 11 15 15 1½ Rodriguez A | b 119 | 3.10 | 74-42 Flashing Sword 119³ Midnite Hour 114½½ True Grey 108½½ Driving 7 |
| 18Jan76- 6Key fst 6f | .23 -46½ 1.12½ | Clm 8500 | 7 8 54½ 11½ 1½ 22 Ashcroft C | b 120 | 7.60 | 77-28 Midnite Hour 118² Flashing Sword 120hd Harvrd Squre 115⁶ Weakened 9 |
| 4Jan76- 6Key fst 6f | .23 | Clm 8500 | 4 4 2hd 1hd 11 1no Marley D M | b 114 | 1.80 | 85-20 Flashing Sword 114no Meformore 122⁷ Marker Beacon 120hd Driving 8 |
| 19Dec75- 4Key fst 6f | 23 | .47½ 1.13¾ | 3↑ Clm c-6500 | 10 8 56 54½ 64½ 76 Nied J Jr¹⁰ | b 106 | 3.10 | 67-29 Lt. Maz 120⁵ Namun Chocan 116½⅓ Bull Bayou 114½ Bid, hung 10 |
| 6Dec75- 7Key fst 6f | .23 | -46½ 1.12½ | 3↑ Clm 12500 | 7 3 31 2hd 41½ 55½ Turcotte R J5 | b 111 | *1.00 | 75-23 Fluently 118no Fearless Devil 117nk Bee a Tipper 114² Tired 7 |
| 29Nov75- 6Key fst 6f | -22½ -46 1.11¾ | 3↑ Allowance | 2 5 21 2½ 2½ 41½ Turcotte R L | b 113 | 4.50 | 82-25 Oxford Jack 106no Chief Nocoton 120hd Essex Street 120½½ Tired 7 |
| 40ct74- 3Bel fst 6½f | .22½ | 3↑ Allowance | 9 5 43½ 1½ 1hd 2hd Maple E | b 116 | 3.60 | 89-14 Sprooll D 120½ Flashing Sword 116no Purchase Street 117nk Bumped 9 |
| 26Sep74- 1Bel sly 6f | 22½ .46½ 1.11½ | 3↑ Allowance | 8 6 66½ 53½ 43 33½ Maple E | b 116 | 5.30 | 83-14 Sprooll D 114²½ King's Day 116½ Flashing Sword 116²½ Rallied 9 |
| 6Sep74- 9Bel fst 6f | .23 | -45½ 1.09½ | 3↑ Clm 22500 | 6 4 43 44 48 41¹ Woodhouse R | b 112 | 8.70 | 86-12 Wildcat Country 117⁵ I'm A Glitter 112⁵ Jim the Bartender 116½ Evenly 9 |

LATEST WORKOUTS Jan 31 Key 3f fst :38 b

## Bee a Tipper

- Own.—Shaw D
Ch. g. 4, by Better Bee—Toes, by Bryan G
$10,000
Br.—Carroll D W (Md)
Tr.—O'Brey J Sr

**116**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 0 | $156 |
| 1975 | 19 | 0 | 5 | 8 | $11,062 |

| 25Jan76- 5Key fst 6½f | 22½ -46½ 1.18½ | Clm 11000 | 3 5 37 59 56½ 51¹ Turcotte R L | b 116 | 7.00 | 73-25 Running Over 116⁵ Buffalo Stomp 116² Pheasant Plucker 116½ No rally 9 |
| 20Jan76- 7Key fst 6f | .23 -45½ 1.11¾ | Clm 11500 | 5 11 511 512 614 612 Black A S | b 116 | 5.00 | 72-25 Mild Joker 116nk Foreign Affair 120⁵ Lovemand Leavem 118⁴ Outrun 6 |
| 29Dec75- 8Key sl 6f | -22½ -46½ 1.14½ | 3↑ Allowance | 4 7 615 617 621 630 Guadalupe J | b 118 | 11.20 | 41-29 Art's Girl Mary 117½ Saxon Son 118² Zarf 120½½ Poor action 7 |
| 20Dec75- 7Key fst 6f | -22½ -46½ 1.12½ | 3↑ Allowance | 4 3 32½ 43 52½ 31½ Montoya D | b 118 | 2.80 | 79-19 Vincent 118nk Gentleman J. G. 116½ Bee a Tipper 118³ Hung end 9 |
| 6Dec75- 7Key fst 6f | .23 | 3↑ Clm 12500 | 5 1 42½ 43½ 31½ 34 Guadalupe J | b 114 | 8.80 | 80-23 Fluently 118no Fearless Devil 117nk Bee a Tipper 114² Wide, hung 7 |
| 25Nov75- 8Key fst 6f | -22½ -46 1.11¾ | 3↑ Allowance | 6 5 515 66½ 68½ 68² Turcotte R J5 | b 108 | 3.00 | 75-25 Oxford Jack 106no Chief Nocoton 120hd Essex Street 120½½ No factor 7 |
| 16Nov75- 7Key fst 6f | .23 | 3↑ Allowance | 3 1 32 2hd 21 21 Turcotte R J5 | b 114 | *.70 | 80-23 Quick Solution 118½ Bee a Tipper 113½ Posh Outing 115⁴½ No excuse 7 |
| 10Nov75- 6Key sly 7f | .22½ -45½ 1.23¾ | 3↑ Allowance | 5 1 41½ 33½ 26 25 Turcotte R J5 | b 108 | 4.20 | 68-22 Princely Song 114⁵ Bee a Tipper 108⁵ Jet Nasrullah 119nk Second best 7 |
| 22Oct75- 6Key fst 6f | 23½ -46½ 1.12½ | 3↑ Allowance | 4 1 32 32 32½ 22½ Tejeira J | 116 | *.80 | 81-21 Imapuncher 112½ Bee a Tipper 116⁴ Royal Romany 111⁶ Second best 6 |
| 15Oct75- 7Key fst 6f | .23 | -46½ 1.12½ | 3↑ Allowance | 5 1 43 2hd 22 2hd Mucciolo J | 117 | *.70 | 81-24 Pleasure Ridge 119no Bee a Tipper 117⁴ Princelee Air 122⁵ Drifted out 7 |

LATEST WORKOUTS Feb 21 GS 6f fst 1:18 bg Feb 17 GS 4f fst :54 b Jan 16 Key 6f fst 1:18 b Jan 11 Key 5f fr 1:00¾ h

**8 GARDEN STATE** (6 FURLONGS)

6 FURLONGS. (1.08⅗) ALLOWANCE. Purse $11,250. 4-year-olds and upward registered N.J. breds which have not won three races other than maiden, claiming or starter. Weight, 122 lbs. Non-winners of $5,400 twice in 1975-76 allowed 3 lbs. Two races since December 20, 6 lbs. A race since then, 9 lbs. (Maiden, claiming and starter races not considered in allowances.)

## Tender Scoundrel

⊾. Own.—Yoseloff T
Ch. g. 4, by Mongo—Catty Corner, by Seven Corners
Br.—Holly Crest Farm (N.J.)
Tr.—Thompson J W

**113**

| | Turf Record | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|
| St 1st 2nd 3rd | 1976 | 4 | 0 | 0 | 0 | $515 |
| 1 0 0 0 | 1975 | 22 | 0 | 2 | 4 | $24,582 |

| 13Feb76- 8GS gd 6f | -23½ -47 1.13¾ | Allowance | 3 8 72½ 63½ 55½ 56 Santos L | b 116 | 4.40 | 68-36 Essex Street 116½ Happy Tank 119½ Willie's Turn 116½ No threat 8 |
| 5Feb76- 8GS sl 6f | 23 -47½ 1.14½ | Allowance | 6 7 75½ 43½ 32 54 Santos L | b 116 | 16.90 | 67-37 Running Over 116nk Chief Nocoton 116²½ Willie's Turn 116½ In close 10 |
| 18Jan76- 8Key fst 6f | -22½ -46½ 1.11½ | Allowance | 6 5 78½ 79½ 713 611 Black A S | b 119 | 20.20 | 70-26 Gunpowder 115hd Romeo Jason 117² Dr. Hurl 119½ No factor 7 |
| 10Jan76- 4Key fst 1⅟₁₆ | -48 1.12½ 1.44½ | Allowance | 2 3 1½ 2½ 54 59 Black A S | b 113 | 7.90 | 74-14 Selari's Swinger 113½ Wild Buck 122⁴ Queen's Charger 115² Tired 6 |
| 30Nov75- 6Key fst 1⅟₁₆ | -47½ 1.12½ 1.45½ | 3↑ Allowance | 6 5 511 411 49 31² Thomas D B | b 113 | 7.10 | 63-25 Rapid Rube 114½ Selari's Swinger 113⁹ Tender Scoundrel 113hd Fair try 6 |
| 22Nov75- 7Key gd 1⅟₁₆ | 45½ 1.10¾ 1.44¾ | 3↑ Allowance | 6 6 516 618 618 626 Lillis R J⁷ | b 105 | 15.60 | 56-20 Strictly Business 112½ Greek Orb 117½ Gallant Memory 112² Outrun 6 |
| 8Nov75- 8Mth gd 6f | 22½ -46½ 1.13½ | 3↑ Allowance | 5 10 10½3 96½ 85½ 45½ Lillis R J⁷ | b 112 | 9.50 | 77-16 Gray May 119nk Penesto 116⁵ Coreacher 115½ Rallied 10 |
| 31Oct75- 8Mth fst 6f | 22½ -46½ 1.11½ 1.45½ | 3↑ [S]Allowance | 4 7 712 71½ 74½ 43½ Saumell L | b 117 | 3.90 | 74-22 Mr. Turn 112² Coreacher 115½ Folie De Grandeur 117nk Mild bid 8 |
| 27Oct75- 7Mth gd 6f | -22½ -46½ 1.11½ | 3↑ [S]Allowance | 9 10 1014 96½ 86½ 64½ Thomas D B | b 118 | 4.90 | 77-21 [D]Mr. Turn 113² Willie's Turn 114½ Coreacher 110nk Outrun 10 |
| 17Oct75- 8Mth fst 1 | 47½ 1.12 1.38½ | 3↑ [S]Handicap | 7 8 93½ 75½ 54 54 Saumell L | b 114 | 7.10 | 80-18 Greek Orb 118² Folie De Grndeur 109nk Tender Scoundrel 114¹½ Steadied 9 |

LATEST WORKOUTS Feb 10 GS 3f gd 1:03½ h •Feb 4 GS 3f gd :35½ h Jan 27 GS 5f sly 1:04⅗ b Jan 20 GS 4f fst :51½ h

## Royal Supre

Own.—Vincitore T
Ch. h. 5, by San Sue—Royal Souffle, by Royal Vale
Br.—Totaro Jean (NJ)
Tr.—Vincitore M

**1085**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 1 | 0 | 0 | 0 | |
| 1975 | 13 | 2 | 4 | 2 | $15,220 |

| 16Feb76- 8GS fst 6f | -22½ -46½ 1.12½ | Clm 15000 | 5 5 6½ 712 Le R F5 | 111 | 65.20 | 68-34 Big City Blues 114hd Wenceslas 114⁷ Pembles 116no No factor 10 |
| 11Jun75- 5Mth fst 1⅛ | 47 1.11½ 1.44 | Clm 14000 | 5 5 610 99½ 712 818 Edwards J W5 | 110 | 5.90 | 67-13 Kitchen Gossip 115⁶ Meformore 120² Ari 122³½ Tired 9 |
| 31May75- 5Mth fst 1⅛ | 47½ 1.11½ 1.44 | Clm 11000 | 5 4 54½ 4nk 3½ 22½ Velez R 15 | 113 | 7.40 | 82-10 Itchy Palm 110²½ Royal Supre 113½ Noble Judgement 117½ Wide 8 |
| 17May75- 6GS fst 6f | 47½ 1.13½ 1.47½ | Hcp 5000s | 2 7 65½ 64½ 54 57 Thornburg B | 114 | *2.90 | 60-30 Templar 117³ Greek Guy 117no Dr. Hurl 117½ No mishap 8 |
| 5May75- 8GS gd 1⅞0 | 47½ 1.13½ 1.47½ | Clm 12500 | 2 7 65 64½ 34 2² Thornburg B | 114 | 5.20 | 65-37 Prince Ricky Roy 119² Royal Supre 114²½ It Never Hppened 117² Gamely 7 |
| 23Apr75- 7GS fst 6f | -22½ -46½ 1.12½ | Clm 12500 | 6 3 45 45 31½ Edwards J W5 | 110 | 9.20 | 78-32 Prince Ricky Roy 112nk Slow Joe 114½ Royal Supre 110² No mishap 8 |
| 15Apr75- 9GS sly 6f | -22½ -46½ 1.13½ | Clm 8250 | 2 9 67 44 43½ 1nk Edwards J W5 | 110 | 9.70 | 76-31 Royal Supre 110nk Brm's Fork 119nk Citrus Lad 111no Driving 9 |
| 3Apr75- 7GS sly 1⅞0 | 47½ 1.14½ 1.48½ | Clm 7500 | 4 4 612 57½ 510 413 Catalano W5 | 109 | 7.00 | 56-32 Dreidel 110½ Ceaser Coy 110⁷ Idealic 113⁶ Outrun 6 |
| 28Feb75- 8GS fst 6f | -48 1.14½ 1.48½ | [S]Allowance | 3 4 612 57½ 510 413 Edwards J W5 | 112 | 4.80 | 49-35 Burts Present 108³ Rockthe Mint 113½ Glorious John 117⁹ No threat 7 |
| 11Feb75- 8GS fst 6f | -22½ -46½ 1.13½ | [S]Allowance | 6 1 33 22 21½ 22 Tichenor W | 117 | 2.90 | 73-30 Rock the Mint 117² Royal Supre 117no Prince Del 114½ Fair try 8 |

LATEST WORKOUTS Feb 20 GS 4f sl :51 hg Feb 14 GS 4f fst :51 b Feb 7 GS 6f fr 1:18½ b Feb 1 GS 4f fst :52 b

## Willie's Turn

B. c. 4, by All Hands—Wailing Willie, by Better Self
Br.—Baker Mrs T W Jr (N.J.)
Tr.—Maletto J

Own.—Baker Mrs & T W Jr **113**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 2 | $1,485 |
| 1975 | 10 | 2 | 1 | 0 | $12,790 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13Feb76- | 8GS gd 6f | 23½ :47 1·13½ | Allowance | 6 3 3½ 4¹¾ 3⁴ 32¾ | Turcotte R L | 116 | 6 30 | 72-36 Essex Street 116¹¾ Happy Tank 119½ Willie's Turn 116½ | No rally 8 |
| 5Feb76- | 8GS sl 6f | 23 47¾ 1.14¾ | Allowance | 9 1 3¾ 22 21 32¾ | Turcotte R L | 115 | 12 50 | 68-37 RunningOver116ⁿᵏChiefNocoton162¾Willie'sTurn116¹ | Weakened 10 |
| 27Nov75- | 7Key fst 6f | 22½ :46½ 1·11 3+ | Allowance | 3 7 7³¾ 5³¾ 58¾ 4¹² | Edwards J W⁵ | 112 | 12 70 | 75-22 What A Knave 114⁴ Cadet Joe 108² QuickSolution117⁴ | No factor 8 |
| 8Nov75- | 6Mth gd 6f | -22½ -46½ 1·11¾ 3+ | ⑤Allowance | 1 1 36 53 4⁴ 78¾ | Edwards J W⁵ | 114 | 3 10 | 74-16 Gray May 119ⁿᵏ Penesto 116⁵ Coreacher 115¾ | Tired 10 |
| 27Oct75- | 8Mth fst 6f | -23½ -45¾ 1·11½ 3+ | ⑤Allowance | 3 4 32¾ 2² 21 2² | Perret C | 114 | 4 90 | 80-21 ⑩Mr Turn 113² Willie's Turn 114¾ Coreacher 115ⁿᵒ | Impeded 10 |

270ct75-Placed first through disqualification

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18Oct75- | 5Mth sly 6f | 22½ 46 1·12 3+ | ⑤Allowance | 7 3 2ʰᵈ 2ʰᵈ 1ʰᵈ 2¾ | Edwards J W⁵ | 112 | *2 00 | 79-24 Bold Chasm 114¾ Willie's Turn 112³ First Fluff 114¹¾ | Gamely 8 |
| 7Oct75- | 5Mth fst 6f | 22½ :45¾ 1-10 3+ | ⑤Allowance | 5 5 56 67 6¹¹ 6¹⁷ | Drury M A⁷ | 110 | 33 90 | 73-17 Gabilan 117¹¾ Sharp Dig 119² Dusted 117² | Tired 7 |
| 30Sep75- | 1Mth fst 6f | 21¾ 44¾ 1·11 3+ | ⑤Allowance | 2 5 43¾ 34¾ 35 48¾ | Drury M A⁵ | b 112 | 44 60 | 76-19 Jack Sexton 119²¾ Gabilan 117¾ Dusted 117⁵ | Weakened 8 |
| 12Sep75- | 4Mth fst 6f | -23½ -45¾ 1·11¾ 3+ | ⑤Allowance | 3 3 51¾ 7¹¹ 8¹⁵ 9¹⁷ | Delahoussaye E b | 116 | 5 30 | 64-19 Ettore 114⁶ Folie De Grandeur 114¹ Mr Turn 111² | No factor 10 |
| 10May75- | 7GS fst 6f | -22½ 46½ 1 13¾ | ⑤Allowance | 1 3 1ʰᵈ 23 43¾ 9¹⁰ | Guadalupe J b | 120 | 3 40 | 65-30 Ohara's Day 118ⁿᵏ Count's a Million 112⁴¾ Dusted 113¾ | Gave way 9 |

LATEST WORKOUTS ●Feb 21 GS 3f fst :36½ b Feb 10 GS 4f gd :52 bg Jan 31 GS 5f fst 1:16 hg Jan 6 GS 5f fr 1:01 h

## Mr. Turn

B. g. 4, by Mister Lumpus—Wary Lass, by Northern Star
Br.—Guglielmi V (N.J.)
Tr.—Caccese A

Own.—Guglielmi V **122**

| | St. | 1st | 2nd | 3rd | Amt |
|---|---|---|---|---|---|
| 1976 | 1 | 0 | 0 | 0 | |
| 1975 | 10 | 3 | 1 | 1 | $20,700 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Feb76- | 8GS my 1¹⁄₁₆ | -47½ 1·13 1·47½ | Allowance | 1 1 2¾ 66 7¹⁷ 7²² | Kallai P | 113 | 36 20 | 47-33 Continuous Count 119ʰᵈ Proud Kenn112³GreekOrb117ⁿᵏ | Stopped 7 |
| 30Dec75- | 8Key fst 6f | 22½ :45¾ 1 11¼ | Allowance | 3 4 43 59 59 4¹³ | Lillis R J⁷ | 115 | 7 00 | 73-26 Rosinante 119² Heed the Word 122⁵ Kratos 119⁵ | No threat 9 |
| 9Nov75- | 8Key fst 6f | 22½ :45½ 1·11 3+ | Allowance | 4 4 76¾ 77¾ 84¾ 75 | Edwards J W⁵ | 115 | 8 60 | 77-22 Mr Turn 122² Coreacher 115¹ Folie De Grandeur 117ⁿᵏ | No factor 8 |
| 31Oct75- | 8Mth fst 1¹⁄₁₆ | -46½ 1·11¾ 1·45¾ 3+ | ⑤Allowance | 2 1 2½ 12¾ 14 1² | Edwards J W⁵ | 112 | 3 70 | 77-22 Mr Turn 122² Coreacher 115¹ Folie De Grandeur 117ⁿᵏ | Driving 9 |
| 27Oct75- | 8Mth fst 6f | -22½ -45¾ 1 11½ 3+ | ⑤Allowance | 4 2 1ʰᵈ 12¹ 11 1² | Edwards J W⁵ | 113 | 10 60 | 82-21 ⑩Mr Turn 113² Willie's Turn 114¾ Coreacher 115ⁿᵒ | Bore in 10 |

270ct75-Disqualified and placed second

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17Oct75- | 8Mth fst 1 | -47½ 1 12 1·38½ 3+ | ⑤Handicap | 3 1 13 1¹ 43 7¹³ | Edwards J W. | 112 | 3 60 | 69-18 GreekOrb118²FolieDeGrandeur109ⁿᵏTenderScoundrl114¹¾ | Stopped 9 |
| 6Oct75- | 7Mth fst 1⁷⁰ | -46½ 1 12 1.43 3+ | ⑤Allowance | 7 1 1½ 1ʰᵈ 11¾ 11³ | Edwards J W⁵ | 112 | 5 60 | 86-18 Mr Turn 112³ Waltz King 110ⁿᵏ Rock's Jewel 114¾ | Driving 7 |
| 12Sep75- | 9Mth fst 6f | -22½ -45½ 1·11¾ 3+ | ⑤Allowance | 6 2 41¾ 37 26 3⁷ | Edwards J W⁵ | 111 | 10 00 | 74-19 Ettore 114⁶ Folie De Grandeur 114¹ Mr Turn 111² | No excuse 10 |
| 3Sep75- | 7Mth fst 6f | -22½ -45¾ 1·10¾ 3+ | ⑤Allowance | 3 2 55 58¾ 51⁷ | Edwards J W⁵ | 110 | 24 00 | 71-21 Queen Marian 110⁹ Folie De Grandeur 112⁶ Llantor 118¾ | 2nd best 10 |
| 8Aug75- | 1Mth fst 6f | -22½ -46½ 1·13½ 3+ | ⑤Md Sp Wt | 12 1 32 1² 13¾ 1² | Edwards J W⁵ | 112 | 6 00 | 74-25 Mr Turn 112¾ How's My Fellow 118²¾ DandyDamsite 117³ | Driving 12 |

LATEST WORKOUTS ●Feb 19 GS 4f my :50 b

## Folie De Grandeur

Ch. m. 5, by Absurd—Golden Hostess, by Royal Farmer
Br.—McCarron D H (NJ)
Tr.—Gross G F

Own.—Golden Vale Farm **108**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 1 | 0 | 0 | 0 | $3,900 |
| 1975 | 11 | 1 | 5 | 2 | $20,720 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10Feb76- | 8GS fst 6f | -22½ 47 1·14½ | ⑦Allowance | 7 2 42 2ʰᵈ 2ʰᵈ 3² | Wilson R | 115 | 18 00 | 71-34 Folie De Grandeur 115² Royal Rookie 117³GiveOrGet115ⁿᵏ | Driving 9 |
| 17Nov75- | 8Key fst 1¹⁄₁₆ | -48½ 1.12½ 1·45 | ⑤Allowance | 5 5 53¾ 76¾ 7¹⁹ 8²⁹ | Gabriella R | 122 | 14 50 | 50-21 Cap's Gal 112²¾ Coreacher 113⁴ Monica 119⁶ | Tired 8 |
| 31Oct75- | 8Mth fst 1¹⁄₁₆ | -46½ 1 11¾ 1·45¾ 3+ | ⑤Allowance | 3 6 58 57¾ 44¾ 33 | Perret C | b 117 | 4 80 | 74-22 Mr Turn 122² Coreacher 115¹ Folie De Grandeur 117ⁿᵏ | Late bid 8 |
| 17Oct75- | 8Mth fst 1 | -47½ 1 12 1·38½ 3+ | ⑤Handicap | 5 2 23 21 11 1² | Barrera C | 109 | 4 00 | 80-18 GrkOrb118²FolieDGrndur109ⁿᵏTndrScoundrl114¹¾ | Held for second 9 |
| 26Sep75- | 7Mth sly 6f | -47¾ -1·12¾ 1·45¾ 3+ | ⑤Allowance | 5 2 1ʰᵈ 11 13 1⁷ | Wilson R | 115 | *1·50 | 84-23 Folie De Grandeur 115⁷ Waltz King 109¾ Wheeling 122⁴ | Easily 8 |
| 20Sep75- | 5Mth gd 1⁷⁰ | -46 1 11¾ 1.43 | ⑤Allowance | 2 7 6¹⁰ 48 23 25 | Wilson R | 112 | 5 60 | 81-19 Mister Gig 103⁵ Folie DeGrandeur112³Wheeling114¾ | Second best 8 |
| 12Sep75- | 9Mth fst 6f | 22½ -45½ 1·11¾ 3+ | ⑤Allowance | 8 7 72 58 46¾ 26 | Wilson R | 114 | 2 40 | 75-19 Ettore 114⁶ Folie De Grandeur 114¹ Mr Turn 111² | Gamely 10 |
| 3Sep75- | 7Mth fst 6f | 22½ 46½ 1·10¾ 3+ | ⑤Allowance | 1 9 53 34¾ 26 29 | Wilson R | 112 | 6 30 | 79-21 Queen Marian 110⁹ Folie De Grandeur 112⁶ Llantor 118¾ | 2nd best 10 |
| 22Aug75- | 6Mth fst 1 | -47½ 1.12½ 1·38½ 3+ | ⑤Allowance | 1 5 57 33¾ 35 25¾ | Wilson R | b 109 | 5 10 | 73-24 Eostre 108⁵¾ Folie De Grandeur 109⁵ Pinta 112¾ | Second best 8 |
| 8Aug75- | 1Mth fst 6f | -22½ 46½ 1.12½ 3+ | ⑤Allowance | 3 9 75 66¾ 66¾ 32¾ | Wilson R | 118 | 14 50 | 73-25 A N Other 117¾BigShow117²FolieDeGrandeur118¹ | Finished well 9 |

LATEST WORKOUTS Jan 31 GS 4f fst :54 h

## Penesto

B. f. 4, by Manifesto—Pennie Rice, by Nilo
Br.—Capeletti A J (NJ)
Tr.—Crupi J J

Own.—Colony Lakes Stable **114**

| Turf Record | | | | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|---|---|
| St. 1st 2nd 3rd | | | | 1976 | 2 | 0 | 0 | 0 | $770 |
| 2 0 0 0 | | | | 1975 | 19 | 3 | 4 | 1 | $19,440 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4Feb76- | 7GS my 6f | -22½ 45½ 1·13½ | ⑦Clm 18000 | 5 5 69 64¾ 54¾ 33¾ | Tanner R | 115 | 6 60 | 73-33 Desperate Action 116¾ Amber Gleam 116³ Penesto 116ʰᵈ | Rallied 9 |
| 18Dec75- | 3Key fst 6f | -23½ 48½ 1.14 | ⑦Clm 15500 | 3 4 46 44¾ 42¾ 2¾ | Tanner R | 118 | 3 00 | 71-35 Esther Dinah 122¾ Penesto 118⁴¾ Forgotten Times 116¾ | Gamely 6 |
| 8Nov75- | 6Mth gd 6f | -22½ -46½ 1·11¾ | ⑤Allowance | 3 8 46¾ 31¾ 3² 2ⁿᵏ | Barrera C | 116 | *2 00 | 83-16 Gray May 119ⁿᵏ Penesto 116⁵ Coreacher 115¾ | Just missed 10 |
| 1Nov75- | 6Mth fst 6f | -22 45½ 1·11¾ 3+ | ⑤Allowance | 2 3 5² 22 13 15 | Perret C | 114 | 2 20 | 82-16 Penesto 114⁵ ⑩Dandy Damsite 118 ⑩Sherry M 115⁴ | Handily 7 |
| 15Oct75- | 4Mth fst 6f | -22½ -45½ 1·11¾ | ⑦Clm 7500 | 6 7 42¾ 2ʰᵈ 13 1ʰᵈ | Perret C | 114 | *1 20 | 81-23 Penesto 114³ Native Touch 121ⁿᵒCarrieDiane115³ | Speed to spare 7 |
| 30Sep75- | 2Mth fst 6f | -21¾ -45½ 1·11¾ | ⑤Allowance | 2 7 79 7¹¹ 45 1¾ | Solomone M | 114 | 2 70 | 82-19 Penesto 115¾ Sharon Ann 114¾ Sister Judith 118² | Hard drive 10 |
| 16Sep75- | 2Mth fst 6f | -22½ -45½ 1.11 | ⑤⑤Clm 6500 | 9 7 57¾ 34¾ 22 23 | Edwards J W. | 117 | *16 60 | 84-17 Clostridium 115³ Penesto 117³ Princess Randi 110ⁿᵒ | Bore in 10 |
| 6Sep75- | 1Mth fst 6f | -22½ -45½ 1.11 | ⑤Allowance | 4 7 75¾ 49 44¾ 25 | Edwards J W⁵ | 117 | 3 80 | 80-14 Honey Grove 117⁵ Penesto 110ʰᵈ Port Lady 110½ | Gamely 9 |
| 29Aug75- | 1Mth fst 1 | -47½ 1:12 1·39½ 3+ | ⑤Allowance | 7 7 56¾ 37 49 7¹⁵ | Cedeno M | 108 | 20 00 | 61-20 Gail Leg 115² Ettore 113² Lenape 115⁶ | Tired 6 |
| 21Aug75- | 5Mth fst 6f | -22½ -45½ 1·12 3+ | ⑦Clm 7500 | 9 10 10⁹ 88 11¹³11¹² | Iannelli F | 112 | 20.00 | 68-22 Miss Tobir 115³ Killer's Geraldine 115¾ Semi-Demi117¾ | No factor 12 |

LATEST WORKOUTS Feb 21 GS 5f fst 1:04 b Feb 11 GS 3f gd :40 b Jan 31 GS 4f fst :49¾ b Jan 24 GS 4f fst :50¾ bg

## Bold Chasm

Ch. f. 4, by Bold Effort—Chasbea, by County Delight
Br.—Val J Stable (N.J.)
Tr.—Masci G

Own.—Val J Stable **108**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 0 | |
| 1975 | 19 | 2 | 1 | 1 | $13,032 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18Feb76- | 8GS gd 6f | 23½ -48½ 1·15¾ | ⑦Allowance | 7 3 55¾ 64¾ 65 66¾ | Castaneda K | b 116 | 26 50 | 60-46 Fiery Heart 116¾ First Roman 116² Louisa Jane 119¾ | Tired 7 |
| 10Feb76- | 8GS fst 6f | -22½ 47 1·14¾ | ⑦Allowance | 4 6 75¾ 77½ 77¾ 77¾ | Castaneda K | b 115 | 44 10 | 63-34 Folie DeGrandeur115²RoyalRookie117¾GiveOrGet115ⁿᵏ | Tired 9 |
| 1Dec75- | 8Key fst 6f | -48 1.13½ 1·46¾ 3+ | ⑤Allowance | 2 2 43¾ 79¾ 6¹⁴ 62¾ | Marley D M | b 115 | 59 90 | 50-33 Promising Skies 108⁶MyTrack119¾PartyTimeGirl112⁷ | Brief speed 7 |
| 17Nov75- | 8Key fst 1¹⁄₁₆ | -48½ 1.12½ 1·46¾ 3+ | ⑤Allowance | 4 3 63½ 65¾ 820 72¹ | Turcotte R L | b 115 | 79 00 | 58-21 Cap's Gal 112²¾ Coreacher 113⁴ Monica 119⁶ | Early speed 8 |
| 8Nov75- | 6Mth gd 6f | -22½ -46½ 1·11¾ 3+ | ⑤Allowance | 7 7 56¾ 43 96¹¹10¹³ | Saumell L | b 116 | 6 10 | 70-16 Gray May 119ⁿᵏ Penesto 116⁵ Coreacher 115¾ | Fell back 10 |
| 27Oct75- | 7Mth gd 6f | -22½ -46½ 1·11¾ 3+ | ⑤Allowance | 10 7 77½ 76¾ 66¾ 54¾ | Saumell L | b 115 | 8 20 | 78-21 ⑩Mr Turn 113² Willie's Turn 114¾ Coreacher 115ⁿᵒ | Outrun 10 |
| 18Oct75- | 5Mth sly 6f | -22½ 46 1-12 3+ | ⑤Allowance | 6 4 32 3² 32 14¾ | Saumell L | b 114 | 5 30 | 80-24 Bold Chasm 114¾ Willie's Turn 112³ First Fluff 114¹¾ | Hard drive 8 |
| 25Sep75- | 4Mth fst 1⁷⁰ | -46¾ 1.12 1.43 | ⑤Allowance | 5 8 7¹⁴ 7¹⁵ 812 8¹³ | Bromley W⁵ | b 109 | 8 70 | 73-18 Mr Turn 112³ Waltz King 110ⁿᵒ Rock's Jewel 114¾ | Poor start 8 |
| 14Jly75- | 9Mth sly 1⁷⁰ | -47½ 1:14½ 1·46 3+ | ⑤Md Sp Wt | 5 5 31¹ 34 2² 12 | Bromley W⁵ | b 110 | 3 20 | 76-23 Bold Chasm 110² Star Ad Lib 117¹¾ Drive Train 122³ | Driving 10 |
| | | | ⑤Md Sp Wt | 7 3 22½ 77¾ 7¹⁶ 72⁸ | Rosado 0 | b 115 | 6 70 | 43-22 Second Daughter 115¾ Queen OfTheIce115⁴Madrugada115³ | Tired 10 |

LATEST WORKOUTS Jan 28 GS 5f my 1:05⅗ b

---

## GARDEN STATE

**1 MILE 70 YDS**

1 MILE. 70 YARDS. (1.38⅖) CLAIMING. Purse $4,000. 4-year-olds and upward which have not won a race since August 15. Weight, 120 lbs. Non-winners of a race since August 1 allowed 5 lbs. Claiming price $3,000.

## Eight Count

Dk. b. or br. g. 5, by Abdul—Bescount, by One Count
Br.—Savacchio N & V (Ky)
Tr.—Glassford T

**$3,000**

Own.—Reid M J **115**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 0 | 0 | 0 | $240 |
| 1975 | 18 | 2 | 1 | 0 | $5,508 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9Feb76- | 9GS gd 1⁷⁰ | .49 1:16½ 1:48½ | Clm 3000 | 1 2 43¾ 66½ 55 45¼ | Gabriella R | b 115 | 70 30 | 45-39 Ky Lark 115¾ Dial Big John 115² My Uncle Bill108ⁿᵏ | Evenly late 12 |
| 18Jan76- | 9Key fst 1¹⁄₁₆ | -47¾ 1-14 1:48½ | Clm 3000 | 3 6 6¹²11¹⁴11²¹11¹⁷ | Gabriella R | b 114 | 95 60 | 45-26 Natural Storm 106²¾ Knucklebuster 108ⁿᵒ Never Gone111ʰᵈ | Tired 12 |
| 10Jan76- | 9Key fst 1¹⁄₁₆ | -47¾ 1:12½ 1.45½ | Clm 3000 | 10 12 12¹¹12¹⁴11¹¹8 916 | Carmean C | b 112 | 45 20 | 59-14 Sioux Boro 112¹ Dial Big John 117¾ Rule Appeal 105¹¾ | Outrun 12 |
| 1Jan76- | 9Key sly 1¹⁄₁₆ | -48½ 1:14½ 1:50 | Clm 3500 | 8 9 915 819 822 720 | Carmean C | b 113 | 21.90 | 34-32 Subgum 117² Nikiriki 113³ Silver Ghost 107¹ | No factor 9 |
| 5Nov75- | 9Mth fst 1¹⁄₁₆ | -47¾ 1:13½ 1.45¾ 3+ | Clm 3000 | 8 5 58 57¾ 77¾ 51¹ | Carmean C | b 113 | 8 40 | 65-17 Lea's King 114¾ Mr Left 116⁵ Nikiriki 115¾ | No mishap 11 |
| 29Oct75- | 3Mth fst 1¹⁄₁₆ | -47½ 1:12½ 1:45¾ 3+ | Clm 3000 | 5 4 66¾ 57¾ 48¾ 34¾ | Carmean C | b 113 | 12 50 | 67-19 Mr Left 115ⁿᵏ Lea's King 116¾ Eight Count 113³ | Best others 7 |
| 17Oct75- | 2Key fst 6f | -22½ -46½ 1:13 3+ | Clm 3000 | 5 10 11¹¹10¹⁴10¹¹ 8¹⁰ | Gabriella R | 122 | 27 70 | 66-21 Happy Popano 116²¾ OhioIndian122²¾BigRedGame115¾ | No factor 12 |
| 8Oct75- | 9Key fst 1⁷⁰ | -47¾ 1:12½ 1:45¾ 3+ | Clm 3000 | 6 9 98¾ 74¾ 58 Gabriella R | | 113 | 65 10 | 66-18 ThePinner119¾NobleJudgement106²TwinkiProof117¾ | Late gain 12 |
| 30Sep75- | 8Mth fst 1 | -48½ 1:12½ 1.46 | Clm 3000 | 4 4 814 813 611 49¾ | Gabriella R | 113 | 36 60 | 63-19 Goldnesian 119ʰᵈ Davids Twist 115² Red Reynard 107⁴ | Tired 9 |
| 23Sep75- | 4Mth sly 1⁷⁰ | -48 1:13½ 1:46½ 3+ | Clm 4000 | 2 3 31¾ 35 4¹¹ 49¾ | Gabriella R | 113 | 19 00 | 62-27 Over Awe 115² Goldnesian 117¾ Double Sunny 115² | No excuse 7 |

LATEST WORKOUTS Feb 18 GS 5f fst 1:03 b Feb 5 GS 4f sl :51 b Jan 29 GS 4f fst :51 b

## *Marquis

Own.—Audley Farm Stable — $3,000
Ch. g. 7, by Maporal—Soubrette, by Afghan II
Br.—Haras Tarapaca (Chile)
Tr.—Wallerstedt M
105 10 — Turf Record St. 1st 2nd 3rd — 1976 3 0 0 0 $120 — 1975 22 5 1 3 $15,138
St. 1st 2nd 3rd 7 0 4 0

| Date | | | | | | Class | | | | | | Wt | Odds | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16Feb76- | 1GS | fst | 1¼ | .48⅘ 1.14⅘ 1 51⅘ | | Clm 3000 | 7 7 5¹⁰ 3⁹ 4⁸ 5⁸ | | | | | 114 | 12 40 | 39-34 I Will Do It 115³ Free To Fight 113¹MyUncleBall106²⅓ No mishap 9 |
| 26Jan76- | 2Key | gd | 1¼ | .49⅘ 1.15¼ 1 50⅘ | | Clm 3000 | 8 8 86¾ 5⁶ 9¹⁵ 9²⁰ | | | | | 116 | 6 60 | 30-33 Play Street 120³ Hitherto 116² Personal Pilot 1222½ No factor 12 |
| 5Jan76- | 9Key | fst | 1⅛ | .47⅕ 1.12½ 1 46⅘ | | Clm 3000 | 10 10 8²⁴ 7²⁰ 7²² 9²¹ | | | | Black A S | 113 | *2 70 | 49-28 Valiant Buck 113¹²WeartheCrown119³BuyAmerican119²½ Dull try 10 |

LATEST WORKOUTS Feb 12 GS 5f fst 1:06 b Feb 4 GS 4f gd :51 b Jan 28 Key 5f my 1:07 b

## John's Tiger

Own.—Hild Sharon — $3,000
B. h. 6, by Sunshine Way—Bold Finesse, by Noble Hero
Br.—Robbins Gwen (NM)
Tr.—Hild G
115 — St. 1st 2nd 3rd — 1976 2 0 0 0 — 1974 18 4 3 0 $11,756

LATEST WORKOUTS Feb 21 GS 5f fst 1:04⅘ b Feb 3 GS 3f fst :38⅘ b Jan 29 Key 3f fst :38¾ b Jan 21 Key 4f fst :50⅘ b

## Royal Cocktail

Own.—Costanzo J P — $3,000
Dk. b. or br. g. 6, by Royal Orbit—Cocktail Date, by Jet's Date
Br.—Sawyer E (Ky)
Tr.—Thompson J W
115 — Turf Record St. 1st 2nd 3rd — 1976 3 0 1 0 $914 — 1975 19 4 2 2 $11,922
St. 1st 2nd 3rd 1 0 0 0

LATEST WORKOUTS Jan 7 GS 3f fst :37⅘ b

## Chief Naylor *

Own.—Wielgolinski B — $3,000
Dk. b. or br. g. 6, by Chip-Bo-Dale—Sumi, by Sullivan
Br.—Taylor B M (Tex)
Tr.—Wielgolinski B
115 — St. 1st 2nd 3rd — 1976 5 0 0 2 $1,216 — 1975 17 3 1 2 $8,399

LATEST WORKOUTS Feb 10 Key 3f fst :37 b Jan 18 Key 3f fst :39 b

## *Lord Godolphin

Own.—Brown Harold — $3,000
Ch. g. 8, by Arragon—Cinita, by Jekyll
Br.—Walsh Mr-Mrs F M (N.Z.)
Tr.—Brown Harold
115 — Turf Record St. 1st 2nd 3rd — 1975 19 1 0 2 $3,475 — 1974 23 4 3 1 $19,445
St. 1st 2nd 3rd 41 5 3 2

LATEST WORKOUTS Feb 20 GS 6f sl 1:21 b Feb 14 GS 5f fst 1:05⅘ b

## Dial Big John

Own.—Gladwyne Stable — $3,000
Ch. g. 4, by Dial Direct—Parade at Dawn, by Parade
Br.—Kruger's Thoroughbred Farm (Ark)
Tr.—Cowden J R Jr
115 — St. 1st 2nd 3rd — 1976 5 0 2 1 $2,417 — 1975 20 2 3 4 $9,354

LATEST WORKOUTS Dec 24 Key 3f fst :39 b

## Amazing Flight

Own.—Blue Ribbon Stable — $3,000
Ch. g. 4, by Amazing—Forward Thrust, by Jet Action
Br.—Alsco Stable (Fla)
Tr.—Coco C P
115 — Turf Record St. 1st 2nd 3rd — 1976 2 0 0 0 $6,752 — 1975 0 0 0 0
St. 1st 2nd 3rd 2 0 0 0

## Island Trader ✲

Own.—Carpinelli W C $3,000

B. g. 5, by Fathers Image—Tiki Kohona, by Polynesian
Br.—Wells Mrs H G (Ky)
Tr.—Carpinelli W C

**115**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 5 | 0 | 0 | 1 | $617 |
| 1975 | 10 | 0 | 0 | 0 | $465 |

3Feb76- 4GS gd 6f :22½ :47 1:13¾ Clm 3000 3 10 10¹³10¹³ 8¹³ 8⁹½ Croker C R⁵ b 111 61 30 66–28 Royal Copy 116² Tudor Bill 116ʰᵈ Barefoot Cat 116¹½ No factor 10
25Jan76- 4Key fst 1¹⁄₁₆ :48½ 1:14½ 1:49¾ Clm 3000 4 6 8¹⁰ 9¹³ 9¹²10¹⁵ Croker C R⁵ b 108 10 30 41–25 Wasp's Nest 113¹½ Never Gone 106¹½ Whip And Top 107² Far back 10
16Jan76- 2Key fst 7f :23½ :46½ 1:27 Clm 3000 8 9 9⁷½ 8¹² 8¹³ 4⁸½ Croker C R⁵ 112 7 90 65–28 Ace Landing 112¾ Bold Lord 113² Mr Topper 112⁶ Belated rally 11
9Jan76- 3Key fst 1¹⁄₁₆ :47¾ 1:13½ 1:46½ Clm 3000 1 6 5³¼ 3²½ 2³ 3³¼ Croker C R⁵ 110 8 70 68–20 Dancing Cato 113²½ Bull Roy B 108¾ Island Trader110¹ Bid, hung 11
5Jan76- 9Key fst 1¹⁄₁₆ :47½ 1:12½ 1:46½ Clm 3000 8 8 10²⁶ 9²³ 9²³ 7¹⁹ Croker C R⁵ 108 42 10 51–28 ValiantBuck113¹²WeartheCrown119²BuyAmerica119²½ No factor 10
29Dec75- 1Key fst 6f :23 :46 1:12 3↑Clm 3500 4 9 9¹¹11¹¹11⁵ 9²⁰ 7²¹ Croker C R⁵ 109 7 40 61–24 King Hoss 108⁹ Cavu Kid 118⁵ Bold Lord 113³ Showed little 12
19Dec75- 9Key fst 6f :23¾ :48 1:14 3↑Clm 3000 6 9 8⁴¾ 7⁵½ 6⁶¼ 4⁶¼ Croker C R⁵ b 114 7 80 65–29 Bold Fable 106¹½ Daisy Jet 103⁵ Pineland II 113ⁿᵒ Mild bid 12
6Dec75- 2Key fst 6f :23½ :47½ 1:14½ 3↑Clm 3500 5 3 10⁷¾ 9⁷¼ 8⁶ 6³¼ Croker C R⁵ b 111 68 70 68–23 TopThespin111ⁿᵏScrletSndpiper109ʰᵈShootLittleLuk109¹½ Outrun 11
30Nov75- 2Key fst 6½f :23 :46½ 1:19¾ 3↑Clm 3500 9 9 11¹¹11¹⁸½ 9⁷¼10¹³ Betancourt R D b 116 31 00 65–25 Stage Review112⁴½BoldFable109ʰᵈShootLittleLuke105¼ No factor 11
22Nov75- 9Key gd 6f :23½ :48½ 1:14¾ 3↑Clm 3500 11 2 4² 4³ 5³¾ 5³¼ Betancourt R D b 116 40 90 63–20 Frenzy 110² Sable Island 105¾ Norway Lodge 107¾ Weakened 12
**LATEST WORKOUTS** Feb 20 GS 4f sl :52 b

## Mike O.

Own.—Karasic S $3,000

Dk. b. or br. g. 4, by Adrian's Path—Dey's Captain, by Navy Brass
Br.—O'Brey Daisy (N.J.)
Tr.—O'Brey J Sr

**108⁷**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 2 | 0 | 0 | 0 | |
| 1975 | 9 | 1 | 0 | 0 | $5,880 |

17Feb76- 9GS fst 6f :23½ :48½ 1:15¾ Clm 3000 9 6 9⁶¾ 9⁷ 10¹¹10¹⁴ Villon A 116 99 00 50–44 Admiral Choker 116¹BoldLord116¹½DateLineRoman120² Far back 11
3Feb76- 4GS gd 6f :22½ :47 1:13¾ Clm 3000 4 4 5⁷ 7¹⁰ 9¹⁴10¹² Villon A 116 23 60 64–28 Royal Copy 116² Tudor Bill 116ʰᵈ Barefoot Cat 116¹½ No factor 10
1Dec75- 2Key fst 6f :23¾ :48½ 1:14¾ Clm 3000 6 2 4¹¹½ 4⁴½ 4⁶¼ 3⁸ Czarnecki J⁷ b 105 9 70 61–33 Clipper Joe 113² Hurry To Hanover 111⁶ Mike O 105²½ Rallied 7
14Nov75- 2Key sl 6f :23 :47⅗ 1:14 3↑Clm 3000 8 5 6¹⁰ 7⁷ 7⁷½ 9¹² Stovall R 112 12 60 60–30 Julimar 113¹½ Seventh Snow 106¹½ Stage Review 113³ No factor 12
28Oct75- 3Key fst 6f :23 :47 1:13¾ Clm 3000 7 2 5⁶½ 5⁴½ 5⁸ 5⁵½ Stovall R b 112 16 60 69–23 Busy Brick 114ʰᵈ Two Seater 112½ Umpy Faust 112⁴ Bore in start 7
20Oct75- 3Key sly 6f :23½ :47½ 1:13 Clm 3000 3 5 5⁵ 4⁴ 4⁷½ 4¹¹ Stovall R b 112 13 40 66–24 Super Bro 113⁸ Umpy Faust 114²½ Two Seater 112½ No mishap 12
9Oct75- 4Key sly 6f :23 :46½ 1:13 Clm 3000 2 5 4²½ 5⁶ 5⁵½ 6⁴¾ Stovall R b 117 66 20 72–21 Al's Nightcap 107¾ Miss Martha K. 104¹½ Timmy N 112¾ Tired 8
30Sep75- 9Key fst 6½f :22½ :45¾ 1:19¾ 3↑Clm 3000 11 3 11¹³11¹²10¹¹10¹⁹ Lee R F⁵ b 108 79 50 60–26 Canestog 122³½ [DH]Sly Voyage 119 [DH]Worthng 112½ No factor 12
1Sep75- 3Key fst 6f :22½ :45 1:12½ 3↑Clm 3000 8 8 9¹³11¹³11¹¹ 7¹⁸ Villon A7 106 17 30 62–20 Double Proof 117⁶ Ardent Pete 112²½ Seychelles 122ⁿᵏ Outrun 12
25Aug75- 9Key fst 6f :23 :46¾ 1:13½ Clm 3000 5 3 6⁴½ 6⁹ 5¹¹ 5¹² Villon A7 110 6 30 64–21 Treko 114⁷ Jr. Lee 112² Bimbright 102²½ Outrun 7
**LATEST WORKOUTS** Feb 11 GS 6f gd 1:20 b Jan 21 Key 5f fst 1:03 b Jan 17 Key 4f sl :50 h

## City Gloves

Own.—Pisano M $3,000

Ch. g. 6, by White Gloves II—Lovely Gale, by Windy City II
Br.—Moore Marie A (Ky)
Tr.—Pisano M

**115**

| | Turf Record | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|
| | 17 2 1 2 | 1976 | 3 | 0 | 0 | 0 | $231 |
| | | 1975 | 16 | 0 | 1 | 3 | $2,856 |

16Feb76- 2GS fst 1¹⁄₁₆ :49 1:15½ 1:52 Clm 3000 4 9 7¹⁵ 7¹⁰ 7¹⁰ 5¹³ Kallai P 113 61 20 32–34 Bavaria 105ʰᵈ Royal Cocktail 114¹⁰ Dawn's Up 107ⁿᵒ No factor 12
30Jan76- 3Key fst 7f :23½ :47½ 1:27¾ Clm 3000 10 2 10⁸ 12¹¹11¹²11²² Torres J E 112 59 20 48–30 Professional 108¾ Rule Appeal 112⁵ Dial Big John116ⁿᵏ No factor 12
9Jan76- 3Key fst 1¹⁄₁₆ :47¾ 1:13½ 1:46¾ Clm 3000 4 7 7⁹ 6⁶½ 5⁸ 5⁸½ Gomez M A⁷ 106 5 50 63–20 Dancing Cato 113²½ Bull Roy B. 108¾ Island Trader110¹ No threat 11
20Dec75- 2Key fst 1¹⁄₁₆ :47½ 1:14½ 1:47½ 3↑Clm 3000 7 10 10¹⁹10¹⁷ 8¹³ 6¹² Gomez M A⁷ 106 5 50 51–19 Marshes of Glen 108²½AberdeenRoad109¾PutandTake114½ Outrun 11
8Dec75- 7Key fst 1¹⁄₁₆ :48½ 1:15 1:49¾ 3↑Clm 3000 2 8 7⁹ 6⁷½ 6⁶½ 3²½ Gomez M A⁷ 106 25 10 54–28 Easy Mike 113² Amazing Flight 110½ City Gloves 106ʰᵈ Rallied 11
23Nov75- 1Key fst 7f :23½ :46½ 1:26½ 3↑Clm 3000 9 11 11¹³10¹⁴ 9¹¹ 3¹³ Santage J L 114 73 50 65–20 Milton Bey 122² Lou Pan Gil116³½EscapeNever119⁷ No factor 11
11Nov75- 1Key gd 6½f :23½ :47½ 1:20¾ 3↑Clm 3000 6 12 12¹¹ 9⁹¼ 7¹¹ 5⁹½ Santage J L 114 47 10 66–21 CurlCommand111²½TopThespian114ⁿᵏJohnRpck114³½ Stride late 11
1Nov75- 3Key fst 1¹⁄₁₆ :47¾ 1:13½ 1:48⅗ 3↑Clm 3000 8 7 6¹³ 5¹⁵ 4¹¹ 4¹¹ Loguercio A 114 32 00 50–21 PersonalPilot113⁶TopThespian114²EscpeMeNever111² Late gain 8
21Oct75- 3Key gd 7f :23½ :46½ 1:25¾ 3↑Clm 3000 9 8 8⁹½ 7¹¹ 7⁹ 5¹⁴ Santage J L 115 19 00 68–20 Calamo 113¾ Stage Review 113¹ Devil's Trill 114⁵ Outrun 9
6Oct75- 4Key fst 7f :23½ :46½ 1:27¾ Clm 3000 1 4 6⁴¾ 5⁴½ 5⁵ 5¹⁵ Loguercio A 114 8 60 52–25 Wtwopper119¹⁰OneMoreRise122²½RyAnderson111ʰᵈ Returned sore 11
**LATEST WORKOUTS**

## ✲Jimmy II

Own.—Russo F $3,000

Ro. h. 6, by Storey—Jewel, by Castigo
Br.—Haras Atahualpa (Uru)
Tr.—Russo F

**115**

| | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|
| 1976 | 4 | 0 | 0 | 0 | $111 |
| 1975 | 13 | 1 | 1 | 1 | $3,800 |

31Jan76- 1Key fst 1¹⁄₁₆ :47½ 1:13¾ 1:48¾ Clm 3000 2 9 8¹⁷ 8¹³ 7⁹¼ 6⁷¼ Torres J E b 113 7 10 52–24 HlfTnk122³ProudTrumpeter113¹¼MrshesofGlen116¾ Broke poorly 9
25Jan76- 4Key fst 1¹⁄₁₆ :48½ 1:14½ 1:49¾ Clm 3000 1 8 5⁴ 4¹¼ 3³ 6⁶¼ Torres J E b 112 7 20 49–25 Wasp's Nest 113¹½ Never Gone 106¹½ Whip And Top 107² Rallied 8
19Jan76- 9Key fst 1¹⁄₁₆ :49½ 1:14½ 1:48 Clm 3000 1 8 8¹⁴ 7¹¹ 7¹⁰ 5¹² Torres J E b 112 6 70 52–25 Run Round 117⁷ Dridjadate 112¹½ Chief Naylor 107³ Rallied 9
13Jan76- 2Key gd 6f :23 :46 1:12¾ Clm 3000 4 11 10⁹¼ 9⁶½ 9⁷½ 9⁷ Torres J E b 112 8 10 70–20 Busy Brick 120ⁿᵒ Top Thespian115¹½TemptingLad112¼ No factor 11
25Jly75- 10Crc fst 1 :48½ 1:14½ 1:42 3↑Clm 3000 1 10 .9¹⁶10¹⁹ 9¹⁵ 9³¹ Delguidice RJr7 b 109 41 50 54–15 Sparrow 115³ Overwhelmed 117²½ Soar On 119²½ Outrun 10
5Jly75- 10Crc fst 1¹⁄₁₆ :48½ 1:14½ 2:10½ 3↑Clm 3000 8 10 10¹³10²²10²⁴10⁴³ Fieselman J 114 10 00 49–21 Flamarion II 120⁴ Lively Prince 113²ᵏ Ancient Conflict 113½ No factor 10
16Jun75- 1Key fst 1 :49 1:15½ 1:43¾ 3↑Clm 3000 8 7 7¹³ 7¹⁴ 7⁸¾ 6⁹ Fieselman J b 116 8 50 67–15 LivelyPrinc112¹¼[DH]ShrsLnding109²½CrownHimKing106¾ No factor 9
5Jun75- 6Crc fst 1¹⁄₁₆ :48½ 1:14½ 1:48¾ Clm 3000 4 8 8²⁰ 8¹⁵ 8¹⁴ 7²⁰ Amato V⁷ b 109 13 70 58–19 Flamarion II 122¹ Izmir 116¾ Bay Voyager 119⁶ No factor 8
10May75- 10Crc sly 1½ :49¾ 1:15¾ 1:56 Clm c–3000 10 8 7¹⁰ 5³ 2¹ 2² Cintron J b 122 7 40 79–13 Izmir 118² Jimmy II 122½ Cyril Taylor 118½ Gamely 10
29Mar75- 1GP fst 1¹⁄₁₆ :47¾ 1:12¾ 1:45¾ Clm 3500 10 10 10¹⁶ 7¹⁶ 4⁹¼ 4¹¹ Castaneda M b 120 11 70 61–17 Follow The Stars 113¾ Lord Fouquier 118⁶ Boof 120⁴ Rallied 12
**LATEST WORKOUTS** Feb 17 Key 6f gd 1:19½ bg Jan 11 Key 4f fr :48 h

# Also Eligible (Not in Post Position Order):

## Dawn's Up

Own.—Clemento J $3,000

Ro. g. 5, by Grey Dawn II—Blue Relic, by War Relic
Br.—Elmendorf Farm (Ky)
Tr.—Jones Erika

**105¹⁰**

| | Turf Record | | St. | 1st | 2nd | 3rd | Amt. |
|---|---|---|---|---|---|---|---|
| | 6 0 0 0 | 1976 | 3 | 0 | 0 | 1 | $560 |
| | | 1975 | 21 | 1 | 2 | 0 | $4,884 |

16Feb76- 2GS fst 1¹⁄₁₆ :49 1:15½ 1:52 Clm 3000 1 5 6⁹ 6⁸½ 4⁹½ 3¹⁰ Joseph S¹⁰ b 107 20 00 35–34 Bavaria 105ʰᵈ Royal Cocktail 114¹⁰ Dawn's Up107ⁿᵒ Up for show 12
9Feb76- 9GS gd 17⁰ :49 1:16½ 1:48½ Clm 3000 b 107 60 20 45–39 Ky Lark 115¾ Dial Big John 115² My Uncle Bill 108ⁿᵏ Tired 10
19Oct75- 2Key sly 1¹⁄₁₆ :48½ 1:13 1:48 3↑Clm 3000 4 5 7⁷ 8¹⁴ 8²¹ 8²⁵ Betancourt J D b 119 34 50 39–22 Halari 104³ Chatham Bar 119⁶ Deb Marshall 108½ Tired 10
12Oct75- 3Key my 1¹⁄₁₆ :48½ 1:13½ 1:47 3↑Clm 3000 6 4 6⁵½ 5¹⁵ 5¹⁹ 5²⁷ Larz G b 113 27 80 42–29 Mo Brass 108²½ Pagliei 122⁹ Well Matched 115¹½ Weakened 7
26Sep75- 3Key fst 1¹⁄₁₆ :47½ 1:14½ 1:47¾ 3↑Clm 3000 4 4 5¹⁰ 6¹⁰ 7¹² 8¹⁶ Larz G b 113 31 30 51–19 Blue Phar 119ⁿᵏ Penobscot 114¹⁰ I've Forgotten 115ⁿᵏ Tired 10
16Sep75- 9Key fst 1¹⁄₁₆ :47 1:12½ 1:48 3↑Clm 3000 2 7 9¹⁶ 9¹⁵ 7¹² 8¹⁷ Belville E M 116 39 20 47–21 New View 122½ Wise Rice 115⁶ And Go Boom 115ʰᵈ No factor 10
9Jun75- 2Atl fst 7f :22½ :45½ 1:24½ Clm 3500 8 10 10¹³ 9¹⁴10¹⁷10¹⁵ Spencer S J⁷ 111 44 50 67–12 Poppadums120½ValiantBuck115²FrightenedKnight116½ No factor 11
2May75- 1GS sly 17⁰ :47½ 1:15¾ 1:46½ Clm 3500 10 10 10¹⁸10¹⁸10¹⁴10¹⁴ Marquez R 122 13 40 46–28 Knossos 117² My Uncle Bill 104ⁿᵏ Ancient Times 114¾ Trailed 10
3May75- 9Key fst 1¹⁄₁₆ :48½ 1:13½ 1:48½ Clm 4000 8 6 7¹² 7¹³ 8²⁰ 7²¹ Betancourt J D 119 28 40 43–31 Aerolithe 114⁶ Famous Gun 114¹½ Little Mahoney 104³ Outrun 9
24Apr75- 4GS gd 17⁰ :47½ 1:13½ 1:46½ Clm 4000 4 4 5⁶¼ 6⁶ 6⁹½ 7⁸½ Betancourt J D b 113 23 50 54–29 Laughing Jester 117⁴ Mr Mill Road 117½ Hitherto 114ⁿᵒ Tired 7
**LATEST WORKOUTS** Feb 21 GS 3f fst :38⅗ b Feb 5 GS 4f sl :52⅗ b

## II. Fast Performances

# SPORTS EYE FAST PERFORMANCES

**TUESDAY**

Fast Performances Explanation Page 2

| GARDEN STATE | ① Clm $4, 3,750;1 1/16 M | ② MAIDENS; 6 F | ③ Clm $5,5-7,5;1 1/16 M | ④ Clm $3800;6 F | ⑤ Clm $15, 13, 6 F | ⑥ Alwc, 6 F | ⑦ Clm $10,-9,; 6 F | ⑧ Alwc, 6 F | ⑨ Clm $3000;1M & 70Yd |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS/CONSISTENCY** | | | | | | | | | |
| Highest Wn ½ – 1975 | Ocosta | MAIDENS | Nick's Folly | Really Free | Weehawken | Gem Wood Aggie | Flashing Sword | Folie de Grandeur | MAIDENS |
| 2nd Highest Wn ½ – 1975 | Plane D'Amour | | Jay Squared | Elmer L | | | Rangoon 2nd | | |
| Highest Wn ½ 74–75 | Julie Petunia Enigma | | Zimram | Makin Tracks | Pembles | Gem Wood Aggie | Promo | Mr. Turn | Marquis John's Tour |
| 2nd Highest Wn ½ 74–75 | Ocosta | | Nick's Folly | Really Free | Jort Chance | Li berated Liz | Meformore Flashing Sword | Willies Turn Folie de Grandeur | Chief Naylor |
| Highest Money Earner 1975 | Ocosta | Sunny Landing | Jay Squared | Really Free | Weehawken | Gem Wood Aggie | Rangoon 2nd | Folie de Grandeur | Dial Big John |
| 2nd Highest Money Earner 1975 | Plane D'Amour | Repatriation | Nick's Folly | Makin Tracks | Steak | Madman's Jet | Flashing Sword | Willies Turn | Chief Naylor |
| Highest Money Earner 74–75 | Julie Petunia | Sunny Landing | Nick's Folly | Makin Tracks | Weehawken | Liberated Liz | Promo | Tender Scoundrel | Marquis |
| 2nd Highest Money Earner 74 75 | Enigma | Repatriation | Harvard Square | Call Me Mr. X | Grey Way | Rangoon 2nd | Folie de Grandeur | Royal Cocktail |
| **SPEED FORM** | | | | | | | | | |
| 50% in the Money 1975 | Plane D'Amour Helen Enigma Ocosta Pay the Fine | Repatriation Sunny Landing Murder Inc. Blackburn | Jay Squared Glorious John Market Forge Nick's Folly | Really Free Makin Tracks Barefoot Cat Call Me Mr. X | Pembles Weehawken Steak | Gem Wood Aggie Liberated Liz | Rangoon For Glory Mild Joker Rangoon 2nd Meformore Flashing Sword | Willies Turn Folie de Grandeur Penesio | Dial Big John Dawn's Up |
| 50% in the Money 74–75 | Julie Petunia | Repatriation Funny Dad Sunny Landing Murder Inc Blackburn | Jay Squared Nick's Folly | Really Free Makin Tracks Barefoot Cat Call Me Mr. X | Just Chance Pembles Weehawken Winning Point | Gem Wood Aggie Liberated Liz | Promo Meformore Ben A Tipper | Royal Supra Folie de Grandeur | |
| Finished in money last 3 races | | Repatriation Sunny Landing | Jay Squared | Really Free | | | Meformore | Penesio | |
| Fastest comparative speed in recent races | Pay the Fine | Sunny Landing | Glorious John | Call Me Mr. X | Weehawken | Liberated Liz | Flashing Sword | Penesio | Royal Cocktail |
| Second Fastest comparative speed in recent races | Plane D'Amour | Blackburn | Nick's Folly | Barefoot Cat | Pembles | Gem Wood Aggie | Meformore | Willies Turn | Island Trader |
| Won Last Race (E) indicates easily | Julie Petunia Ocosta (E) Pay the Fine(E) | | Nick's Folly(E) | | Weehawken(E) | Gem Wood Aggie(E) | | Folie de Grandeur | |
| Closed strongly last race | | | | | | | Promo | | Chief Naylor |
| Beaten within one length of winner last race | Helen | Sunny Landing | | Call Me Mr. X | | | Promo | | Royal Cocktail |
| Big improvement last race | | | | | | | Promo | Folie de Grandeur | Eight Count |
| **ANGLES** | | | | | | | | | |
| Consistent early speed | All Over Spray | Repatriation Sunny Landing Murder Inc | | Makin Tracks Lucky Captain Razza Mighty Quest Barefoot Cat | Just Chance Winning Point | Madman's Jet | Meformore Al Cartwright Mild Joker Rangoon 2nd | Mr. Turn | |
| Favorite last Race (B) indicates Beaten (W) indicates Winning | Julie Petunia(W) Enigma(B) Ocosta(W) Pay the Fine(W) | Repatriation(B) Sunny Landing(B) Blackburn(B) | Market Forge(B) Nick's Folly(W) | Really Free(B) Makin Tracks(B) Call Me Mr. X(B) | | | Rangoon 2nd | | |
| Favorable trainer change from last race | | | Market Forge Nick's Folly | | | | | | |
| Won last race and stays in same company | Julie Petunia | | | | | | | Folie de Grandeur | |
| Dropping in Company ✶ indicates 1st time in claimer— (w) denotes thousands $ dropping | Enigma | | Jay Squared Harvard Square(3) | Sable Island(2) Barefoot Cat Boro Frost(7) | Behaving(6) | | Al Cartwright(2) Slow Joe(6) Mild Joker(3) Rangoon 2nd(2) Meformore(2) Flashing Sword(5) | | |
| 2nd race in same class after dropdown | Julie Petunia All Over Spray | | | Razza Eckard Elmer L Makin Tracks | Just Chance Pembles | | | | |
| Moving up in Company (C) indicates Claimed last race | Ocosta Pay the Fine | | Zimram(C) Market Forge(C) Nick's Folly(C) | Call Me Mr. X | Weehawken | By Himself Gem Wood Aggie Liberated Liz Madman's Jet | Promo | Royal Supre Penesio | |
| Blocked or in trouble last race | Plane D'Amour | Blackburn | | Really Free | | | | | |
| 2nd recent race after long layoff | | | | | Just Chance Pembles Weehawken | Gem Wood Aggie | | Penesio, Royal Supre Mr Turn Folie de Grandeur | Amazing Flight |
| Favorable distance change from last race | Plane D'Amour Helen | | | Lucky Captain | | | | Mr Turn | |
| Superior Mudder | | | | | | | | | |
| Last race within 8 days; or less of today's race | Enigma Pay the Fine | Murder Int | Zimram Hallowed Hill Nick's Folly | | ALL EXCEPT Behaving Don Steak | Liberated Liz | Al Cartwright Rangoon 2nd Flashing Sword | Royal Supre Bold Chasm | Marquis Royal Cocktail; Chief Naylor Dial Big John Amazing Flight Mike O City Gloves Dawn's Up |
| Only High weight in race | Julie Petunia | | | Elmer L | | Grey Way | | Mr Turn | |
| Impressive workouts | Ocosta | King Streaker Fondeau Sunny Landing Blackburn Dew Land | Zimram | | | Grey Way | Slow Joe | Tender Scoundrel Willies Turn Mr. Turn | |
| **TOP TRAINERS** | | | | | | | | | |
| Thompson | | | | Really Free | | | Rangoon 2nd | Tender Scoundrel | Royal Cocktail |
| Fallon | Enigma | | | Mighty Quest | Weehawken | | Slow Joe | | |
| Prickett | | | | | | | | | |
| Creel | Ocosta | | | Lucky Captain | Steak | | | Penesio | |
| Westerstadt | Pay the Fine | | | Boro Frost | Winning Point | | | | Marquis |

## ORDER

AND NOW, this 1st day of June, 1976, it is ORDERED that:

(1) defendant, its officers, agents and employees who receive actual notice hereof by personal service or otherwise be and hereby are RESTRAINED and ENJOINED until further order of this court from duplicating in any format, part or all of the data base maintained and utilized by plaintiff in compiling and preparing *Past Performances*; and

(2) in all other respects plaintiff's motion for a preliminary injunction be and hereby is DENIED.